JUDGE SWAN

08 CV 01965

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOSUNG NY TRADING INC.,      )
     )
         Plaintiff,      )
     )
       v.      )
     )
     )
DAN-DEE INTERNATIONAL LIMITED,    )
     )
         Defendant.      )
     )

Civil Action No.

RECEIVED
FEB 27 2008
U.S.D.C. S.D. N.Y.
CASHIERS

**COMPLAINT FOR**
1. **Copyright Infringement**
2. **Federal Trade Dress Infringement**
3. **Common Law Trade Dress Infringement**
4. **New York Deceptive Trade Practices**

Plaintiff Hosung NY Trading Inc. ("Hosung") by its attorneys, Akin Gump Strauss Hauer & Feld LLP, as and for its complaint against Defendant Dan-Dee International Limited ("Dan-Dee"), alleges as follows:

## NATURE OF ACTION

This action arises from Dan-Dee's infringement of Hosung's rights in its highly-successful Curious Puppy Lost toy by manufacturing and selling a slavish copy toy.

## THE PARTIES

1.      Plaintiff Hosung is a New York corporation with its principal place of business at 300 Kingsland Avenue, Brooklyn, New York 11222. For the past 25 years, Hosung, a family-owned business, has been designing, marketing, and selling high-quality children's toys in the U.S. and elsewhere.

2.      Upon information and belief, Defendant Dan-Dee is a Delaware corporation with its principal place of business at 106 Harbor Drive, Jersey City, New Jersey 07305. Dan-Dee is

in the business of manufacturing and marketing children's toys, novelty items, seasonal décor, and pet accessories.

## JURISDICTION AND VENUE

3.     This is an action for copyright infringement under 17 U.S.C. §§ 411(a) and 501 *et seq.*, unfair competition in the nature of trade dress infringement under 15 U.S.C. § 1125 and New York State common law, and deceptive trade practices under N.Y. Gen. Bus. L. § 349.  This court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1332 and 1338 because this is a civil action arising under the federal Copyright Act and under the federal Lanham Act and there is diversity of citizenship and the amount in controversy exceeds $75,000.  As to the state law claims, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

4.     This Court has personal jurisdiction over the Defendant Dan-Dee because, on information and belief, Dan-Dee has conducted and continues to conduct substantial business within, and has committed tortious and other acts as described herein, in the State of New York for personal jurisdiction to be consistent with the United States Constitution and N.Y. Civil Practice Law Rules (C.P.L.R.) §§ 301 and 302.

5.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400 because, on information and belief, Defendant is subject to personal jurisdiction, and therefore, resides in this District, and conducts business in this District.

## FACTS

**A.**    **Hosung**

6.    Hosung is an industry-leading toy company and for the past 25 years has been designing, manufacturing, and distributing a wide range of original and innovative children's toys, including mechanized plush toys and organic toys, in the U.S. and elsewhere.

7.    Hosung integrates original and creative design concepts in its toy products and such concepts have been essential to its success in a highly competitive field.  Through close cooperation between its executive management team located in New York and its internal "Creative Services" product design team located in Shanghai, China, Hosung designs original toys and sells them in the U.S. and elsewhere.  Hosung sells and has sold its toy products in the U.S. through various national retailers, including:  Wal-Mart, KB Toys, Whole Foods, Babycenter.com, Geppeto's, Pottery Barn Kids, Babies "R" Us, Toys "R" Us, Target, and Cracker Barrel.

8.    Hosung has been and continues to be recognized by the public and the industry for its original and innovative toy designs.  Hosung has received various trade awards and industry recognition for its toys, including:  The iParenting Media Award for Best Product (2007), The National Parenting Center "Seat of Approval" Award (2006), and finalist recognition in The Thirteenth Annual Industry Awards "Best New Organic Non-Food Product" (2006).  In addition, Hosung and its toy products have also received significant positive media attention in various publications, including:  *Body and Soul, Child, Domino, Family Circle, Kiwi, Mother & Baby, Parents, Woman's Day, Yoga, Yogi, Giving, Urban Baby Daily, Daily News, The New York Sun, StarTribune, Family*, and *Australian Toy Weekly*.  For example, Hosung was recognized as an innovator in the toy industry and noted as one of the few organic toy makers in the market

today in an article published in the Playthings.com web site on May 1, 2007.

(http://www.playthings.com/article/CA6439484.html)  See Exhibit A.

**B.    Curious Puppy Toy**

9.    Specific to the case at issue, Hosung is the creator and exclusive owner of the "Curious Puppy Lost" mechanized plush toy ("Curious Puppy"). The concept and design for the Curious Puppy were conceived and developed entirely by Hosung with the intent that the Curious Puppy would be the subject of a television advertising campaign. In April 2005, Hosung's management team in New York conceived the original concept for the toy, *i.e.*, a puppy that becomes lost due to its curious nature and is ultimately found when purchased by the consumer. Specifically, Hosung's concept included a train conductor who found a group of cuddly puppy stowaways on his train after the puppies' curiosity led them to the train. Realizing that the puppies were now lost and far from home, the conductor had to now find these puppies a new home, allowing them to be purchased by the child. For commercially significant toy products like the Curious Puppy toy, it is Hosung's consistent practice to create original toy designs internally, *i.e.*, stock or third party-created designs are *never* used for such products.

10.    Hosung's original concept behind the toy is incorporated into the product packaging as a written story and through the design of packaging as a railway car, and the specific design of the Curious Puppy, namely the excited and playful mechanized functions when a child, the puppy's new owner, plays with the toy. Based on the foregoing story concept, Hosung's management team worked directly with the Hosung design team and Mr. John Chae, Hosung's founder and President, to design the exterior look and features of the Curious Puppy, including the dual color scheme, placement of facial and other bodily features, interactive mechanized play functions, product packaging, and the like. The Curious Puppy is manufactured

exclusively by Haiyan, a long-time manufacturing vendor for Hosung, pursuant to Hosung's design. Haiyan does not design any of Hosung's toys.

11.    The Curious Puppy features unique play action functions (including barking, whining, and a series of specific body movements), which are activated through touch-sensitive sensors located on various parts of its body, *e.g.*, front paws and head. Due to its innovative design, interactive play features, and extensive advertising, the Curious Puppy has become one of Hosung's most popular items.

12.    The Curious Puppy incorporates original and distinctive combination of design features, including:

(a)    specific color scheme, including tan coloring around the eyes, on the ears, and on the back, and white coloring on the forehead, nose, body, paws, and tip of the tail;

(b)    specific bodily appearance and dimensions;

(c)    a hanging, exposed tongue; and

(d)    an original "play" action sequence (barking/movement), which is triggered through touch-sensitive sensors on its body.

True and accurate photographs of the Curious Puppy are attached hereto as Exhibit B (the toy depicted on the left).

13.    The Curious Puppy is sold in distinctive product packaging comprising an open-front enclosure, colors, placement of an accessory dog collar, verbiage, and other elements (the "Curious Puppy Trade Dress"). Specifically, the Curious Puppy Trade Dress is comprised of a distinctive open-front package decorated as a "house" for the puppy toy and in which the toy can be touched and the interactive feature tried, a flat platform/base in yellow with a train theme, a rear cut out to accommodate the tail of the puppy, a dog collar accessory placed in the upper right hand corner of the packaging placed in a slant, and a picture of a child hugging the toy on

the back panel. The packaging also includes specific verbiage, namely statements made by the puppy to its future "owner": "Try Me! Press My Paws! Let's Play," "Scratch My Chin! I Jump Up & Down," "Press My Paw & See If I Give You The Right Paw!," "I Can Snuggle," "Pet My Head & Watch Me Lie Down, Sit & Sniff All Around!," and "Press My Paws, See If I Give The Right Paw!"

14.    Hosung specifically created the Curious Puppy packaging, including the shape of the box and the external design, particularly for the Curious Puppy. The package is open in the front allowing children to play with the toy before purchasing it so that they can see how it moves and plays. In addition, the distinctive graphic design for the packaging corresponds with the Curious Puppy theme of a "lost puppy" in that it is designed to look like a train railway cart.

15.    Hosung has taken appropriate steps to protect its Curious Puppy design and has registered the Curious Puppy and packaging with the United States Copyright Office under Registration No. VA 1-413-322. A true and accurate copy of said Copyright Registration is attached hereto as Exhibit C.

16.    Hosung's Curious Puppy design has been widely publicized through its showing at both the American International Toy Fair and Hong Kong Toy Fair in 2006, some of the most prominent toy fairs in the world, where all the leading toy creators, manufacturers, and distributors are in attendance.

17.    The Curious Puppy design has also received significant media attention worldwide. Specifically, the Curious Puppy was highlighted in Playthings.com articles published on February 1, 2006 and has received global commercial attention through an international television advertising campaign that aired in countries all around the world. See Exhibit A.

18.    The Curious Puppy has been sold in the United States and elsewhere.

**C.**    **Dan Dee's Infringing Toy**

19.    Dan-Dee has in the past been involved in several copyright infringement disputes and legal actions, including those pertaining to the unauthorized copying of plush toy designs. Accordingly, Dan-Dee is a known infringer in the toy industry.

20.    On or around May/June 2007, Hosung became aware that Dan-Dee was selling an essentially *identical* mechanized plush toy product in the U.S. under the name "Puppy Precious" ("Infringing Toy") and was soliciting U.S. retailers through its sales agent, Street Players Holding Corporation ("Street Players"). Upon information and belief, Dan-Dee has sold in excess of 150,000 units of the Infringing Toy in the U.S., which has resulted in over four hundred thousand dollars ($400,000) in damages to Hosung.

21.    The similarity of the Curious Puppy and Infringing Toy is striking. The Infringing Toy by Dan Dee is a slavish copy of the Curious Puppy. Both toys are essentially *identical* in appearance and play functions. *See* Exhibit B (the Curious Puppy is on the left). The toys bark and move in precisely the same sequence and manner. Hosung created and developed the Curious Puppy's specific sound and play features and the same has been directly copied by Dan-Dee. The toys are essentially visually indistinguishable. In addition, the Infringing Toys are marketed and sold in packaging that is confusingly similar to the Curious Puppy packaging. Some of the features copied by Dan-Dee include the following:

- identical tan and white color combination, presented in the same pattern (*e.g.*, face, shoulder, paws, and tip of the tail in white and head and back in tan)
- the puppies are identical in size, shape, and configuration, and have the same tactile and visual characteristics
- identical by-configured eyes, eye lids, and nose pieces

- identical by-configured mouths with exposed tongues (same shade of pink)
- identical mechanized functions in sound, movement, and sequence with identical sensor locations (*e.g.*, touching a front paw makes the dog bark and pant while either paw may move up and down, when touching either a right or left front paw both toys allow for different right/left paw responses so that a child can play and see if the toy responds with the correct paw initially touched, touching the forehead makes the dog whine and bark while both paws move, and touching the chin makes the dog pant, whine, sniff and bark while both paws move)
- identical black/brown dog collars that are located in the same exact location and slant position on the product packaging
- confusingly similar look and feel, *e.g.*, the packaging is identical in shape and size, including a flat platform base, chest support, covering of the toy body, oval cutout with toy paws and head sticking out, and a cut out at the rear of the box for the toys' tails; the color yellow is used as the primary background color; and both back panels include a picture of a child hugging the toy
- the toys themselves, visible in the open-front packaging, are a part of the overall trade dress
- the packaging for both products contain essentially identical verbiage, including:

| Curious Puppy | Infringing Toy: |
|---|---|
| SCRATCH MY CHIN! I JUMP UP & DOWN | SCRATCH MY CHIN I JUMP UP AND DOWN |
| COMES WITH OWN COLLAR! | I COME WITH MY OWN COLLAR! |
| TRY ME! PRESS MY PAWS! LET'S PLAY | TRY ME! PET MY PAWS! LET'S PLAY |
| I CAN SNUGGLE! | I LOVE TO SNUGGLE |
| PAT MY HEAD & WATCH ME LIE DOWN, SIT & SNIFF ALL AROUND! | PET MY HEAD AND I'LL LIE DOWN, SIT AND BARK! |
| PRESS MY PAWS, SEE IF I GIVE YOU THE RIGHT PAW | PET MY PAWS, AND I'LL SHAKE YOUR HAND! |

*See* Exhibit B (the Curious Puppy is on the left). In addition, a true and accurate depictions of the mechanized play sequence of the Curious Puppy and the Infringing Toy are attached hereto on the attached CD-ROM as Exhibit D (the Curious Puppy is on the left and the four play action sequences are mimicked by the Infringing Toy on the right).

8

**D.**    **Dan Dee's Inadequate Response**

22.    On or about August 27, 2007, in an attempt to resolve this matter on amicable terms, Hosung sent a letter to Dan-Dee, informing Dan-Dee of its rights and requesting information in the context of settlement.  The letter was sent to both Dan-Dee and David Siegel of Street Players, Dan-Dee's sales agent for the Infringing Toy.  A copy of the letter is attached as Exhibit E.  On or around September 5, 2007, counsel for David Siegel telephoned Hosung's counsel regarding the August 27, 2007 letter, and made assurances about Street Players' cooperation.

23.    On September 5, 2007, Dan-Dee, through its counsel, responded by acknowledging that the Infringing Toy was in fact offered for sale.  A copy of Dan-Dee's letter is attached hereto as Exhibit F.

24.    On September 24, 2007, Hosung sent a second letter to Dan-Dee.  A copy of the letter is attached hereto as Exhibit G.  In response to the letter, Dan-Dee's counsel, during a telephone conversation with Hosung's counsel, confirmed that Dan-Dee had in fact sold the Infringing Toy products in the U.S. and further agreed to provide an accounting of Dan-Dee's sales activities.  To date, no information has been forthcoming, and the dispute is ongoing.

### FIRST CAUSE OF ACTION

**Copyright Infringement – Toy and Packaging**

**17 U.S.C. §§ 411(a) and 501**

25.    Hosung incorporates by reference paragraphs 1 to 24 herein as if set forth in full.

26.    Hosung is the author of the Curious Puppy and product packaging.  The Curious Puppy, as a three-dimensional plush sculptural work, and the packaging have been registered with the United States Copyright Office.  Such registration provides *prima facie* evidence of the

validity of the copyright and Hosung's ownership in the same. Accordingly, all rights, title, and interest in the copyrights in the Curious Puppy design and product packaging are valid and owned by Hosung.

27.    Hosung's Curious Puppy and packaging has been highly advertised, received significant consumer and media attention, and is one of the most popular toys sold by Hosung.

28.    On information and belief, Dan-Dee had access to Hosung's Curious Puppy and packaging based on availability of the Curious Puppy in the U.S. and through promotion of the toy and packaging at major industry toy shows.

29.    On information and belief, Dan-Dee copied the Curious Puppy and packaging.

30.    On information and belief, Dan-Dee has knowingly and willfully infringed upon the exclusive rights granted to Hosung under 17 U.S.C. § 106 by copying and distributing the Infringing Toy.

31.    Dan-Dee's Infringing Toy is essentially identical in appearance and sculptural dimension to the Curious Puppy, including the identical furry coat, color combination, posture, eyes, exposed tongue, and other sculptural details.

32.    Furthermore, Dan-Dee's packaging for the Infringing Toy is substantially similar to the Curious Puppy packaging and embodies copyrighted features of the Curious Puppy packaging.

33.    The acts of Dan-Dee complained of herein were and are without the authorization and/or consent of Hosung and constitute infringement of Hosung's copyrights in its Curious Puppy and product packaging.

34.    As a direct and proximate result of the wrongful acts of Dan-Dee alleged above, Hosung has suffered and will continue to suffer injury to its business, including but not limited to monetary injury.

## SECOND CAUSE OF ACTION

### Federal Unfair Competition In The Nature Of Trade Dress Infringement

### 15 U.S.C. § 1125(a)(1)(A)

35.    Hosung incorporates by reference paragraphs 1 to 34 herein as if set forth in full.

36.    Hosung's Curious Puppy Trade Dress is inherently distinctive, or has acquired secondary meaning, prior to the acts complained of herein.  The components of the trade dress are described in Paragraph 12 of this Complaint, *supra*.

37.    The Curious Puppy Trade Dress is non-functional.

38.    Dan-Dee employs a trade dress for The Infringing Toy that is confusingly similar to Hosung's Curious Puppy Trade Dress, and has used such trade dress in commerce.

39.    Dan-Dee's use of trade dress confusingly similar to the Curious Puppy Trade Dress is likely to cause confusion, mistake, and deception among purchasers, potential purchasers, and the relevant public and trade as to the source of the respective products and/or as to affiliation with Hosung, causing harm to Hosung's reputation and goodwill.

40.    Hosung has not consented directly or indirectly to Dan-Dee's use of the infringing product trade dress.

41.    Dan-Dee's adoption and use of the infringing trade dress is a willful attempt to trade off of the substantial goodwill and reputation that Hosung has developed in its Curious Puppy and Curious Puppy Trade Dress.

42.    Hosung can exercise no control over the nature and quality of the Infringing Toy products provided by Dan-Dee under its packaging at issue.

43.    As a direct and proximate result of the wrongful acts of Dan-Dee alleged above, Hosung has suffered and will continue to suffer injury to its business, reputation and goodwill.

44.    Hosung is informed and believes that Dan-Dee will continue to engage in the wrongful acts alleged above, unless enjoined by this Court.

## THIRD CAUSE OF ACTION

### Common Law Unfair Competition In The Nature Of Trade Dress Infringement

45.    Hosung incorporates by reference paragraphs 1 to 44 herein as if set forth in full.

46.    Dan-Dee has infringed, and if not enjoined, may continue to infringe Hosung's Curious Puppy Trade Dress in a manner likely to cause confusion and in violation of the common law of New York.

47.    As a result of Dan-Dee's actions, Hosung has suffered damage, including diversion of consumers, lost sales, and reduction in revenues derived from the Curious Puppy, and damage to its reputation and goodwill.

48.    Upon information and belief, Dan-Dee acted intentionally and in bad faith to compete unfairly with Hosung by manufacturing and selling copies of the Curious Puppy and packaging.

49.    As a direct and proximate result of the wrongful acts of Dan-Dee alleged above, Hosung has suffered and will continue to suffer injury to its business, including but not limited to monetary injury.

## FOURTH CAUSE OF ACTION

### New York Deceptive Trade Practices

### N.Y. Gen. Bus. L. § 349

50.    Hosung incorporates by reference paragraphs 1 to 49 herein as if set forth in full.

51.    The public is likely to be harmed as a result of Dan-Dee's conduct as set forth herein, Dan-Dee has engaged and continues to engage in deceptive trade practices or acts in the conduct of a business, trade or commerce, in violation of N.Y. Gen. Bus. L. § 349.

52.    Defendant's unfair and deceptive trade practices have caused and/or will continue to cause irreparable and inherently unquantifiable injury and harm to Hosung's business, reputation, and goodwill unless such activity by Dan-Dee is enjoined.

### PRAYER FOR RELIEF

WHEREFORE, Hosung prays as follows:

That this Court hold that Dan-Dee has infringed Hosung's copyright rights in the Curious Puppy and packaging, competed unfairly with Hosung, and committed deceptive acts as described herein;

That this Court hold that there is a substantial likelihood that Dan-Dee will continue to infringe Hosung's copyright rights in the Curious Puppy and Curious Puppy Trade Dress, compete unfairly with Hosung, and commit deceptive acts unless enjoined from doing so;

That this Court grant a permanent injunction enjoining Dan-Dee, its agents, servants, employees, attorneys, and those persons in active concert or participation with them, or any of them, from infringement of Hosung's copyright rights in the Curious Puppy and Curious Puppy Trade Dress, from unfairly competing with Hosung, and from committing deceptive acts as set forth above;

That this Court order Dan Dee to surrender for destruction all Infringing Toy products and packaging as well as all material, catalogs, promotional materials and the like which display or otherwise depict the goods at issue and other materials constituting infringement of Hosung's rights, in Dan-Dee's possession, custody, or control pursuant to 17 U.S.C. § 503 and 15 U.S.C. § 1118;

That in any injunction, this Court order Dan-Dee to file with the Court and serve on Hosung within thirty (30) days after the service on Dan-Dee of such injunction, a report in writing under oath setting forth in detail the manner and form in which Dan-Dee has complied with the injunction;

That this Court order Dan-Dee to account for and pay to Hosung Dan-Dee's profits, and to award such profits, and the actual damages suffered by Hosung as a result of Dan-Dee's acts, together with interest and costs pursuant to 7 U.S.C. § 504 and 15 U.S.C. § 1117(a);

That such damages be trebled as a result of Dan-Dee's willful infringement pursuant to 15 U.S.C. § 1117(b);

That Dan-Dee be compelled to pay Hosung's attorney fees, together with the costs of this suit pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117(a); and

That Hosung be awarded such other and further relief as this Court deems just and proper.

14

## JURY TRIAL DEMANDED

Pursuant to Fed. R. Civ. P. 38(b), trial by jury is hereby demanded.


Dated:  New York, New York
        February 27, 2008


                          Respectfully submitted,

                          AKIN GUMP STRAUSS HAUER & FELD LLP

                   By: _____
                          Nancy Chung (NC-2108)
                          590 Madison Avenue
                          New York, New York  10022
                          Telephone:  (212) 872-1000
                          Facsimile:  (212) 872-1002
                          E-mail:  nchung@akingump.com

                          *OF COUNSEL:*

                          Karol A. Kepchar
                          David C. Lee
                          Lesia O. Skrypoczka
                          1333 New Hampshire Avenue, N.W.
                          Washington, D.C.  20036
                          Telephone:  (202) 887-4000
                          Facsimile:  (202) 887-4288
                          E-mail:  kkepchar@akingump.com
                                   dlee@akingump.com
                                   lskrypoczka@akingump.com

                          *Attorneys for Plaintiff Hosung NY Trading Inc.*

# EXHIBIT A

L


ADVERTISEMENT

Aiming for a Big Yea

HOME    MAGAZINE    NEWSLETTERS    INDUSTRY TOPICS    BLOGS    EDITORIAL INVITATIONS    CAL

      

STORY TOOLS

  

## On With The Show
**Toy manufacturers take center stage at the 2006 American International Toy Fair**

*By Staff – Playthings, 2/1/2006*

Talk about a casting call.

More than 1,500 toy, game and other children's entertainment product manufacturers, reps and importers from upwards of 30 countries will put their best foot forward, so to speak, during the 2006 American International Toy Fair. They'll exhibit in hopes that one of their thousands of new products will become the star of someone's in-store "show," be it at Wal-Mart, the corner specialty store, Toys "R" Us, online or elsewhere.

The good news for 2006 is that the chance of success for even the smallest Toy Fair exhibitor continues to grow as retail opportunities expand for manufacturers of all sizes. According to show organizers, there will be more than 9,800 buyers at this year's event, up 10 percent from 2005. Among those who will walk the aisles of the Jacob K. Javits Center, the International Toy Center and other showroom locations, are buyers from a host of merchants not traditionally known for stocking toys—retailers like Gap, Best Buy and Urban Outfitters.

What they'll see is a diverse selection of children's entertainment options, from activity kits to xylophones, action figures to video games, featuring the latest technology, the newest licenses and the freshest ideas the most fertile minds in the toy business could conjure.

The following pages spotlight just a fraction of the products on display at the show. Additional products can be found online at www.playthings.com. We hope you find what you're looking for.

**A**

**Keeping hands busy**

Sponsored Links



Stay a step ahead
the most relevant of
from Plaything
Industry Resou

TALKBACK    BLOGS    PHOTOS

We would love your feedback!

**Post a comment**

**» VIEW ALL TALKBACK THREADS**

**Action Products International**, Orlando, Fla., features new products from its Jay Jay the Jet Plane, I DIG, Curiosity Kits and I Made That brands. Curiosity Kits is in for a brand re-launch in 2006 and will introduce a variety of new products, including Junior Bureau of Investigation kits and the Easi-Art Maker oven. The kits are designed for ages 6 and up and range in price from $4.99–$9.99. The newly acquired I Made That line features "build-it-yourself" furniture kits. Four new kits will be introduced in 2006, designed for ages 4 and up and ranging in price from $25.99–$49.99. I DIG Excavation Adventures kits feature ancient beasts, prehistoric sharks, King Tut and new dinosaurs. The kits are designed for ages 6 and up, and range in price from $11.99–$24.99. Jay Jay the Jet Plane Tarrytown Bead Coaster, which retails for $39.99, was developed to build hand-eye coordination and color recognition in toddlers ages 18 months and up.

**Adora gives life**

**Adora**, Edison, N.J., introduces new designs from both its Name Your Own Baby collection and International Series. The Name Your Own Baby collection offers a wide variety of dolls, with choices of hair color and style, eye color, gender, skin tone and face design. Each doll is 20–22 inches tall and weighs four pounds. Tyee is new from the International Series—a limited edition collection of dolls based on cultures from around the world. Each doll is dressed in a costume representing its homeland and heritage.

All Adora dolls retail between $80–$180 and are designed for ages 3 and up.

**Let there be light**

Outdoor play no longer ends when the sun goes down. The new Skylighter flying disc, by **Aerobie**, Palo Alto, Calif., lights up the night sky with high-power LEDs that provide illumina colorful, translucent rim. Skylighter flying disc is designed for ages 10 and up, with a suggested retail price of $14.99

**Jump around!**

Jumparoo Anti-Gravity Frog Pogo stick from **Air Kicks Inc.**, Seattle, promotes kids' fitness and retails for $79.99. Th rubber T-springs that allow kids ages 4 and up, between 26–62 pounds, to jump up to 2-feet high. A wide base and l increase stability and balance and reduce the risk of falling off. Motion-activated, electronic frog sounds can be switc marring base can be used indoors or out. For older kids, Jumparoo Anti-Gravity Pogo, also $79.99, comes in three s 4 and up, from 33–176 pounds, and features an adjustable-height "joystick" for steering.

**Art is just the start**

**Alex**, Northvale, N.J., introduces the Little Hands line of art supplies, craft kits, and soft puzzles for preschoolers. Ne chunky and chubby crayons, paints, chalks and markers in addition to I Feel stamps—eight rubber stamps with face: different emotions. Funky Artist is a 12-piece, textured brush set with poster paints.

New introductions also include the Super Embroidery Kit, Sew Fun, EZ Fleec-y, Ruggedy Rug Crochet, Knot A Quilt


Advertisement

TOYO
TOPS in TOYS that

Make your own interlinking natural habitats!

toyops.com

**ALSO BY THIS AUTHOR...**

LeapFrog's sales slump

Dark Horse to distro MINDstyle

Toys 'R' Us renews autism campaign

MGM adds outside licensing agents

Patch taps LNT vet for national accounts p

» MORE

My Scrapbook Case, Funky Felt Jewelry, Belt Loops, My Ballerina Stool and Butterfly Clip Strip. Suggested retail pri from $9.99–$49.99.

LB Kids, New York, is launching an Alex publishing program that includes arts and craft books packaged with Alex's as other book projects inspired by Alex's line. The first five books are set to launch in the fall.

**Dainty dolls**

**Alexander Doll Company**, New York, has plenty of new arrivals this year, including the Pampered Baby Huggums Pink Gift Set and Baby Goes Potty Set, with suggested retail prices ranging between $50–$90. A new partnership wi Ballet Theatre inspired two 10-inch Cissette dolls—Swan Lake's Odette and Swan Lake's Odile—each for $89.95.

The French Kitty play doll line, based on the children's book collection, expands with Bon Voyage French Kitty, In the and Muy Caliente Leticia retailing for $24.95 each.

New plush dolls with movie tie-ins include Wendy Loves Curious George for $84.95, King Kong the 8th Wonder of th Charlotte's Web and Wendy Loves Kermit the Frog, both for $79.95. Three new *Wizard of Oz* licensed dolls include the East, Off to Oz and Wendy's Wicked Ways, all ranging between $90–$130.

**Keep on truckin'**

**American Dimestore**, Castro Valley, Calif., continues to roll out 1:43 scale plastic cars and trucks for collectors and hobbyists, each retailing for about $6. New American Dimestore models are designed by owner Bill Hanlon to recall the 1940s and '50s with convertibles, sedans and service trucks.

**Speed Racer revamped**

**Art Asylum**, New York, has secured a license for the Classic *Speed Racer* TV series from Speed Racer Enterprises Calif., to create an updated version of the racecar franchise for toys, collectibles, animated promos and music. Art A new, animated, promotional "webisodes" that will be launched this summer on the Web and also come packed with t retail stores in the fall. The first promotional episode will be screened at Toy Fair, and a soundtrack with all-new mus fourth quarter. Other new licenses for Art Asylum include *Madballs* from American Greetings, *Battlestar Galactica*, C *Tribe*, and Advanced Play System's *Arc Tiles*.

**Basketball babies**

**AthleticBaby**, Dallas, introduces its latest DVD title, AthleticBaby Basketball, which features musician Eddie Coker. themed fitness workout—designed by NBA coach Don Casey—is aimed at babies and toddlers 3 months and up, ar

**Dog play by Aurora**

Based on the success of its toy pet carriers, **Aurora**, Pico Rivera, Calif., is introducing a line of pet carriers and othe animals, retailing for $3.99–$44.99. Pet carriers, for small (8 pounds) and medium (15 pounds) size dogs, feature a handles and a see-through mesh water bottle holder. Real pet apparel includes adjustable bowtie collars and dress-available in leopard, dalmatian and pink heart designs. Plush pet versions are also available with a jungle or sea life comes with a mini pet carrier.

**B**

**Active babies**

**BabyPro**, Elizabethtown, Ky., introduces the latest addition to its video series, developed by Lara Hayes Needham, childhood inactivity and obesity. The sports-themed series features short, 10-minute chapters in a "no repeat" format *Let's Dance & Tumble!*, features introductions to cheerleading, dance and gymnastics. BabyPro DVDs retail for $12.

**Timeless Teddy Ruxpin**

**Back Pack Toys**, Milford, N.H., offers a Teddy Ruxpin boxed set that includes a program cartridge, read-along story book. Digital technology keeps Teddy Ruxpin's eyes and mouth in sync as he tells his many adventurous tales. Five story/software titles that run 20–30 minutes and include two stories each will be sold separately this year, with more Teddy Ruxpin retails for $69.99, with additional music and adventure titles available for $19.99.

**Bewitching**

**Bandai Bandai America**, Cypress, Calif., is introducing popular Japanese brand *Magical DoReMi* to the United Stat partnership with 4Kids Entertainment. The toy line features a variety of dolls and role-play props debuting in the first children ages 4 and up. Suggested retail prices range from $5.99–$19.99. Bandai is expanding its *Teen Titans* bran have a game component and collectible and deluxe figures with accessories, vehicles and role-play items. An LCD g the *Titans*' battle communicator interacts with specially packed game cards that come with each toy. For preschoole *Firehouse Tales* vehicles, playsets and bath toys based on the series from the Cartoon Network. In other news, Ban Web presence for a number of brands such as the Power Rangers and Tamagotchi. A new line based on the Cartoc *Ben 10*, is also in the works.

**Basic fun for all**

**Basic Fun**, South Hampton, Pa., is introducing a variety of new categories in addition to its new keychains. Highligh games in a keychain plug-and-play, and licensed iPod skins featuring the following licenses: *Napoleon Dynamite*, Fa Bunny, *Pirates of the Caribbean*, Tinker Bell, Hello Kitty, the NBA, Andy Warhol and *Naruto.*

**Bathtime fun**

**Big Boing LLC**, Emeryville, Calif., is expanding its Tub Tunes, Super Fort and Get-Up lines.

In 2006, the Tub Tunes line will include a Water Piccolo ($4.99) and a Water Trumpet ($14.99), while new Space an increase the Super Fort line. The new kits stand alone or can be mixed and matched with the original dynamic fort b

The Waterslide is the first entry in Big Boing's newest line of bathtime products. It features interchangeable pieces th design their own slides.

**Beads for tweens**

**The Bead Shop**, Milwaukee, Wis., debuts Expose the Toes! Barefoot Sandals Kit, which helps tweens design bead with toe loop extensions. Each set makes 12 pair of barefoot sandals and 14 matching bracelets.

The Love to Knit! Hug This Shrug Kit helps tweens make a shrug in less than four hours, and comes with a free Shru decorative beads. In•dear•rings Interchangeable Magnetic Jewelry lets users make necklaces, bracelets and rings th interchangeable magnetic inlays, so wearers can swap daisies, hearts, etc. from finger to wrist to throat. The Pom P comes with enough glass beads and sequins to make five rings, five pairs of earrings, three necklaces and lots of br

## Card games

The year is A.D. 1348, and workers and servants are dropping like flies. Gong Fermer works 16-hour days. His smal
overgrown, and he can't tend to it. If that isn't enough, this lowly servant is sick and tired of being ridiculed while he w
shovel, bucket and his "pride." Gong has chariots, horsemen and weapons of destruction to support his kingdom. Is
Can and will Gong Fermer get revenge, or will the Black Plague do the dirty work for him? Make history by playing th
card game introduced by **Beckin Marketing Concepts**, Burnsville, Minn. Designed for ages 8 and up, the game reta
Booster packs will also be available.

## Pose and re-pose

Wiggle Wonder ($4.99) is a shape-memory interactive toy from **Bendable Plastic**, West Hills, Calif. Toy figures can
positions and will hold their shape until exposed to warm water or strong sunlight, both of which will transform the fig
original 2-D shape. Wiggle Wonder is available in 20 package styles, each containing six to nine figures such as bee
spiders, flowers or people. The product is recommended for ages 5–15, retailing for $4.99.

## Healthy plush

In a twist on the phrase "play with your food," **Biltmore World Trade**, Tempe, Ariz., introduces Soy Silk Pals—a line
exteriors made of all-natural soy silk fiber derived from tofu. Characters include the 16-inch Tofu Bear, 14-inch SOYt
Little EDamame Bear, each retailing for $40.

## Making tracks

**Box Train Express**, Scottsdale, Ariz., introduces its "wearable" corrugated box train cars. The trains come in a varie
a steam engine, two different box cars and a caboose. Also available is the Coloring Playset, a black-and-white vers
children to color, decorate and personalize their own train. Each Creative Playset, for kids 18 months and up, retails

## Brainy babies

The **Brainy Baby Company**, Alpharetta, Ga., targets children ages 2–5 with the 6-disc DVD collection Brainy Baby
Pack for $79.95. The series includes ABCs, 123s, Art, Music, Animals and Shapes & Colors, with each disc designe
viewer's knowledge of the topic.

## Horsing around

**Breyer Animal Creations**, Pequannock, N.J., introduces Baby Breyer Plush, a baby-safe line for a new generation c
is a Lullaby Horse that plays soothing music and features a gentle, rocking motion that will convince even the toughe
quietly. The Wrist Rattle Horse features a velcro closure to fit even the smallest of baby wrists, and Squishy Horse fe
its belly to entertain the youngest of horse lovers.

## Characters in cards

**Briarpatch**, Millburn, N.J., introduces preschool card games featuring Spider-Man, Captain America, Hulk and other
like Storm, Wolverine and Spider-Girl.

Spider-Man & Friends Gotcha and Spider-Man & Friends Hide & Seek are for ages 3 and up. Gotcha features see-th
cards, so kids can change color backgrounds to create many variations for matching ($5.99). Hide & Seek uses 24 c
24 clue cards for two ways to play: hide-and-seek or memory. Players take turns flipping over a clue card, then turni

at a character card while trying to match colors and shapes ($12.99). Also offered are Spider-Man Crime Stopper Ca players, ages 6 and up; Spider-Man Web Slinger Game, in which players place see-through web cards atop villain c Ultimate Power, where Spidey moves across a game mat to defeat eight villains ($14.99).

Briarpatch also introduces a line of *The DaVinci Code*-inspired products for ages 8 and up. Offerings include DaVinc ($17.99), DaVinci's Challenge Card Game and DaVinci's Challenge board game ($6.99). Briarpatch will also be man games based on Disney licenses, including a Buzz Lightyear Counting Game, The Little Mermaid Happily Ever After Princess Wishes Card Game, *That's SO Raven* Fortune Telling Card Game, *That's SO Raven* Tell It Like It Is Game Adventure Card Game and Pooh's Scavenger Hunt Game.

Briarpatch adds I Spy Eagle Eye to its I Spy series of games, with a bell that players ages 5 and up race to ring ($17 NerdyWordy game comes with two slotted crossword trays, a lift-up screen to prevent peeking and letter cubes from blanks. Players select letters that both must use to spell out words by dropping them into their crossword trays. Play one-to-five letter words as possible, scoring bonus points by spelling words within words ($14.99). For more math-or Briarpatch now has a board game version of Sudoku, with 81 double-sided and color-coded number tiles stored insi booklet of 50 puzzles is included ($19.99).

**Education hatches**

The R-Com three-egg digital incubator from **Brinsea Products**, Titusville, Fla., is menu-driven and easy to use. Just of the five settings (chicken, duck, pheasant, quail or mystery bird), and the micro-controller holds the correct tempe incubation with no further input from the user. The display counts down each day to tell you when eggs are due to ha do is periodically top with water. The product is set to retail for $99.

**Bigger is better**

Super-sized is the order of the day from **Buffalo Games**, Buffalo, N.Y., with larger-sized puzzles for little hands. Six Bridge, Old World Map, Neuschwanstein Castle, Birth of Venus, The Last Supper and Washington Crossing the Del 2,000-piece series. Each $18–$20 puzzle measures 3 feet by 2 feet when completed.

Artwork from Norman Rockwell's *Saturday Evening Post* and paintings from the Hautman Brothers highlight 300-pie $8.99 puzzle comes with a foldout poster.

**Flying high**

**Butterwheels**, San Mateo, Calif., specializes in heirloom-quality, wooden toys. Adventure Flyer and Air Racer are th Adventure Flyer is modeled after a 1930s, single-engine aircraft. Air Racer mimics the classic teardrop shape of a 19 Each vehicle comes with a collectible card illustrating the story and the simple concepts that go with it. The planes a ages 3 and up and retail for $19.95 each.

**C**

**Buzztime continues for Cadaco**

**Cadaco**, Chicago, expands on its Buzztime Home Trivia System with Buzztime Head-on Trivia Challenge, a handhe players can compete against others by transmitting wireless signals to the other players' handsets. Players take turn and everyone answers simultaneously; up to four can play at once. Each game includes 1,800 questions in three dif categories—Everything, Sports and Entertainment—designed for ages 10 and up.

Case 4:08-cv-01965-LTS   Document 1-2   Filed 02/27/2008   Page 8 of 85

Cadaco is also celebrating the 75th anniversary of Tripoley with a special anniversary edition. The Tripoley 75th Ann targeted to ages 10 and up and retails for $24.99.

**Asian dolls**

**Carpatina Dolls**, Nashua, N.H., expands its Fantasy Adventures line with the introduction of Ana Ming, an Asian girl fourth doll in the Fantasy Adventures line, joining Emma, Julia and Isabella. Ana Ming, intended for ages 6 and up, v late summer.

All Carpatina dolls retail for $69–$74, with accessories and dresses ranging from $24–$38. Carpatina is also expanc Collection with more fantasy and historical costumes.

**Carrera in Hot Pursuit**

Hot Pursuit PRO-X Deluxe digital racetrack system is the latest introduction from **Carrera**, Cranbury, N.J. The set cc large, 1:24 scale racetrack with 1:32 scale vehicles. The race involves cops and robbers, as a Ford Mustang GT, in l with a roof mounted light bar, takes off in hot pursuit of the Chevrolet Corvette C6, both designed in original color sch digital cars come with Xenon front and tail lights with built-in brake light function that goes on when the vehicle slows new digital system lets you run multiple cars on the same track.

**Puzzled artists**

**Ceaco**, Watertown, Mass., introduces a variety of new and imaginative puzzles with unique and creative packaging, baskets. Two new licensed assortments from award-winning artist Mary Engelbreit are also in the lineup, with two ne

Also new on the list are oversized puzzles, glow-in-the-dark puzzles and corkboard puzzles. All puzzles are designe and range in price from $5.99–$10.99.

**Learn to drive**

**Chicco**, Lancaster, Pa., debuts the 4-in-1 Ride-On Car, featuring four different levels of play possibilities for children old. The product includes an electronic activity panel, a rocker, a push-and-walk and a sit 'n' ride. Also look for the P featuring an electronic playgym and activity table. Both products are set to retail for $59.99.

**Very needy**

Needies, from **Codependent Designs**, New York, are interactive plush dolls inspired by codependent, high-mainten The attention-starved dolls compete with each other for human affection, or "getting touch," as they like to say. Wher "touch" by hugging and squeezing them, they'll return your kindness with songs and flattery. Each Needie has a cust wireless electronic nervous system that it uses to talk, sing and feel hugs. Targeted to ages 14–24, Needies have a

**Crack the code**

Keep 'em guessing is the idea behind Codebreaker, a board game by **Cogno**, St. Louis, Mo., where players are stur others.

Trying to match tile pairs, players write or draw their own codes on the back of cards to help them remember a match until players are forced to reveal their codes, and maybe even turn over a coveted pair. Codebreaker is suitable for a

Case 4:08-cv-01965-LTS   Document 1-2   Filed 02/27/2008   Page 9 of 85

**Cranium covers all**

**Cranium**, Seattle, is launching a whole new line of products this year, ranging from games to activity produ cts and b arena, they have something for everyone. Cranium Sounds of the Seashore ($16.95) for ages 3 and up, is a matchir that incorporates the sights and sounds of a day by the sea. As for family games, Cranium introduces Cran ium Zoor Twister and Cranium Doodle Tales, all for players ages 8 and up ($16.95 each). For adults, the company offers its p Cranium Pop 5 ($34.95).

Cranium is taking fun on the go with its Grab & Go Games line, which includes Grab & Go Jacks and Grab  & Go Hoj 4–6 players ages 6 and up ($9.95 each). Cranium attempts to encourage creativity and imagination with the launch c WonderWorks line of activity toys this fall. The line includes the Super Story Recorder, Talking Picture Book ($19.99 Studio ($9.99). Cranium also presents its new Giggle Gear line of quickly customizable, wearable creations such as Crazy Cap ($14.99), and Giggle Goggles ($9.99). In partnership with Little Brown publishers, four new Cranium Boo ($14.99 each) and the FunFolio activity book ($12.99) are set to hit store shelves this fall.

**Corgi turns 50**

**Corgi USA**, Fort Lee, N.J., celebrates its 50th birthday in style with new lines, extensions and twists on old favorites line of vehicles with interchangeable parts for kids ages 3–7, powered by pulling them apart and twisting th e front an Twisterz Twist N' Launch Transporter is also new.

Corgi's Comic Favorites category includes the Batman Bronze Age Collection Set: 1970s Batmobile and 1980s Batn and Robin metal figures. Marvel characters are also available in detailed spin-cast figures, including Spider-Man anc

In creating Baby's First Wheels, Corgi has encapsulated vehicles in clear balls, so kids of all ages can play safely wi Rollers come in clear, three-ball tubes with a suggested price of $4.99; designed for ages 6 months–3 years.

Corgi Wheelz is an all-new line of multi-scaled vehicles and play sets that feature an assortment of licensed, small-s vehicles kids see in their own neighborhoods, including sedans, wagons, police cars, emergency vehicles, SUVs anc included are a Car Wash, Service Station and a Police and Fire Station. Corgi Wheelz are for ages 3 and up.

Also available are Streakerz, die-cast vehicles that can perform stunts and tricks like racing upside down.

Corgi is adding six tools to its Heroes Under Fire line of limited edition collectibles; the WWII Collection features high and the Vintage Bus Lines assortment's 2006 replicas are highlighted by The Flexible Clipper Greyhound Bus Lines Cleveland.

**Corolle revisits classic**

**Corolle**, Grantsville, Md., is introducing its classic Bébé Do doll in a whole new way. Retailing for $75, the soft-bodie dressed in white velour pajamas, and comes in a rattan Moses basket complete with a pink-and-white, ruffled liner. I face and eyes that open and close, the doll—for ages 3 and up—comes with a bunny, baby bottle and a small pictur help care for the doll.

**A crafty dab**

**Clarence J. Venne**, Levittown, Pa., adds to its Crafty Dab line of school and craft products with Crafty Dab Kids Pai Shimmer Paint, Crafty Dab Tub Art Paint, Crafty Dab PushUp Face Paint Crayons and Crafty Dab Stackable Face P products are designed for ages 3 and up, and retail from $1.99–$14.

**D**

**From puzzles to plush**

**Danawares**, Montreal, will offer a Dora the Explorer Exploration Kit, Kaleidoscope Family Guy Adult Puzzle and Kale
Adult Puzzle, I'm Learning ABC with Max and Ruby, I'm Learning Numbers, and Counting with Max and Ruby, as we
and Ruby Opposites puzzle. Max Practice Makes Perfect plush and Ruby Practice Makes Perfect plush dolls that tea
also be available.

**Dark Horse adds Snowtroopers**

**Dark Horse**, Milwaukie, Ore., continues its import program of Kotobukiya large vinyl Star Wars figures. Look for figur
*Empire Strikes Back* and the Snowtroopers. The 11-inch vinyl model kits are targeted for ages 8 and up, with a retail
8-inch Conan The Avenger bust will be available in a limited edition of only 2,500 hand-numbered pieces.

**Travel-friendly games**

**Daron Worldwide Trading**, Fairfield, N.J., introduces Back Pack Games—games that are packaged in clear vinyl b
designed for kids to use while traveling. With six different games to choose from, the Daron Mini Back Pack Games :
and up, at a price of $2.99 each.

**Comic heroes**

In anticipation of the *Superman Returns* movie, DC Direct, New York, offers a number of Superman statues, ranging
fans and collectors. In the Gallery line, look for the Shazam! Deluxe Statue ($295), and *The Return of Supergirl* and
action figures. The 13-inch Green Lantern and Hal Jordan with light-up battery join Lex Luther and Two Face figures
category. A new Who's Who Mystery Box series, inspired by classic DC Comics characters, offers collectible mini-sc
mystery box with snap-together scenes and a piece of the Batmobile in each box. Looney Tunes Golden Collection c
character figure such as Bugs Bunny or Daffy Duck from memorable episodes from the animated series.

**Fun with furniture**

The Dora the Explorer Restickable Table and Chair from *Delta Enterprise*, New York, lets toddlers decorate the furni
of punch-out decals that can be used over and over to tell ever-changing stories. A hidden compartment in the tablet
Restickables and supplies handy.

**Figure this**

**Diamond Select Toys**, Timonium, Md., introduces the Marvel Select: Days of Future Past Wolverine action figure. D
its *Star Trek* collection with *The Next Generation* season seven Riker and Worf Action Figures and *Star Trek: U.S.S.*
replica.

Also look for the *Buffy The Vampire Slayer*: Buffy and Dawn action figures, *Street Fighter* Minimates Series 1 and *St*
action figures. All products range from $8.99–$35.

**Hello dolly!**

**The Dolly Adventures**, Remsenburg, N.Y., offers a series of illustrated, hardcover books that promote interaction a
New titles are *Dolly Goes to the Beach* and *Dolly Goes on Vacation*, and each includes themed clothing that fits mos

## Sassy sacks

**Douglas Company**, Keene, N.H., is extending its Lil' Nugget Sassy Saks line with six new products, including the Li
Saks for ages 2–6, which retail for $10. New to the Sassy Pet Saks line are the Monkey Sassy Pet Sak and Western
holds its own plush pet and is targeted to children ages 3–9, retailing for $22. Also new are Adventure Saks for ages
and themed knapsacks for ages 3–9 for $28.

DuneCraft gets back to nature DuneCraft, Chagrin Hills, Ohio, debuts its Mini Windowsill Greenhouse line, which inc
Farm, the Princess Garden, Dragon's Lair, Dinosaur Park, the Desert Hothouse and the Tropical Palm Oasis. DuneC
an array of Smart Tubes, including products called GobbledyGoop, Jelly Stones, Solar Beads, Space Sand, Super S
and the Touch-N-Glow Ball. All products come with educational information and project and experiment ideas for hou

## Dynatech in the candy aisle

Taking a step into a new dimension, **Dynatech Action**, Toronto, has found a crossover toy for the candy aisle. Dyna
are candy action figures with movable parts. Edibles have five articulating joints that let kids pose their characters, an
of licensed characters to collect and eat. Staying in the candy aisle, Dynatech is also introducing a licensed candy pi
FizzHeads. These flavored fizz tablets transform an ordinary glass of water into a soft drink.

Dynatech is also expanding its Atomic Blox line with its new Infinibuild system which adds movement to the light-up I
build working creations.

## E

## Easytoys goes 3-D

**Easytoys**, Baldwin Park, Calif., is launching 3-D Story Puzzle Painting Kits, 3-D Robot Puzzles, Cast It and Paint It I
Story Puzzle Painting Kit includes puzzles, plaster figurines such as *Snow White*, *Little Mermaid*, *Three Little Pigs*, G
for kids to paint and play. The Robodog and other robot puzzles come with plastic connectors to connect the puzzle
puzzle robot to strike multiple poses.

Additionally, the company jumps on the Sudoku craze with an electronic handheld game featuring one million numbe

## Clean clay for play

PlayFoam sculpting material ($9.99) from **Educational Insights**, Columbia, Tenn., lets users make shapes and figu
the material doesn't dry out, won't stick to skin or surfaces and requires no cleanup. There are six colors available in
Remoldable Sculpting Beads line, targeted to kids ages 5 and up. The PlayFoam Super-Duper Fun Factory ($49.99)
sealable bags of product—six pounds in all—in six colors. Educational Insights is targeting players ages 5 and up wi
New this year are Tetra Trax ($24.99), a puzzle game; Panda-Go-Round ($19.99), a memory and matching game; a
($29.99), a variation of the original Blokus. Let's Pretend Grill 'n' Go Camp Stove, for ages 3 and up, lets kids preten
light.

## Off to see the wizard

*The Wizard of Oz* characters are recreated by **Effanbee Doll Company**, Hurley, N.Y., in a collection of vinyl dolls wi
and hand-painted faces. Effanbee's Patsyette doll—dressed as Dorothy, the Tin Man, the Cowardly Lion or the Scar
display stand, and retails for approximately $79.99.

**Turn on the learning**

**Elenco,** Wheeling, Ill., now distributes the Tree of Knowledge ($6–$17.50) and Logiblocs ($5–$20) product lines.

The Tree of Knowledge line includes science, electronic, robot kits and more. Logiblocs is a system of switch-on ele that plug together to make things happen.

Elenco also introduces its RC Snap Rover to the Snap Circuit product line.

**More Potter**

**Elope,** Colorado Springs, Colo., is moving to outfit Harry Potter-philes with a new line of ties and scarves featuring t each of the Hogwart's houses ($19.99 each). Fans of the newest professor at Hogwart's, Mad Eye Moody, will also a replica of his swiveling eye patch.

Elope is expanding its headwear offerings with a new Ocean Creature line designed to hook young marine lovers wi puffer fish, starfish, crab, lobster and octopus, each with a secret pocket containing a printed fortune ($19.99–$24.9

Elope also introduces the Rainbow Birthday Princess Cone ($8.99), a special party hat in rainbow colors with a shee lining along the edge. Large letters spell out "Birthday Princess" on the front.

**Updating TV classics**

**Endless Games,** Jersey City, N.J., debuts new DVD-centered games, including *The Match Game* DVD Edition ($24 Edition ($24.99) and the *Open Season* board game ($19.99), based on Sony Pictures' 2006 animated feature of the

F

**Art of creation**

**Creative Hands** gets busy in 2006, as the brand by Fibre-Craft, Niles, Ill., offers six themed Wood Paints Kits, includ Nickelodeon's *Dora the Explorer* and *SpongeBob SquarePants*, along with new Cool Foam Art designs and Mini Nic is required with Cool Wax Art twistable wax sticks that adorn the figures included in both 25- and 50-piece sets. Reu come in both neon and primary colors, with eyes and mouths for creating faces.

Makeover My Space Funky 4-Room Loft comes with a fold-and-go dollhouse, posable foam doll and stickers to deco furniture. Retail price is $14.99 for the dollhouse with accessory packs ranging from $6.99–$7.99. Scrapbook beginn basics with the Memory Keeper butterfly, hearts and flowers kits. Everything needed to create a scrapbook—glue sti stamps—come in the starter set.

Fibre-Craft celebrates the 30th anniversary of its Creativity for Kids brand by introducing six new mini Creativity Kits including Race Car Night Light, Wood Flower Hanger, Flip Flop Frame, Bitty Bobble Duo kit, Petite Totes, Princess ( also includes Bobble Dino's ($14.99, ages 6 and up), with a large dinosaur and baby dinosaur in an egg to decorate glitter, as well as 3-D diorama shapes; *Cooking Up Fun* ($17.99, ages 5 and up), with a chef's hat, apron, cookbook, *Monster Trucks Custom Shop* ($24.99, ages 5 and up), offering an opportunity to customize four monster trucks with Ancient Egypt Discovery Crafts ($17.99, ages 8 and up), which allows crafters to wrap a mummy, paint a sarcophag pyramid-shaped bank. *Awesome Origami* ($14.99, ages 8 and up) lets users transform traditional origami designs in make designs following step-by-step instructions; then add jewels, feathers, wiggly eyes and other fun embellishmer

**Jungle fun**

Going wild with animal print plush this year is **Fiesta Toy**, Vernon, Calif., with Jungle Fun Purse and Hats from $7.9⁵
Purses come in four animal print styles that coordinate with Fiesta's Animal Trolley Backpacks. The backpack unsna
frame, and straps pull out for different over-the-shoulder looks.

The jungle theme continues with Bendimals posable collection of cats, dogs, and jungle and farm animals in 10- and
retailing from $5.99–$9.99.

**Ruxpin revival**

Hard to believe it's been 20 years since that talking teddy, Teddy Ruxpin and his pals took kids on various TV adven
the animated TV series, *The Adventures of Teddy Ruxpin*, is available in DVD format from **First National Pictures**,

The series debuts with *The Journey Begins: Volume 1* and *The Journey Continues: Volume 2*, each featuring the firs
program. The two-hour DVDs include exclusive Baby Felix music videos, trailers and a cartoon for $14.98.

First National Pictures plans to release the entire *The Adventures of Teddy Ruxpin* series over the next several year

**Flick it fun**

A lunchroom game favorite, flick football, went to the next level a few years back with **FIKI Sports**' leather triangle F
Torrance, Calif.-based toy maker now offers FIKI Baseball, with leather game ball and a replica outfield fence. Playe
along a tabletop to get it to hang off the edge without falling off for a grand slam. If the "baseball" goes off the table, t
flick the ball over the fence for a solo home run. FIKI Sports is working with Major League Baseball to license the ga
include the release of FIKI Soccer this year.

**Making magic**

A little light is all it takes to make some illusions with Glow in the Dark Magic by **First For Magic**, Grantsville, Md. M₁
any of 18 tricks from an instructional DVD, or 40 tricks outlined in a booklet. The $19.95 set, for children ages 5 and
light and performance table.

Water illusions are made simple for young magicians with the Magic Water Hat. Using the secret compartment and f
than 100 tricks can be performed. Retail price is $29.99.

**Growing up with toys**

**Fisher-Price Inc.**, East Aurora, N.Y., teams up with ESPN to offer outdoor sports equipment for preschoolers ages ₂
To Pro Basketball matures with the child, as its backboard adjusts from 3 to 6 feet. It comes with a child-sized baske
($39.99). ESPN Grow To Pro Baseball can be used three ways: Beginners can hit the ball from the tee; pop-up pitch
automatically pop up from the base; and the trainer mode auto-pitches three balls from up to 10 feet away. Sets incl₁
trainer, bat and three balls ($24.99).

ESPN Grow To Pro Soccer has two levels of play. At the beginner level, sounds are triggered whenever the ball is k
while "pros" have to hit an adjustable target to hear score sounds and the announcers shout "Goal!" The soccer set i
adjustable target, two-player scorekeeper and ball ($19.99). For ages 5 and up, ESPN Grow To Pro Skates are inlin
removable training wheels that help kids learn to balance. The skates include rear brakes and adjust to fit child's size
adult size 1 ($19.99). ESPN Grow to Pro Switchboard has nothing to do with phones. Instead, it switches from scoot

($19.99). To start the active lifestyle early, Baby Gymtastics Play System includes Play Wall, Activity Tunnel, Ball To Chase for kids from birth–36 months.

The 3-in-1 Rockin' Gym converts to a rocking ride-on and travel toy ($44.99). For children 12 months and up, Peek-/ Builders includes a set of 15 Peek-A-Blocks builder blocks. Bumpy building surfaces on tops and bottoms allow then together ($19.99). The Peek-A-Blocks Stack & Smile Crocodile Play Center plays music when blocks are stacked or Unfolded, there's another stacking and storage surface where babies can "feed" the blocks into his storage tummy ($ Learn Learning Piggy Bank, for kids 6 months and older, teaches baby to drop coins in the slot to hear musical rewa counts, or press the "nose" for sounds and songs about counting, colors, and more ($14.99).

New to Fisher-Price's Little People line are several products, led by the Little People Pirate Ship, for ages 2–5, whicl parrot, sleeping and eating quarters, hammock, "shooting" cannon, crows nest, and walking plank as well as a capta two pirate figures ($20.99). Little People Lil' Kingdom Palace includes a kitchen with removable table and chairs, a b stairway that leads to the second floor "sitting" room with a drawbridge that lowers. Sets include King and Queen figu chairs, bed and two fence pieces ($20.99). Little People Lil' Movers School Bus and Airplane feature sounds, lights ɛ Little People Dinosaurs includes a Brontosaurus, T-Rex and Triceratops, mommy, baby dinosaur, egg with a hatchin play food ($9.99).

Star Station On-the-Go Player ($19.99) and Microphone ($14.99) lets kids ages 3 and up take their Kidz Bop music ' cartridge featuring three songs is included. Music Library includes nine ROM packs.

GeoTrax All About Trains Motorized Starter Set with DVD includes 20 pieces for ages 2½ and older ($24.99). For gir Dollhouse ($32.99) contains five rooms, plus sound effects, figures, and removable accessories. Snap 'N Style Dolls dress up their dolls ($9.99). For boys ages 4 and older, Imaginext Dinosaurs add Spinosaurus and the Mammoth ($' collection. Fisher Price celebrates 10 years of Tickle Me Elmo with T.M.X. ($34.99), debuting in September '06. Othe launches include Sing 'n' Giggle Tool Bench ($49.99) with 40 sound effects and an assortment of play tools and Bird ($19.99) has the character singing, dancing and telling bird jokes.

The Winnie the Pooh line welcomes Turbo Tail Tigger ($24.99), an animated plush toy; infant toy Magic Rattle 'n' Ri( in-1 Friendship Flip Phone ($9.99) and the singing Friendship Radio ($12.99). The I Can Play Piano ($79.99) systerr teach music skills; eight optional game cartridges ($14.99) are based on popular cartoon characters.

The Nickelodeon line expands to include: Sing & Spin Pablo ($29.99); Diego's Talking Animal Center ($39.99); the E SpongeBob ($19.99); the radio-controlled RC Boating School ($34.99); Dora's Talking Cash Register ($39.99); Fairy ($39.99); the multi-lingual Sing Around the World Dora ($19.99); and Air Launch Aang with Appa ($29.99), based on

**Wild about the puppets**

Sierra Club licensee **Folkmanis**, Emeryville, Calif., adds elephant, swan and flamingo puppets to its wildlife collectio animators for little fingers. The pull-ring device allows children ages 3 and up to maneuver the puppet with simple fin realistic appearance. The Elephant moves his trunk up and down, and retails for $44, while the 14-inch long plush S' freely or be brought together with mini magnets at the tips for $33. A 22-inch plush Flamingo has a moveable neck a

**Front Porch got games**

**Front Porch Classics**, Seattle, unveils six new games. Planned for release in 2006 are: Liars Dice, a game of bluffii have been created by the ancient Incas; Bookshelf Edition Raceway '57, featuring all the elements of the original ga ancient game of strategy direct from the Indonesian archipelago; League of Pirates, a fast-pace game of cut throat a of Dread Pirate; Bookshelf Edition WordSpot; and Boneyard Dominoes.

## Of magic and monsters

Las Vegas magician Mac King shares some industry secrets with Magic in a Minute, a line of 11 magic tricks by **Fun** Indianapolis. Make a finger come to life with the Mummified Monkey Finger, or get into the mind of Mac with Mental

Monsters Under My Bed makes gross things fun, as kids reach under the "bed" in this 3-D action game where player objects to their game card.

Fundex celebrates the 25th anniversary of its Phase 10 card game with a brushed-aluminum tin and specially desigr 2006, the company brings European card games, Halli Galli Kidz and 8½ to the American market.

## Non-stop bubble fun

Imagine no end to the bubble making power kids can have with The One and Only Gazillion Bubbles toys by **Funris** Hills, Calif.

The Gazillion Typhoon and The Gazillion X-Stream Linkz are two new bubble-making machines available this spring come from The Gazillion Micro Linkz, while two rotating wands control The Gazillion Gazapper.

Fans of Fan Yang, the Guinness World Record holder for bubble making, can now make their own "world's greatest" Gazillion Fan Yang Bubbles blowers and solution. Kids ages 3 and up can create bubble magic with toys like the Inc Micro Bubble Blaster and Unbubblelievable Bubble Maker. Fan Yang toys retail for $3.99–$12.99.

Gazillion brings the fun to bath time with the Nemo Bath Tubbler in its Disney Bubble Blower collection, along with th Blower.

Funrise is also partnering with Schylling, Rowley, Mass.s, to re-introduce the '90s collectible POG with a new twist. F in foil packs, containing five POG discs, and a Slammer (a heavier game piece, used to flip the POG). Funrise is also Baseball, Hockey, Basketball, POG Football, Soccer, Casino Night, and Word Builder themes ($3.99–$14.99).

## G

## Who's game?

Something for everyone—from the preschooler with Feed the Kitty, a cat and mouse dice game, to Luck of the Draw **Gamewright**, Watertown, Mass.

Card games for the elementary school-age demographic include a Deluxe 10th Anniversary Edition of Rat-a-Tat Cat Card Game with OX and Wedgehead and the gang and Match of the Penguins, all for $9.99; and Thing-a-ma-Bot, a card game for $5.99. Kids can feel like race car drivers playing Top Speed, a card game that has players racing thro lanes. Zeus on the Loose, for two to five players, uses math and strategy to get the Greek god back to Mt. Olympus other mythic giants retails for $9.99.

For the older crowd, Combo King is a challenging dice game based on 60 combinations. For two to four players, the $14.99. Luck of the Draw requires little skill but a lot of drawing, as players draw the same subject and vote on the b category. The $19.99 family party game comes with subject and category cards, timer, paper and pencils, voting wh

## Getting dicey

It's all about the number eight when playing ¡Ocho!, a dice and card game by **Gameware Publishers**, Lubbock, Tex (naturally) and up alternate rolling dice and dealing cards to get 88 game-winning points. ¡Ocho! comes in two versic Party—each with a deck of cards with three colored suits, three dice and rules. Unsurprisingly, the suggested retail p

**Brad Pitt and who?**

Knowing who's who in pop culture will put players in good stead during Fame & Fortune by **Games For All Reason** Players act out clues for their partners to guess a famous Hollywood or elite couple, or musical duo from nearly 500 runs out. Switch partners throughout the party game to even out the score. Additional points can be made by correct highlighted celebrity pairs. Fame & Fortune is available as an expansion set for $9.99 or as a set with Paired Up par specialty retailers.

**Puzzles with personality**

**Geomag**, Rancate, Switzerland, introduces Dekopanels ($25–$249), transparent, personalizable panels that add eit aesthetic element—or both—to the company's magnetic rod construction toy system. Kids insert a photo or drawing shaped panels, and add them to a structure built of Geomag pieces for a 3-D puzzle. Dekopanels come with a CD-R software, to open, rotate, resize, and copy images of any kind into the shape of the chosen panel.

**Never forget a face?**

'Bouta Face, from **Grape Games**, N.Y., is a new double-sided, matching game for two to four players ages 8 to adul deck have no fronts, backs, numbers, or suits—just 11 faces. Players win cards by matching a face showing in a spe front of each opponent called the "match row." The matcher can use only the face-down images on cards in their ow a successful match with face up cards in an opponent's match row.

**GreenLight builds muscle**

**GreenLight Collectibles**, Indianapolis, introduces its Muscle Car Garage Series 1, which includes six 1:64 scale mo the late '60s and early '70s. The collection includes a 1967 Pontiac GTO Convertible, 1968 Chevy Impala SS, 1969 I 1969 Mustang Boss 429, 1970 Mustang Convertible and a 1971 Chevy Camaro Z28. Each limited-edition car—offici General Motors or Ford—is available in two colors.

**Magnetic attraction**

Magneatos is a jumbo magnetic construction toy from **Guidecraft USA**, Englewood, N.J. Similar to sets made for ol pieces and bright colors of the magnetic balls and rods are designed for younger builders ages 3 and up. Magneato 72-, and 144-piece sets and retail between $30 and $100.

**Two by two**

**Gund**, Edison, N.J., debuts Puppet Island finger puppets. Some 12 different 5-inch puppets come in six boy-girl cou These include turtles, piglets, lions, teddy bears, cows, and frogs. Girl puppets have fluffy hula skirts with small, spa to the right sides and matching flowers on their heads. Boy puppets wear plaid shirts with embroidered palm trees ar Bermuda shorts.

**H**

**A real action hero**

Moms get their own action figure in WorkingMom ($15) from **Happy Worker**, Toronto. The latest in the line of 6-inch superheroes" joins characters GeekMan, BossMan, BossWoman and MoneyMan. WorkingMom comes with 10 acce happy and frazzled mom heads, baby with changeable moods, purse, cell phone, to-do list, groceries, work heels ar

**Hasbro's latest mission**

For 2006, Pawtucket, R.I.-based **Hasbro's** G.I. Joe Sigma 6 line is all about the missions. This latest G.I. Joe produc the action of 4Kids Entertainment's *Sigma 6* animated series with versions of G.I. Joe Sigma 6 Ninja Showdown and Dragonhawk.

Hasbro highlights Star Wars in 2006 with a series of Star Wars-themed Transformers, new Star Wars Basic Figures, Battle Packs and Star Wars Electronic Lightsabers.

Speaking of Transformers, for 2006 Hasbro brings the property to the forefront. The company plans to introduce Tra Primus and six new figures from the Transformers Cybertron Deluxe Assortment: Cybertron Defense, Hot Shot, Dow Override GTS, Skywarp and Cannonball. Transformers Alternators will add Jeep Wrangler/Rollbar, Subaru Impreza SRT-10/Optimus Prime.

The Attacktix Battle Figure line expands in 2006 with new figures based on the Star Wars saga and the addition of th property in the fall.

Hasbro's Battle B-Daman is a marble-shooting toy that combines the strategy of trading card games, the skill and co and the play pattern of traditional action figures into one. The product line, launched in 2005, expands in 2006 with n shooters and games, including the B-Daman Target Challenge.

Prompted by the original I-Dog Interactive Music Companion, Hasbro's Tiger Electronics division expands the produ introduction of a new black I-Dog and fashionable I-Dog accessories, including colorful clothing and stylish bags to ta As I-Dog hears music, its face will light up or its ears and head will wiggle and sway in sync with the tune; ages 8 an

Don't miss Hasbro's new Titanium Series collectible die-cast 3-inch *Star Wars* vehicles, each featuring micro-detailin each with its own display stand. The first of several waves of 3-inch vehicles released throughout 2006 will be availa Included in Wave 1 are: Speeder Bike, Republic Attack Cruiser, Clone Turbo Tank and Titanium Limited White TIE F

There's nothing worse than running out of ammo in the middle of a water fight. Now, with the introduction of the Sup Infusion System from Hasbro, you'll still be drenching your opponents while they're stuck at the hose refilling their bl system adds an interchangeable, on-the-go water capacity system for non-stop action. There are five super blasters Infusion Overload, Max Infusion Flash Flood, Max Infusion Arctic Shock, Max Infusion Helix and Max Infusion Defen Tiki-Soki water volcano combines all the wild and wet action of Super Soaker with the fun of a sprinkler. Super Soak Oozinator blaster in spring 2006.

Hasbro's Playskool brand introduces the following for 2006: Busy Ball Popper, Weebles Goldilocks' Adventure Cotta Track Tower, Mr. Potato Head Parts & Pieces Assortment, Cool Crew Charlie Coal The Grill and Electronic Shoot 'N

In 2006, the My Little Pony brand introduces the Crystal Princess theme, with new ponies and pony playsets. The Tv Parlor playset gives girls' favorite ponies a beautiful, stylish "pony-do," and the Balloon Flying assortment takes My L flying adventure.

**Dog charm**

**High IntenCity!**, Fair Lawn, N.J., introduces Charm It Dog Tagz. The pendants ($7) feature colorful enamel, Swarov dimensional dog icons designed to appeal to tween girls with themes such as friends, fashion, rainbows, dance, cro Disney and more. Charm It Dog Tagz are paired with silver or anodized pink, purple and blue ball-chain necklaces ($ matching.

## Attention: young musicians

**Hohner**, Glen Allen, Va., is offering several new toy musical instruments for toddlers and preschoolers. For children the company offers the Toddler Music Band ($29.99), the Toddler Glockenspiel ($19.99) and Musical Shapes ($3). 1 ages 3 and up, Hohner also offers another Glockenspiel ($29.99), Hand Drum ($8.99) and Bandy Bells ($3.99).

## Healthy plush

From **Hosung NY**, Brooklyn, N.Y., comes the Blowin' Wishes Magic Lantern, a plush bear with a lantern that really li extinguishes ($14.99). Suitable for ages 3 and up, the lantern activates with a "magic wand," and flickers realistically lullaby.

Also for ages 3 and up, Hosung introduces Curious Puppy Lost ($19.99), a plush dog that sits up and lies down, bar and gives his right paw when asked. The toy comes alive when given a pat on the head or scratch under the chin.

Hosung's miYim organic toys are made and stuffed with certified organic cotton, grown without pesticides or herbicid natural plants and minerals to reduce toxicity and allergy levels. The bright-colored, European-style collection includ Theater, Sleepy Time and Peaceful Dreams themes.

I

## First steps online

**Imaginative Minds**, Toronto, is introducing four software titles ($19.99 each) for use with the Comfy EasyPC, a com designed for toddlers and preschoolers, ages 3–5. In *Comfy On-line*, children surf through the Internet, accompanie Comfyland. *Animal World* teaches about animals in earth, forest, water and snow environments through stories, gan musical activities.

*I Live Here* explores Comfyland, a familiar neighborhood environment with the main character Comfy and his friends home, neighbors, playground and park, and learn to drive various vehicles. *Time Travel* visits different cultures of the about dinosaurs and prehistoric man, visit Native Americans in their village and enjoy an alien's visit from space with Comfy. *World of Colors* teaches children to name colors, compare objects, and match colors to specific objects, whil observations and visual perception skills through the quest for Jumpy's lost bone.

## Back to the garden

**Insect Lore**, Shafter, Calif., capitalizes on the hot trend of youth gardening by rolling out The Backyard Bunch, Tool Gardeners. The new line of tools ($4.99–$7.99) and tool kits ($19.99) includes five characters—Manny the Mantis, V Flutter the Butterfly, Buzzby the Bee and Dot the Ladybug—with child-sized gardening equipment for each. Aprons, gloves, kneeling pads and watering cans are made of durable materials and come in green, yellow, dark brown and

## Choppers, hot rods race into play

Radio-controlled, foam-body indoor helicopter BladeRunner II ($99.99) by **Interactive Toy Concepts**, Toronto, zoor

marketplace, followed by another sequel, Boydster II ($129.99), an R/C hot rod designed by Discovery Channel's *Ar*
host Boyd Coddington.

Interactive also brings out the Super B-2 Spirit ($99.99), a foam-body R/C plane with a 40-inch wingspan based on a
Northrop Grumman Systems Corp. The catapult-launched Jack Knife Jets ($14.99) are gliders that once airborne all
ground to remotely adjust wing configurations to change flight patterns.

**Dolls, dance and dinos**

In the Earlyears line of developmental infant toys, Parsippany, N.J.-based **International Playthings Inc.**, a subsidia
Inc., debuts the Baby Dino Rocker ($99.99) and Lacing Beads. The rocker features a padded, plush dinosaur body v
to explore and a bell in its tail. Anti-tip, hardwood construction comes complete with safety handles and foot rests, fo
and up. Lacing Beads ($19.99) develop motor skills and hand-eye coordination for children 18 months and up.

Also, iPlay Outdoor sand and water table ($69.99) breaks down into small stacking pieces for storage. It includes a s
recessed roadway for vehicle play, and comes with 10 accessories, including scoop, rake, shovel and spinning mills
months and up. iPlay Games introductions include Bob the Builder in an action game called Tumbling Bob ($19.99).
get all her paint cans to the top without knocking Bob over wins; for two to four players, ages 4 and up. In another ne
Truth ($24.99), the "magical" crystal points to a player's colored jewel. This player reveals a secret like or dislike, wh
they will say. If the answers match, players earn fortune cards. The first to collect five different cards wins; for two to
and up.

Calico Critters of Cloverleaf Corners introduces a Baby Play House ($59.99). The bedroom and kitchen come with m
pieces and accessories. A hot air balloon goes up and down and a windmill rotates, turning the ceiling mobile inside
can be added, such as the Baby Bathroom ($14.99); for ages 3 and up.

Star Party by Smoby lighted dance mat, Dancer Duo Lights ($54.99.), separates into two parts so a friend can play a
melodies and 11 sounds, girls can either dance to a melody and add different lights and sound effects, or play a follc
The mat can be connected to a stereo or microphone for children 5 and up.

Finally, Götz dolls is introducing a 13-inch, ethnic, soft-bodied Muffin doll ($29.99), and a new outfit on the 18-inch P
Elisabeth ($59.99). Both are machine washable, and for children 3 and up.

J

**Classic cars updated**

**Jada Toys**, City of Industry, Calif., offers the "D-Rod" line of classic Ford cars, with custom interiors, engines, flames
jobs to contemporary taste. D-Rods include '31, '34, and '47 Fords in 1:24 scale ($11.99); and '31, '32, '34, '40, and
a '37 Ford Pickup in 1:64 scale ($2.99). Jada is also promoting its new 1:18 scale 2006 Dodge Magnum die-cast and
new character and vehicle line, Chub City.

**Beyond the mat**

**Jakks Pacific**, Malibu, Calif., offers a variety of new TV Games for ages 5 and up ($19.99 each).

*SpongeBob SquarePants 2: The Fry Cook* games features nine games from Dessert Highboard diving to Grill Skatin
game. In *Power Rangers* TV Games, five episodic games are tied together by an original storyline in which the Pow.
the Evil Ruler, General Grumm, and his Krybots. Each one includes a fighting, driving, and side-scrolling giant robot

TV Games offers new mystery games from driving to side-scrolling platform challenges featuring Shaggy, Fred and

In Disney 2 TV Games, Donald Duck, Goofy and Minnie Mouse are featured in side-scrolling action, top down driving games and more.

Jakks also introduces new WWE action figures ($9.99). Kids ages 8 and up can play out finishing moves in Deluxe / comes with a feature accessory item, such as a chair that shows a facial expression when "blasted" over another fig Classic Superstars assortment shows famous wrestlers of the '70s, '80s, and '90s as they looked in their heyday. Ea figure will contain one WrestleMania ticket from the past 22 WrestleMania events. Once fans collect all 22 tickets, th an exclusive Classic Superstar action figure.

Jakks' American Kennel Club pet line features plush, treats and apparel for dogs. The Cat Fanciers' Association pet collars, harnesses, leashes, beds, carriers, apparel, food and treats for cats. Jakks' Preschool Puppies focuses on p needs. The dog toy assortment includes Wobble Ball, Plush Newspaper, Rubber Hydrant, Teether Pacifier, Plush Bo Teething Ring. Deluxe assortment includes Buck-wheat Soother, Toothbrush Shaped Chew Toy, Ticking Pillow, Hid Bone. Preschool Puppies also features activity blankets, apparel, critter plush, and beds. Finally, Hamster World intr hamster living environments, including include Marvel and DC Comics-themed spaces.

**Potty training fun**

**Toilet Buddies**, from Jeckida, Staten Island, N.Y., are designed to help create an early awareness of the toilet bowl anxiety and make toilet training a fun and positive experience. Gatago Giraffe, Poo P. Bunny, Puddles Puppy and Ca adhere with Velcro-style fasteners onto a standard toilet bowl and are safe, non-toxic and simple to clean. Each char is displayed on the toilet's tank, and when the toilet lid is lifted, the animal's face appears with its eyes closed—for pr addition, the animal's feet and other features adorn the rest of the toilet; retail price, $19.99.

**What a joy!**

U.K.-based **Joy Toys** is joining forces with American-based Top Shelf Holdings for a product re-launch under the br Playsets." New products from the Yorkshire, England-based company will include a deluxe castle with underground wildlife park complete with realistic animals.

**K**

**Elf help**

**Käthe Kruse Puppen GmbH/Europlay Corp.**, Troy, N.Y., offers several new friends for children.

Strawberry Elf wears a red felt top and cotton skirt in a strawberry print. On her arm, she carries a magic strawberry. natural fur. Elf Boy is dressed in a green felt vest, green cotton shirt and trousers, and a green striped cap with a wis white wings, and his red hair is made of mohair. The elves' 7-inch bodies are stuffed with 100 percent sheep's wool, cotton stockinet. Both are for children 3 years and up and retail for $33.80.

Also from Käthe Kruse is a Beanbag Unicorn ($24.90) for children 3 years and up. A vinyl doll, Nicky ($98) is dresse a bear head print, a cap and a white shirt trimmed with pink-checkered fabric. With a movable head and hand-painte 13-inches tall and is hand-washable.

**Kid's galaxy**

Morphibian Cobra ($25) rears its fang-bearing head from **Kid Galaxy**, Manchester, N.H. The radio-controlled, snake in mud and sand and floats in water.

Also from Kid Galaxy, the Pixelator Strategy Game ($30) is a board game that works via an electronic eye that respo and lets children ages 6 and up design strategies and defenses.

The radio-controlled DRV (Detachable Recreational Vehicle) Truck and Snowmobile ($40) easily maneuve r through conditions.

**Klutz**

**Klutz**, Palo Alto, Calif., adds six titles to it's Chicken Socks line for 4- to 6-year-olds. "Clothespin Cuties" ($9.95), "Cr Rubbings" ($9.95), "Magic Painting" ($12.95), "Penny Games" ($19.95), "Pop Bead People" ($12.95) and "Super Sci continue the Klutz tradition of books that develop curiosity and creativity among young readers. Klutz is also adding Certified line of books for ages 7 to 14: "It's All About Me" ($14.95), a collection of personality quizzes; "Paper Fashi yourself stationery outfits; and "Ribbon Purses" ($14.95), which let girls 9 and up create tiny purses from ribbon and

**Chop chop!**

**K'nex Industries**, Hatfield, Pa., teams up with custom motorcycle maker Orange County Choppers of *American Ch* of officially licensed building sets for ages 8 and up. Paul Sr.'s After-Burner Bike represents classic design from the set comes with stretch handlebars, chrome accents, a personalized paint job and a working headlight. Paulie's All-S white and blue star motif and comes with custom rims, tire fenders, tank and a working headlight ($19.99). K'nex als versions of OCC's choppers, this time in the form of 1:10 scale collectible, custom, multi-color bikes. New models in Bike, the red T-Rex Bike, the green Serpent Bike and the purple Dragon Bike ($9.99 each).

For those who prefer freewheeling fun, K'nex also adds magnetic pieces to their 14- and 20-inch model-building sets wide variety of vehicles, including cars, airplanes with spinning propellers, and cranes with magnetized pick-up actio own designs. Both come with four magnets and three metal balls. The sets are for ages 6 to 12 and retail for $12.99

**The power of knowledge**

**Kidz Delight**, Westchester, Ill., introduces The Learning Library ($129.99), an electronic encyclopedia for kids ages Library includes five CDs with hours of audio and 40 plastic cards on topics including the human body, nature and a world, Earth, the universe and history. Children can test their knowledge with more than 40 games.

**L**

**Learn a language**

**Language Littles**, New York, previously launched a series of cloth dolls introducing foreign language to kids ages 3 interactive voices. Now, Teach-A-Tot cloth dolls, a brand extension of Language Littles, encourages kids to tie their hair, blow their nose, go potty, etc. Each doll speaks the phrase, "I can do it myself," to engage their owner to try it. brand is expanding into other toys and games for toddlers, including a book, building blocks, a car and puzzle.

**Lauri builds up**

**Lauri Toys**, Smethport, Pa., introduces the Tall Stacker Peg Building Set for children ages 3 and up. The set retails designed to expand the learning experience obtained from its Tall Stacker Pegs & Pegboard, and take it to the next

stacking set teaches children to think ahead as they plan where they will set the Tall Stacker Pegs to build the next p teaching shapes, sizes and colors.

**Remember memory**

**Learning Resources,** Vernon Hills, Ill., features in its Safari Smart line the Alphabet Fun Frog, Count-n-Stack Giraff Gator for ages 3 and up.

New to the company's Smart Splash line are Memory Match Clams, Match & Hook Fish, and Letter Link Crabs for a

Additions to Learning Resources' Pretend & Play line include Pretend & Play Office, Pretend & Play Snack Shop and Healthy Snacks Foods Set for ages 3 and up.

The ABC Chalk Talk Electronic Learning Chalkboard is an interactive mat that features more than 30 touch sensors phonics, numbers, colors and more for ages 3 and up.

Finally, the Flower Foam Floor Puzzle, designed for ages 5 and up, teaches kids the parts of a plant.

**Building up preschool**

**Lego,** Enfield, Conn., expands its Lego Quatro line with My First Quatro Set and My First Quatro figure sets for 2006

Specially designed for a preschooler's small hands are Duplo Strata and Build Your Own Lego Duplo Zoo. Lego Dup 13 new entries. Lego Duplo wades deeper into licensed characters with two new Lego Duplo Bob the Builder sets ar Duplo Thomas & Friends sets.

For older kids, Lego Creator Classics gets a new twist in 2006 with sets designed to create cars, homes, buildings a

New storylines drive this year's collection of constructible action figures and environments in the Bionicle series.

Lego's Batman products feature constructible playsets with a strong vehicle focus, cool functionality, gadgets and a mini-figures.

**Levels of discovery**

**Levels of Discovery,** Deerfield, Ill., is introducing five items in 2006. These introductions include: A Star Is Born var set, A Star Is Born fainting couch/toy box, Artist's Rocker, Artist's Easel and Walk a Buddies princess coach. Retail p $135–$250.

**On track with Lionel**

At Toy Fair 2006, **Lionel,** Chesterfield, Mich., will unveil a collection of ready-to-run train sets designed for the mass following highlights: Lionel Express G-Gauge Christmas Train, a Polar Express Train Set, a Toy Lionel Express Run Display and a NASCAR Train Set, based on the racing league.

**There's a puppet in my book!**

**Lisa LeLeu,** Doylestown, Pa., has a puppet-in-a-book series designed to teach and inspire children to write, illustrate own stories. New to the series are Diggity the Dog Gift Set and Percilla the Gorilla Gift Set. Both sets include a pupp

removable hand puppet, a storybook and a story starter book. Both books are recommend for ages 3 and up and rel

**Bubbles and bubbles and...**

Mouths will open wide when kids see bubbles streaming from the new Bubble Blowin' Beasts, kid-powered  mechan
require no batteries to make mouthfuls of bubbles. Simply squeeze the bottle of bubbles to fill up the mouth of the di
flip open the beasts' mouth to send bubbles soaring.

Also new is the Super Scoop Bubble Wand which uses gravity to transport bubble liquid to the bubble wand, so you
bubbles without re-dipping. The new U.F.O. Bubble Launcher features four wands that lift off to send hundreds of bu
atmosphere.

**Little Kids**, Providence, R.I., also enters the science toy category in 2006 with Big Bad Boomin' Bugs Big Bad Boom
Observation Station, which allows kids to watch and listen to different sounds bugs make.

**Classical music for baby**

**Lovely Baby**, Bellmore, N.Y., brings the music of Dutch composer Raimond Lap to the U.S. market with an original
for prenatal infants as well as children up to 3 years old.

With the exception of *Lovely Baby & Daddy*, this all-instrumental CD music collection contains only baby, toy and na

Titles in the series include *Lovely Baby Mozart*, *Lovely Baby Beethoven* and *Lovely Baby Bach*.

**Slumber time**

**Lucon Kids**, Brentwood, Calif., focuses on today's on-the-go family with products that can go whenever and wherev
2006 include: 42-inch Giant Turtle Beanbag Chair ($240) and 36-inch Giant Duck Beanbag Chair ($199). Both overs
made of plush and stuffed with a child-safe beanbag filling. Bags are kid-sized and durable enough for sitting, loungi
hugging. Also new are two Jammy Pillows: 18-inch Turtle Pajama Pillow and 15-inch Duck Pajama Pillow. Jammy P
hidden zipper compartments for packing pajamas, toothbrushes and other overnight essentials.

**Follow in their footsteps**

From **Lyons Tales**, Chicago, Flip 'n Flop Adventures ($22.99) are wearable flip-flops with secret compartments that
Each book is printed on durable, water-resistant paper and slides into a plastic sleeve slipped into the sole of one of
tale reveals two characters or events, with two points of view; each flip-flop represents one character. For ages 4–8,
Adventures are available in three sizes: 9/10, 11/12 and 13/1.

**M**

**Pop art**

**Made By Hands**, Chicago, introduces five new art activity kits, Pop-Outs, so kids can create easily and independent
help. The kits' cardboard cases come complete with a handle, making the kits portable for traveling or just moving fro
New kits include Make-Your-Own Masterpieces, Make It—Trade It, Sports Cards, Go Figure Crazzzzy Critters, Go F
Go Figure Way to Go.

**Making music**

Two CD gift sets look to expose young listeners to a classic book and a beloved poem, *Mike Mulligan and His Stean the Bat*.

The *Mike Mulligan* gift set by **Magic Maestro Music**, Washington, features a Stories in Music CD with the London P and the original Virginia Lee Burton book. The Stories in Music version of *Casey at the Bat* includes a full-color poste full-color program book with information and activities.

### Play on words

**Magnetic Poetry**, Minneapolis, introduces the Kids Word Stamp Kit containing 85 magnetized rubber stamps with ki make customized birthday invitations, thank-you cards, gift tags and other stationery items. GO Games is designed t magnetized game pieces and game boards make sure all of the pieces stay put. Word Play Board allows kids of all a phrases, poetry and messages on a colorful round metal play board and stand.

### Pixie perfect

Minneapolis-based **Manhattan Toy** introduces its Trixieville line of posable fashion dolls. Zayla, Elonia and Avena a friends. These fantasy-based dolls give girls ages 6-to 12 lots of opportunities to discover spirited adventures in-per: dolls have brushable, rooted hair, removable magnetic wings, detailed clothes and accessories, plus posable arms a own personality, interests and talents ($19.99). Coordinated outfits, accessories and furnishings are also available.

### Spell it out

Trying to spell a word when you don't have the right letters can be frustrating for a little tyke, but **Chatterblocks**, Ma Middlebury, Vt., makes sure that doesn't happen with multiples of popular letters. The 16-piece antique-style pine blc distressed white finish with letters printed in brown for a nostalgic look. Playroom cubes are made of maple with a cl printed in red, blue and green. The large, vintage blocks retail for $64; smaller room decor blocks are $29.80.

Creative kids can make a train, tugboat or truck with Made by Me kits. The pine vehicles are 4 inches long, and can hammering and gluing is complete. Made by Me kits also come as party packs for the specialty toy market.

### Structured play

**InStructures** is a new family/party game from Santa Monica, Calif.-based MarBan Industries. Two teams race to bui building blocks, but only their "foremen" get to see the blueprint. Good verbal communication is the key to winning. It 10 to adult ($29.95).

Also new for 2006, Sentence Says Dice Edition ($14.95) is designed for play at home or on the road. Competitors ta against a timer to create a sentence from the letters shown on the dice.

### Osmond family grows

**Marie Osmond Dolls**, Lake Forest, Calif., introduces its new Katie Sue doll by designer Lisa Hatch. The 13-inch por $149.95. Katie Sue is a hand-numbered, collectible doll, hallmarked on the back of her neck with Marie's signature.

### Shower songs

Sing in the soapsuds with the American Idol Shower Radio by **Mark Feldstein & Associates Inc.**, Maumee, Ohio. F sensation while singing along with the AM/FM, water-resistant radio that has realistic microphone styling. The Ameri

Radio is $9.95 and targeted to all wannabe singing stars ages 8 and up.

**Edible entertainment**

If you thought marshmallows were just for hot cocoa, campfire roasting and making smores, think again. The latest li
entertainment from the **Marshmallow Fun Company,** Tallahassee, Fla., includes the Marshmallow Shooter, intende
and older. It is uniquely engineered to propel 25 mini marshmallows or special soft-foam pellets more than 30 feet. F
Marshmallow Shooter will not shoot hard objects like sticks or rocks ($24.95).

**In touch with baby**

**Mary Meyer,** Townshend, Vt., presents licensed Taggies rattles, teethers, wigglers, activity toys, soft toys, a wind-up
fleeces and soft toys with blankets. Based on the idea that kids and babies love to rub satin edges, clothing labels an
ribbon tag looks or feels different and is both tactile and visually stimulating. There are 17 new Taggies toys presente
Baby. Each piece in the collection is infant safe and can be cleaned in the washing machine. The Soft Lion and Soft

**Mattel mania**

**Mattel,** El Segundo, Calif., debuts toys, games and electronics that tie in with movie premieres and highlight classic
and brands under its many banners.

Traditional games get a boost with the Kryptonite Crisis 3-D board game, based on the upcoming *Superman Return*
climatic scenes in the battle against Lex Luther. The $19.99 game is available in May, joining Mater's Rollin' Bowlin'
Game and Tractor Tipping board games, based on the *CARS* animated Disney/Pixar movie opening in June.

*CARS* character cars, track sets and playsets feature Mater the Tow Truck and pals Lightning McQueen, Sally and [
Dirt Track Racing Track Set is modeled after a scene in the movie. A flip of a switch is all that's needed to make the
Laugh Mater large-scale plush toy chuckle ($24.99); Toss and Talk plush also make a spring debut.

When *Ice Age 2—The Meltdown* hits theaters in March, Mattel will warm up plush and figure assortments for presch
Meltdown Playset ($19.99) with spring-loaded, pull-back motor and Ice Slider Vehicle. The Ice Age 2 Mammal Cross
also be available for $14.99.

Batman gets his due with a basic line of 35 figures, including Riddler, Catwoman and Mr. Freeze, along with a host o
vehicles. New DC Heroes figures feature Supergirl, The Flash and Wonder Woman. Yu-Gi-Oh! GX monsters get the
assortment that moves them into battle. Figures ($9.99) include E-Hero Wildman, Terror King Archfield and Swordm

Princesses from classic Disney films will be offered as dolls adorned with the glitter and pageantry of their cinematic
down to Mary Poppins' white dress and Belle's signature gown from *Beauty and the Beast.*

Disney Glitter Precious Princess dolls shimmer and shine in their finery, and with the Disney Glitter Precious Princes
can be Cinderella, Belle or Ariel, with outfits and accessories stored in a clear plastic tote bag ($9.99). Mattel Enterta
direct-to-video animated movie, *Barbie Fairytopia Mermaidia,* to stores next month. The DVD and VHS versions are
Merfairies and Seabutterfly dolls swim into retail as well.

Barbie & Me, a 15-inch soft Barbie, is easy for little fingers to dress and accessorize ($19.99). A Barbie & Me Ballet
Bag is shaped like a ballet slipper with room to store clothes inside. Barbie's Fashion Fever is growing with numerou
accessories, including a room accents assortment.

This spring Barbie grows up and appears as a high school sophomore in the *Barbie Diaries* DVD ($19.99), a CGI-an the first Barbie Entertainment title to launch on Universal Media Disc, compatible with Portable Sony PlayStation.

Mattel Brands has created the Furryville Town Collection for its posable plush animals, with buildings like the Beauty Hoggin the Aisles supermarket ($14.99). The stars of Cartoon Network's *Hi Hi Puffy Ami Yumi* animated series hit th Out and Little Rockers dolls and cats, along with Tekirai and Jang Keng mini plush for elementary school-age fans.

Techies have their day with Pixel Chix virtual homes that can be connected for 3-D play. The more activity within the mansion, the wider the virtual world expands and, conversely, if a Pixel Chix is neglected, her possessions diminish, the 2-D "girl" leaves the residence. A Pixel Chix mini car also debuts this spring ($16.99).

Polly Pocket gets a spring pick-me-up with new dolls, playsets and vehicles, along with the Stickin' 2 Style Magnetic the Polly Pocket Bubble-Tastic Lamp.

Put the pedal to the metal with Hot Wheels R/C sports cars and 6V trucks for young racers. The Ford SVT Lightning Jeep Gladiator and Chevy Avalanche require six AA batteries ($24.99), plus two more for the transmitter. Hot Wheel 1:16 scale models of their real-life counterparts, including the Saleen S7 and Mercedes-Benz SLR, and feature full-f power and light-up interiors and rim lights ($29.99). The Hot Wheels R/C Honda Mini Cycle and Monster Jam assort the line.

**Learning tools**

Memo-Lingo Activity Kits ($26.99) are games created by teacher Bob McDuff. From **McWiz**, Trois-Rivieres, Quebec, teaches kids ages 3 to 7 to recognize animals and their young, food and its origins, and opposites through memory a games. The game includes modeling dough and teaches basic vocabulary in English, French and Spanish. The Earl to 8, helps kids learn the alphabet, math, shapes and colors. This game includes a blackboard, chalk and an eraser. activity book and audio CD.

**Bloks keep building**

Montreal-based **Mega Bloks** has a new lineup of products for 2006 featuring low-tech building platforms for prescho worlds for children ages 5 and up. They'll launch the Magnetix Jr. brand for preschoolers and the licensed Caterpillar like trucks. Rescue Tech offers a buildable action figure system, with each assortment packaged with an animated d Tech action figures save lives and complete rescue missions.

The new Mega Bloks wood line combines the classic appeal of natural wooden blocks with the proven versatility of a

Dragons, Mega Bloks' largest theme brand, celebrates its 5th anniversary with a new storyline, new play features su and a new construction system, Modu-Lock.

Mega Bloks' popular Pyrates line offers the Privateers versus the Sea Marauders in an 18th century ocean adventur be able to play out scenes from the film *Pirates of The Caribbean: Dead Man's Chest*.

Mega Bloks also offers a Marvel line for all ages. New introductions include the collectible Marvel Comic Book Play S to complete a comic book adventure.

**Take flight**

FanTail Flyer 2-Channel Radio Control Airplane ($127), **Megatech International**, North Bergen, N.J., features a 27

a folding propeller for extended flight duration. Its tail rotor system ensures left and right turns and requires eight AA
is suitable for first-time flyers ages 10 to adult.

Also for ages 10 and up, Megatech adds the 15-inch Hopper-Fly Radio Control Helicopter with lights ($127). The full
indoor/outdoor copter is ready to fly right out of the box and features a self-stabilizing, weighted fly-bar and navigatio
available on two frequencies for flying together. The copter requires eight C batteries and one 9V battery.

For ages 8 and up, the 3-foot Radio Control Party Blimp ($150) carries a personalized message in light and sound, v
music combinations. A transmitter with 300-foot range propels the triple-fan gondola forward, backward, up, down, ri
is required.

**In your face tricks**

New 13- by 18-inch Halloween VividVision posters ($4.99) will debut from **Mello Smello**, Minneapolis. In the Ghost i
technology makes candy appear to float in the air, and bats fly in the background. In the Graveyard poster, headston
layers of depth, and bats come flying toward viewers.

**Old stories, new format**

My Turn Your Turn Storybooks ($3.99) offer a new format for pre-readers ages 4 to 7 and parents to read together. I
a parent page followed by a child page. Kid's pages are designed to build basic literary skills through memory, rhym
Parent pages contain the bulk of the storyline, with longer, more challenging sentences. Titles include *Goldilocks an*
*The Three Little Pigs*, with *The Little Red Hen* and *Gingerbread Man* coming in fall from **Meredith Books**, Des Moin

**Bratz embrace the sporting life**

**MGA Entertainment**, Van Nuys, Calif., will introduce new choices in the game and doll category.

Big Fish Lil' Fish is a fast-paced card game in which kids and adults take turns using their big fish to eat little fish. Th
all their cards wins.

Insane Darts puts a new twist on the classic dart game by adding a moving target board and interchangeable scorec
than 12 dart games in one.

The Bratz dolls' popular little sisters and brothers, the Bratz Babyz, expand with three new dolls, now with "real" hair
themselves get sporty in '06 with the Bratz Play Sportz Teamz, featuring two Bratz per package, each playing for a c
included is a sports-appropriate accessory, such as a net for the tennis players and a hoop for the basketballerz.

**Let's Pretend**

Pretendables, by **M.O.G. Kids**, New York, is an educational product that uses books, CD-ROMs, costumes and toys
to a wide variety of jobs and careers in six diverse categories. In 2006, they'll add the Make Believe series to their lir
have the chance to enjoy creative role-play with noble characters and get a real feel for the royal lifestyle with the Pr
playset for Pattie & Paula Princess. Available at boutiques nationwide, online and at national book and toy retail stor
Princess playset retails for $29.25.

**Slap it down**

**Morning Star Games**, Santa Monica, Calif., the creator of Truth or Fib, aka You're Pulling My Leg, introduces Slap l

Slap Happy! is a fast-paced card game where players race to be the first to complete colorful shapes. When players
their cards, they grab them off the table to win the points. You must be quick or another player can stop you from co
a block card. The player who gets the biggest score at the end of the game wins. Slap Happy!, for two to six players
for $12.99 in a lunch box tin or $9.99 in a box.

### Mudpuppy's puzzled

**Mudpuppy**, New York, teaches children basic learning skills with its new, two-piece puzzles. Nature's Alphabet, Co
Opposites and Color Kingdom introduce how two things go together in a simple format.

For twice as much fun, there are also simple four-piece puzzles. Product choices include Dinosaurs, Bugs, Construc

The Fairy Tale Theatre has everything needed to put on a show: sets, costumes, props and actors. Produce your ow
*Mermaid* or *Beauty and the Beast*, travel back in time to Ancient Egypt, wrangle a dinosaur or travel the globe.

My Travel Journal is packed with colorful illustrations and dozens of activities for kids to do before, during and after a

**N**

### Simply 'sensation'-al

Soothing sounds of nature take center stage with The Nature Sensations line of infant toys by **RC2 Corporation**, St
First Years brand introduces Nature Sensations Whirly Twirly Rattle, Stacking Turtle Shell Surprise, Taggity Snail Ra
Turtle, Bumble Bee Wiggles and Baby Bumble Bee Musical Rattle. Nature Sensations toys retail from $3.99–$6.99.

### Real softies

*The Very Hungry Caterpillar* storybook gets an interactive plush toy that features 10 secret toy food objects for babie
**Neurosmith**, Long Beach, Calif. Newborns can also check out the plush Side Twinkle Time Melody Play Mat with re
that hang on an arch. The $75 mat has a number of activities and flashing lights.

Preschoolers can buzz along with the Busy Bee Storyteller. It has three hats—cowboy, fireman and clown—that tell
character voice when the hat is placed on the storytelling bee's head ($24.99). Together Tunes Sing-Along Book has
the following favorites: "Five Little Monkeys," "The Wheels on the Bus," "Old MacDonald," "The Eensy Weensy Spide
Song."

Ryan's Room Dollhouse gets a welcome addition, the Splashing Good Time Spa, with realistic Jacuzzi interior look (

### Robots lead Erector back to market

Radio-controlled vehicle manufacturer **Nikko**, Plano, Texas, will be distributing Erector in 2006. The new Interactive
Erector Speedplay series is not only compatible with classic Erector, but also is computer-interactive, with an electro
cable.

Nikko also adds an ATV to its Build and Play series, and bulks up its core R/C lines with a new Kawasaki Motorcycle
latest muscle cars with chrome backlit engines shining through clear, glass-like hoods.

### Knit and sew

**NKOK**, City of Industry, Calif., introduces the Singer Knitting Machine, the round knitting machine with hand crank and Lockstitch Sewing Machine with Activity Set.

The Lockstitch Sewing Machine comes with pre-cut fabrics, storage case, power adaptor and activity book.

In the remote control car division, introductions include the My First Dodge Magnum RT, a 1:10-scale replica with ca chrome spinner wheels. The car's controller features sound effects, voice samples and music.

High Rollerz Rockin School Bus is also new. It is battery-operated and 14 inches long with cartooned styling and cou wheels. Push the icon function buttons on top for sound, music, voice, lights, forward and reverse features.

**Summertime fun**

**Nomaco**, Zebulon, N.C., is known for its foam toys and flotation foam for kids and adults. New for 2006, Nomaco's F Boodle Hammock add fun to pool activities.

Measuring 32½ inches by 14½ inches wide, the Flip Flop Float is for children ages 5–11 and is available in three col

Nomaco's Boodle Hammock offers a "tote-able" pool hammock that needs no inflation. Held afloat by a comfortable leg support, the durable mesh hammock rolls up for easy transport and storage.

**Bear in mind**

**North American Bear**, Chicago, is introducing a number of fashion-focused pieces this spring.

Look for plush tote bags and backpacks featuring butterflies, ladybugs and frogs; $25 each. For tweens, the compar bags ($7.50) and coin purses ($6).

The company is offering a new line for Easter, including Little Spring Things—plush animals like chicks, ducks and b available in two sizes, ranging from $6–$10. Also look for Hopwood Bunnies in three sizes, ranging from $10–$45; a Cozies for $7 each.

Targeting tiny dancers, the company introduces a ballerina doll ($25) that comes complete with outfits to take her frc studio through to the big recital. Also added this year is the Fancy Prancy Dancer Ballerina Backpack ($25) for girls a all their dance class gear.

**It's a horse race**

**Northern Game Co.**, Alberta, Canada, introduces four new games for 2006.

The Deluxe Wooden Horse Races lets you have a fun day at the track without leaving home. It features a wooden g: horses.

Moonshot Euchre is "the ultimate" version of the game of Euchre, the company claims.

Raising Cattle is a family game that highlights the obstacles ranchers and farm families deal with on a daily basis. R your way around the board, but be sure to watch out for cow pies.

Syncrohearts is an adult-audience game about love for just you and your partner. Each time you play you'll learn sor

each other.

o

**Action! Curious George**

**Omnicor Inc.**, Phoenix, Ariz., introduces three Curious George activity books for preschoolers. The first features Cu
school; the second book takes him to the circus; and the third to a party. Books are packaged with Wikki Stix, wax a
to each other and almost any smooth surface just by pressing with a finger.

**Laptop learning**

Faster than a speeding bullet is the time it takes to open the Superman Super Laptop by **Oregon Scientific Youth**,
motion-activated lid requires just a pass of the hand to open 60 math, memory, logic and spelling activities in this bili
Superman Super Laptop is for ages 5 and up, and retails for $59.99. A more fashionable laptop can be found with th
the same program features as its Superman counterpart, but more pizzazz thanks to a fabric exterior.

Sports enthusiasts can record their most amazing feats with the ATC 1000 and even edit out those less impressive r
action segments together. Home videos can be e-mailed as still shots or streamlined video ($119.99).

**Web of intrigue**

Don't get caught in The Spider's Web, a board game by **Otero Games**, San Diego. A single player (the spider) work
(fireflies) back to the center of the board—the web—as they try to land on twigs that serve as safe havens. It just tak
to have them all win the game. But the spider has some tricks up his web. The Spider's Web retails for $14.95.

**Picture this**

Kids can now get in on the action by playing Squint Junior, based on the adult-level game by **Out of the Box**, Madis
transparent cards with shapes imprinted, players 8 years and up can build pictures and have other players guess wh
before time runs out. Squint Junior is available at specialty toy and gift retailers for $16.99.

**Game time**

A bounty of gems is at stake, and with just a smidgeon of the treasure map at their fingertips, young marooned bucc
strategy to play Skullduggery: A Swashbuckling Pirate Adventure! by **Outset Media**, Victoria, Canada.

More challenges abound with The All American Trivia Board Game with 2,000 questions in geography, history, arts a
knowledge. For teens and older players, it retails for $29.99, as does a junior edition with more than 1,000 questions
of Professor Noggin's card games, History of the United States, Geography of the United States and Explorers, prov
gleaned through short-answer, true/false and multiple choice questions. Two levels of difficulty are available each ga

**Some crafty combos**

By putting together two favorite pastimes—construction and crafts—**Overbreak LLC**, Sun Valley, Calif., offers Chalk
monster trucks for kids to draw on outside surfaces while the truck follows the chalk line using optical sensors.

In another combo, Foamstruction kits have more than 500 reusable foam pieces in flat sheets, as well as confetti an
can be moistened and stuck together to construct myriad craft toys. The 3-D Digi-Draw uses a "dimensional lite" like

counterpart to cast shadows and surface details that kids can trace as three-dimensional objects. The set comes wit platform and three colored pencils.

The HoverRocket contains two soft, 30-inch rockets and four colorful targets with varying point values that can be lai outdoors. The HoverMissile is also soft and flexible and can fly more than 50 feet. Two missiles are included in each

P

**Puzzling monkeys**

Monkey Magnet Puzzle Box ($10) from **Pamela Drake Inc.**, Berkeley, Calif., includes up to 127 magnetic foam piec guides and a carrying case, so kids ages 4 and up can create six puzzles depicting dinosaurs, vehicles, farm shape jungle and robots.

**Caption crazy**

**Patch Products**, Beloit, Wis., introduces BubbleBrain, It's the Thought That Counts, which lets players add original pictures or the silly photos provided, and opponents have to guess which player wrote which caption. For ages 10 an

In the verbal board game Blibber Blabber, players try to guess what other players are saying as they recite clues—b the first letter of each word. The tween-targeted DareDevil, the Devilishly Daring Party Game, lets players retrieve ga plush toy and perform the stunts written on the chips.

Patch Products was also recently granted rights to produce "The You Might be a Redneck If... Game" for up to four up.

**Fun for a song**

New Chantilly Lane musical plush toys ($24.95) from **PBC International Inc.**, Oxnard, Calif., are offered in eight nev and Auntie Pasta are Italian chefs that sing Dean Martin's "That's Amore," Chloe sings Bobby Vinton's "Roses are R Richard Marx's "Right Here Waiting," animated Olivia croons "You're the One That I Want" from the movie *Grease*, F sing Roy Orbison's "Sweet Dreams, Baby," and the Love Bug Bears perform George Strait's "The Love Bug."

**Products for posterity**

The population of **Peaceable Kingdom**, Berkeley, Calif., grows this year with new products in the gift line.

Lock & Key Diaries ($9.95) let young girls lock up their writings, Photo Memory Books ($9.95) provide space for han and Gift Bags ($3.95) combine gift cards with laminated gift bags. Sticker Birthday Cards ($3.95) provide a dozen sti envelope that the young recipient can use to create different themed scenes. The line of Sock Monkey stationery pro photographs of artist Dee Linder include cards ($2.25–$2.50), gift enclosures (75¢), mini journals ($5.95), journals ($ notes ($7.95).

**House for dolls**

**Plan Creations Co. Ltd.**, Bangkok, Thailand, introduces two dollhouses in the Chalet Dollhouse line that are design from each side for children ages 3 and up; without furniture, $85; with custom furniture, $110.

A wooden Bulldozer ($35) lets kids pretend to be a construction worker, controlling the vehicle with handle controls t

bulldozer maneuver, haul, lift and pull.

**Natural beauty**

Puzzle maker **Planet Zoo**, Eugene, Ore., presents a line of 15 designs featuring wildlife in natural habitats along with photography in 500- ($12.95) and 1,000-piece ($14.95) designs. All are printed with soy-based ink on recycled paper ages 7 and up.

**Playing along**

**Play Along**, Deerfield Beach, Fla., brings a new look and feel to the Care Bears line with Scented Floppy Care Bears mango or strawberry. Each comes with a DVD featuring two episodes of the 1980s cartoon. Also new in the Care Be Bears Bilingual Amigo Bear ($19.99), which teaches English or Spanish using an electronic telephone. Hide 'N Seek comes in two characters—Secret Bear and Play-a-Lot Bear—that when hidden emit verbal clues so children 3 and u

Cabbage Patch Kids Newborns ($19.99) are the smallest dolls in the history of the line; they come with accessories and change them.

Also from Play Along: Sky Dancers Dream Dancers ($7.99), Dazzlin' Make-over Doodle Bear ($14.99), Fantasy 'N F ($14.99), Gross-Out Doodle Monster ($24.99), Dragon Flyz ($9.99-$17.99), Trolls ($1.99-$9.99) with Biker, Nurse ar plush Snugglers ($19.99) and Speed Stacks StackPack ($39.99), which comes with 12 cups, mat, timer and carrying

**Scraps of fun**

Akron, Ohio-based **Playhouse Publishing** is expanding its Picture Me Scrapbooking Collection.

The new kits include papers, stickers, lettering and cards. Album covers can be personalized using alphabet stickers All items are perforated and the post-bound album expands easily. In 2006, they'll introduce four new kits: Picture M Scrapbook Kit, Family Ties Scrapbook Kit, My Travels Scrapbook Kit and School Days Scrapbook Kit.

**Monsters, heroes and fairies**

**Playmates Toys**, Costa Mesa, Calif., the master toy licensee for Universal Pictures' *King Kong*, offers action figures role-play accessories including electronic King Kong arms ($19.99), a figural battle game ($14.99), an environmenta Island ($29.99) and 8- and 11-inch plush figures ($5.99–$9.99). A basic assortment of 6-inch scale action figures ($9 SKUs, and is packaged to recreate some of Kong's battles from the film. A deluxe assortment of 11-inch scale figure articulation includes the Deluxe Roaring Kong with chest-pounding feature and the Deluxe Bull T-Rex, which include effects ($17.99). A 14-inch scale figure with 22 points of articulation features sounds of a roaring, stomping Kong. Pr feature on the shelf activates shelf-pounding action in which Kong tries to bust out of the window box. Once freed, K front knuckles or shake his arms when standing ($24.99).

Playmates will also introduce the Marvel Hero's Battle Dice game, featuring more than 65 heroes and villains such a Men, Daredevil, the Fantastic Four and more. "Pop dice" open to reveal action figures making up six different armies attributes including speed, strength, durability, intelligence, energy projection and fighting skills, plus symbols and nu strength. Players battle by loading their dice with action figures, then rolling simultaneously with their opponents. The lowest number selects the attribute to be used. Defeat means surrendering your figure to the opponent's army, and t collect all of the opponents' figures wins. Starter packs come with six dice and six action figures: Captain America, S Wolverine and two mystery figures, plus two arena cards to show where to place the figures and dice during a battle instruction booklet, plus a miniature comic book. Four series of booster packs will be launched throughout the year. I

form of 5-inch Hulk and The Thing dioramas will be introduced in spring.

For girls, Playmates debuts a line of dolls, playsets and accessories based on Disney Fairies. In Septembe r, Disney
the illustrated children's novel by Gail Carson Levine, *Fairy Dust and the Quest for the Egg*, featuring Tinke r Bell and
friends Prilla, Beck, Rani and Vidia. An entire collection of chapter books from Disney Publishing Worldwide will laun
Disney Fairies brand will also offer a collection of films and multiple product categories, similar to the Disney Princes
new product line includes in-pack DVDs and collectible story cards for ages 6–9.

The Teenage Mutant Ninja Turtles take on New York City 100 years from now in the new television series, *Fast Forw*
from 4Kids Entertainment. Playmates will introduce a toy line featuring the heroes and foes of the property's charact
air promotion beginning in the first quarter 2006 will culminate with the 100th episode of *Teenage Mutant Ninja Turtle*
movie is in the works for a 2007 release.

**Play getaways**

Dayton, N.J.- based **Playmobil's** Family Vacation theme features The Beach, Family Yacht, Family Camper, Paddle
Chair.

The Beach includes realistic jet skis that float on water and move when fitted with the Underwater Motor accessory, i
from pelicans to dolphins ($24.99).

The Family Yacht also floats on water and moves using the Underwater Motor accessory. It comes with a removable
captain's helm, rubber dinghy, boombox, and movable anchor ($34.99).

The Family Camper includes a rooftop baggage compartment, awning, and folding table ($34.99).

As for boats that work on the water, the Harbor theme features a Harbor Crane ($44.99) and Cargo Ship ($59.99). T
has a detachable roof, storage compartment and secret hatch. Kid commodores can accessorize the scene with Har
Worker with Hand Cart, and Forklift.

For a more escapist vacation, the Magic Castle features pink towers, gold balustrades, sweeping stairways and man
The Magic Castle comes with Princess Crown, Royal Kitchen, Royal Treasure Room, Royal Children and Royal Car
hideaway in the roof ($129.99).

Also new from Playmobil, the Barbarians include the Barbarian Ruin, Barbarian Assault Tower, Barbarian Attack Tro
and Barbarian Catapult ($24.99 to $34.99).

The Garden Center is a variation of the classic "shop" pretend game and includes the Garden Center, Green House,
Shed, Flower Shop and Gardener with Hedge Trimmer ($34.99). And getting back to nature, the Farm line features a
cow pasture, rabbit hutch and chicken coop, as well as a working pulley ($69.99).

The Soccer line appeals to both boys and girls with a Soccer Set, Soccer Shooting, USA Team, Girls Team, and Go
just in time for the 2006 World Cup soccer tournament.

**Wind up and fly**

The Loop N' Zoom Line ($6.99–9.99) from **Play Visions**, Woodinville, Wash., features a football, tennis ball or rocke
mechanism inside the body which connects to a retractable cord. Kids press the button to extend the cord up to 24 in
item in a circle to gather momentum. When released toward the recipient the cord will automatically retract, and the

travel up to 240 feet.

Also new from Play Visions, the Sounds X-Treme line ($1.99-5.99) produces warbling, haunting, and rhythmic noise percussion, and melody. Both are for ages 5 and up.

**As Slinky as ever**

This year, the venerable Slinky, from **Poof-Slinky**, Plymouth, Mich., morphs into the Barking Slinky Dog ($9.99). The pooch comes with a dog house. Other Poof-Slinky offerings include the Mini Micro Blaster 2 Pack ($3.99); the music ($5.99); foam Spider Balls ($4.99) in standard and mini sizes; foam dart launcher Scorpion Bow ($3.99); and turbo a shooter, New Light-Up Ram Rocket ($5.99).

Posable Evel Knievel returns with a 40-piece Dare Devil Stunt Set ($39.99) made from original Ideal molds, Mentor, from Ideal molds is Gaylord Pup ($24.99) with plastic food bowl, box of doggie treats and a magnetic bone. Gaylord

In the construction line, the hardwood Heavy Hauler Dump Truck ($99.99) includes working dump bed and swing ga Building Set ($14.99) includes 75 wood pieces. The Amaze N Marbles set ($26.99) includes wood pieces and marble Fiddlestic ($27.99) has 144 rod-and-connector pieces.

**Sticky situation**

**Powerful Greetings**, Troy, Mich., offers a line of self-adhesive, battery-operated gift tags ($3.49) in a number of des Disney, including Winnie the Pooh and Tigger, Cinderella and Ariel.

**Reading-palooza**

**Publications International**, Chicago, is introducing a variety of products inspired by its original Story Reader produ

This fall, the Story Reader Video Plus offers kids ages 3–8 all the features of the original Story Reader content comb features. The product can narrate a story alone or add illustrations on a TV screen—it can even test a child's knowle gaming activities. The unit is $34.99, and refill titles will be available for around $12.99.

In the first quarter, the company will also target kids ages 6 months to 3-years-old with its My First Story Reader. A r as each page is turned, while the unit adds sound effects and music. The base unit comes packaged with three inter Einstein rhyming story and songbooks for $19.99.

The company's Look and Find brand goes electronic and bi-lingual this fall with the new ActiveMinds Electronic Look featuring a stylus-based format and English/Spanish options. Kids use the cordless stylus to identify the targets, guid technology that gives players audio feedback as they move about the scene to help users find more than 100 object lingual button teaches object recognition, language skills and vocabulary in both English and Spanish. A variety of sl also provided to reinforce basics like counting, color recognition, the alphabet and more. Each book will retail for $16

New offerings from the ActiveMinds line include DVD books ($16.99) that include licensed characters from Sesame the Explorer, SpongeBob Squarepants, Scooby-Doo and Winnie the Pooh. The package includes an 18-page printe DVD and a 10-button, color-coded remote control designed for children 18 months and up. ActiveMinds Interactive D designed for kids ages 3–8 and feature an 18-page printed book with interactive DVD and remote control. Each of th corresponds to the DVD and operates in five different modes: Q&A, a default mode that reads the story aloud on scr with questions related to pictures in the book, a movie mode with clips relating to the subjects in the book, and a kara feature, with song lyrics and animation.

The ActiveMinds Interactive DVD Books are available as of the first quarter and will retail for $16.99.

**A world above our own**

Koochaloos make their debut this year from **Puddin' Planet Inc.**, Harrison, N.Y. The line of collectible mini atures tar ages 3–7 come with collector cards with character information and that form a map of the Koochaloos' tree-top villag edition set includes eight cards ($4.25).

**Music unites**

World music label **Putumayo**, New York, releases *One World, One Kid*, a collection of hosted by the 6-year-old who comfort a sick friend. The disc is released as a benefit CD ($5.98), with proceeds going to the Make-A-Wis h Founda part of a four-CD series, another of which, *Reggae Playground*, debuted late last month.

**R**

**More ways to play classic games**

**RADGames**, Peterborough, N.H., introduces its "Super Add-Ons" line, a series of extension pieces for use with othe classic board games. The first product of the series is an extra section of board game designed for use with the Mon Hasbro. The product is designed to offer a whole new level of play, featuring additional properties, utilities and actior modify the original game. The product retails for $24.95.

**Even makeovers are going digital**

Dallas-based **Radica USA**'s Girl Tech line grows with the addition of the Digi Makeover ($59.99). The makeup case to the TV, so girls ages 8 and up can take their picture and give themselves a digital makeover, with special effects t makeup, clothes and accessories, plus fashion games and a runway mode. The B-Bop compact music player ($19.9 minutes of music from any headphone jack. The unit can record from a CD player, computer or TV.

Jibbi TV ($29.99) uses voice recognition, so girls ages 6 and up can interact with animated on-screen characters tha than 100 words, have conversations, dance, play dress-up and ask girls about their day. Girls also take care of Jibbi exercises, eats right and gets sleep, so she doesn't get sick.

For ages 8 and up, 20Q ($19.99) now comes in sports enthusiast, music lover, and movie-goer themes, featuring ne answers, a built-in light, trans-reflective screen and emoticons. The Golden Tee Golf ($39.99) arcade game now con that plugs into a TV.

For other active indoor play options, Play TV Skateboarding ($39.99) has kids do moves on a skateboard in Tag or S Also from Play TV, Play TV Basketball ($39.99) plugs into the TV to offer interactive one-on-one street ball, including dunking. Players can choose from multiple characters or practice for the Slam Dunk Competition or play a round of H

Play TV Super Sonic Gold ($24.99) offers Sonic the Hedgehog, Sonic the Hedgehog II, Sonic Spinball, and Dr. Rob Machine. The games come with an authentic Sega Genesis controller.

Cube World ($29.99) interactive games have four stick people, each living in their own square block. They can be co parties, stacked or side-by-side. Once connected, the stick figures begin interacting with each other.

Thumb Warriors ($14.99) features six "warriors" each in armor. Kids lock them on and then try to knock away their o

reveal his "Button of Doom" and pin it for three seconds.

The Sudoku handheld electronic version ($19.99) includes a choice of 6- or 9-box playing boards. Thousands of puz levels of difficulty.

**Guess and win**

From **R&R Games**, Tampa, Fla., comes Sketchword ($19.95). Players ages 10 and older create a word using letters the game board, then sketch it. Two or more additional players can try to guess the word before time runs out. Point artist and the correct guesser of the word. Shorter words earn fewer points. In You Must Be An Idiot ($19.95), cards each of three to six players ages 12 and up is an "idiot" or not. The game's "genius" asks a trivia question of his choi selected. All other players write down the answer. However, if you have the idiot card, you must answer incorrectly. are revealed, everyone votes on who is and isn't an idiot. Call somebody an idiot who is not, and they steal your poir get caught receive bonus points.

**Picture perfect**

The Mandala Designer ($34.99) from **Ravensburger-F.X. Schmid USA**, Newton, N.H., is a drawing machine that m forwards or backwards at the touch of a button, so kids ages 6 and older can create designs without the paper slippi also includes two stencils, stamp holder, four stamps, ink pad, felt-tip pen, six colored pencils and 10 sheets of pape case for easy carrying.

**From toddlers to twenties**

Oak Brook, Ill.-based **RC2/Learning Curve**'s Lamaze infant development line launches Two Can Play products whi parent/caregiver and interact with baby. New releases are also planned for the Lamaze Play and Grow and Infant De lines.

In the Bob the Builder preschool product line, RC2 is introducing Take Along Bob and Project Build It Click Brick veh role play, plush and ride-on vehicles.

In Thomas & Friends, introductions include new engines, rolling stock, destinations and sets in both the Thomas Wo Take Along Thomas play systems.

From The First Years by Learning Curve, new products include a Take & Toss Toddler Feeding System and Soothie System.

RC2 introduces Meteor the Monster Truck, designed for children ages 2–6. Kids will explore the missions and dream trucks, including Meteor, Jose, Junkboy and Ponytail.

The John Deere preschool line debuts free-wheeling, die-cast construction vehicles, electronic role-play and Push 'n a vehicle expansion for the John Deere Big Red Barn System.

For girls ages 4–9, RC2 plans a product line based on *Totally Spies*, the animated Cartoon Network series. Dolls of Clover, and Sam feature clothes and spy gadgets.

Among RC2's core die-cast vehicle lines, the Johnny Lightning collectible vehicle brand introduces new 1:18 scale M licenses for the 1:64 Pop Culture line, new 1:24 scale Street Freaks vehicles, and an all-new mix of 1:64 scale Stree JL Full Throttle brand is targeted to teens and young adults, producing custom looks from auto designer and fabrica

including vehicles from the The Learning Channel show *Overhaulin'*. Also new are Johnny Lightning Split Second toy playsets, for boys ages 5–9, and Monsters of Destruction monster trucks that compete in the Monsters Destruction li Outdoor Channel TV show, including Big Foot, Spider-Man, and The Amazing Hulk.

Ertl American Muscle debuts 1:12 scale vehicles, plus 1:18 scale Glory Days hobby/specialty exclusive cars that bri diorama together to evoke Boomer nostalgia. Ertl also expands its sports die-cast offerings with new casts ranging fr scales in National Football League, Major League Baseball and National Hockey League lines.

JoyRide Studios will release Series 6, 7 and 8 of action figures from the *Halo 2* video game. JoyRide Entertainment plastic model kits and playsets based on the movie *The Fast and The Furious: Tokyo Drift*, which hits theaters summ

**A sure bet**

Parlay ($14), **Real Deal Games**, Lenoir City, Tenn., is for two to six players ages 9 and older. Players make the bes poker hand they can from their cards then choose to stay and risk points for a shot at bonuses or play it safe and fol points. Kids can play Texas Hold 'em, Five Card Draw and more. The game contains 55 playing cards, six stay/fold instructions.

**Drift with the trends**

Drifting racing was born in Japan and is just becoming popular in the U.S. **Revell**, Northbrook, Ill., has teamed with DeVera to create the Drift Masters line of die-cast models, R/C and a slot car ($14.99–$99.99). The Revel Drift Mast line features vehicle models where the rear tires lack traction, enabling the "drifting" action. Additional features incluc licenses. The die-cast line ($14.99) is designed by graffiti artist Swank One and bears his signature on each box. All models come with scissor doors.

The Lowrider Club line ($14.99) features 1:24 scale replicas of the Lowrider vehicles built by Roberto Espinoza of the

For tween girls ages 8–14, the Style Studio collection features six style categories: Sugar & Spice, Glam & Glitz, Ro Urban Chic, and Wild Side. Each features five fashion accessories: StyleSashes, StyleCaps, StylePurses, StyleFlips ($7.99–$12.99).

**It takes one to Tangoes**

**Rex Games**, San Francisco, premiers Tangoes Jr. ($24.99).

Tangoes is a modern version of the 4,000-year-old Chinese tangram puzzle, the seven pieces of which form a large human figures, everyday objects and abstract designs.

The junior version is a tangram toy for preschoolers ages 4 and up, with a playing case and large puzzle cards with able coating, plus thicker, larger magnetized pieces with an easy-grip lip. Double-sided cards offer two levels of play

Three additional puzzle card packs ($6.99) are scheduled to be sold separately.

**Rhythm is gonna get you**

**Rhythm Band Instruments**, Fort Worth, Texas, introduces the First Birthday Rhythm Set ($29.95), for children age Made of impact-resistant plastic, this set includes Wave Drum, Rattle Roller, Clip-Clap, Handy Bell, Baby Maraca an which comes in a case for ease of storage. Also debuting is the Rio Rhythms Set ($29.95). Kids ages 3 and up can

Case 1:08-cv-01965-LTS     Document 1-2     Filed 02/27/2008     Page 38 of 85

included audio CD or create their own Caribbean sounds with a Guiro, Samble Whistle, Cabasa, Jingle Bells and Ma

**Brand new classic**

*Beethoven's Wig Read Along Symphonies* book/CD ($18.95) from **Rounder Books**, Cambridge, Mass., is based on
music CDs from Rounder Records. Written by Richard Perlmutter, with full-color illustrations by Maria Rosetti, the 32
book features the lyrics from the song, "Beethoven's Wig," plus a bonus audio CD with two new songs. The song is :
Fifth Symphony, while Minuet in G becomes the "Minuet for My Pet" and "Moonlight Sonata" becomes "Beep Beep E

**S**

**Trade on Saizon**

Canada's **Saizon** will unveil the new Kootikooti Wrestling Stik collectibles game from Stikfas. Kootikooti is a strategic
played with 2.5-inch, flexible rubber game pieces. Using a single finger to nudge or flip their Kootikooti, two or more j
using their skill and judgment to try and "pin down" their opponent's piece to win the round. Series 1 comprises 50 u
colorful game pieces for kids to collect and trade. With four series planned each year, Kootikooti will offer collectors :
designs to collect and trade. Target ages are 6 and up. Individual game pieces retail for $3.45.

**Schleich smorgasbord**

**Schleich North America**, Toronto, brings a potpourri of animal figures, Indian and knight replicas and the good old
shelves.

Among the 2006 offerings are Sioux Chief and Archer on Horse, Sioux Medicine Man and Sioux Scout, along with tc
and Queen and King on Horseback.

Animal lovers will enjoy the many shark, puppy, rabbit and pig collectibles, while kids will love the little blue people, t
Dracula, Ghost, Mummy, Werewolf and Frankenstein Smurfs. Retail prices range from $1.99–$13.50.

**Digital science**

Digital Camera Lab is new from Hong Kong-based **Science Tech**. The educational science toy manufacturer introdu
digital camera that does more than just photograph images. It is also a periscope, underwater viewer and microscop
Lab comes with a USB port to transfer image files to a PC. It is packaged with a tripod, telephoto lens, periscope, mi
lens and a water proof camera case. It includes a USB cable and image software. Designed for ages 6 and up, the C
$39.99

**Drawing from Scratch**

**Scratch-Art Co.**, Avon, Mass., is introducing four Scratch Magic Draw & Learn activity kits: Safari Animals, Sea Life
Dinosaurs. Each kit features four Scratch Magic drawing boards, two Rainbow Black and two sparkling Scratch & Sr
stencil, wood-drawing stylus and Fun Fact Guide for $4.99. A deluxe kit is $14.99.

Kids can create their own multicolored "stained glass" window art with Scratch Magic Light Catcher Kits. Choose fro
Butterfly, Hummingbird, Sail Boat and Flower, each for $2.99.

**Senario and Scoozie**

Scoozie, by Senario, Chicago, is an interactive plush animal that combines artificial intelligence, a full range of body "cuddle factor." Four styles of Scoozies will be launched initially from a Web site, www.findscoozie.com, in May. The found at mass market and department stores nationwide beginning in June. Recommended for ages are 4 and up, th

**Dexterous games**

Selecta Spielzeug, Edling, Germany, is introducing several new toys and games this year. Agricolino is a model far year-olds in mind. Play with them as a set, or thread them together. Bellapista is a new ball track where two colorful down the track, moving everything in their path.

The 16-piece Combinello is a colorful new building block set. Constructino is a new tool vehicle for little craftsmen.

Match picture to picture with Fantastico, a classic domino game. The caterpillar Formina puzzle teaches children to r shapes. Giro Galoppo is a new horseracing card game with game board for the entire family.

Picco Popolino is an animal guessing game. One player describes or imitates while the others guess. Piratissimo is a involving pirates who roam the seven seas. The job of the players is to load the treasure on board their ships and bri

**Quite puzzling**

The Sudoku craze continues with a handheld device that offers thousands of puzzles by **Shenzhen**, Shanghai, Chin Sudoku puzzles are playable at three difficulty levels. The numbers appear on an LCD display; batteries are required in four colors.

**How shocking!**

There's big news for **Shockini** mini action figures this year with Toxic Crusader, Bucky O'Hare, AC Comics and Judg the new characters by Shocker Toys, Buffalo, N.Y.

With 18–24 pop-and-lock plastic ball joints, these 3-inch action figures and vehicles are interchangeable. A customiz with a blank figure and five accessories, standing base and stickers to create a Barbarian or Knight, among other ch systems to create bigger Shockini projects and interchangeable vehicle designs are also hitting retail shelves this ye

**Explosive fun**

Crafting is fun with Chicago-based **Shure Products**' Volcano miniature model with "lava" ($15) that can teach older natural world while making their own plaster version.

Shure also offers a wood-burning kit complete with stylus and everything needed to make a hinged, wooden storage picture frame ($25).

Make a scarf with the Learn to Weave Book & Set that has a wood weaving loom, 1,500 feet of yarn and a 34-page

Shure helps mold budding artists with The Most Incredible Clay Sculpture and Sketchbook.

For little hands there's the Chunky World Alphabet Puzzle and Daisy Girls dolls and magnetic wooden clothing.

**All booked up**

There's something for everyone with **Silver Dolphin Books**, San Diego, starting with *Explore It Ancient Egypt*, with : ups and text geared toward tweens ($14.95). *The Secret World of Mermaids* has four collectible Mermaid fi gurines a page illustrated book.

Build-A-Bear Workshop moves into the home with a Let's Make Jewelry Kit that has all the "bear essentials" to make hair ornaments using basic sewing and beading skills learned with the 32-page illustrated book ($14.95).

## Pink power

FunSlides Carpet Skates, from **Simtec**, Irwin, Pa., add hot pink to their color palette. Just strap the skates on, and ki can glide on home carpets. The skates retail for $19.99 a pair.

## Party hardy

Japanese anime and fairy fantasy are behind the Rock Hard and Scary Fairies line for tween and teen girls. Costum along with disposable party ware depict the Rock Hard Fairies and their nemeses, the Scary Fairies by **Smiffy's**, Ne conscious brand will include wigs, boots and wings in the costume line and noisemakers and tiaras with party plates the party goods assortment.

## Reel fun

Casting for the big one has never been as easy as with the JetCast 3.0 fishing system by **Spin Master**, Toronto. Kid the simple pump-and-launch, hook-hiding bobber that can cast up to 30 feet at the push of a button. The hook is con bobber hits the water, making the cast safer for young children.

Also from Spin Master comes Sandsations dough, which has the feel of sand but can be molded into umpteen creati crumbled to make the next sculpture. Many colors are available, retailing from $4.99–$19.99.

Pawphans are orphan plush puppies available for adoption with a portion of the proceeds supporting the Humane Si comes with a breed profile and adoption certificate ($14.99).

Komikai is a series of micro-sized comic books. The Series 1 starter pack comes with seven Komikai, four display ca glass ($5.99).

Girls will cheer for *Bella Dancerella Cheerleading*, a DVD/VHS release ($34.99) that teaches kids to rah-rah with por Bella Dancerella cheerleading outfit is available ($14.99).

Spin Master adds to its Aquadoodle line with Aquadoodle Sing N Doodle ($34.99). Preschoolers can sing along to "C some silly songs while drawing on the mat with a water pen and stampers. When the area dries, the color disappear begin again.

## It's a splash

Move over rubber ducky, here come Tile Tales bath books with stickers that tell a story from **The Straight Edge**, Bro

*The Itsy Bitsy Spider* has four puffy waterproof stickers that adhere to a tub wall. When it's time to wash the spider o splash a little bath water on the sticker to make it disappear.

For budding baseball fans, *Take Me Out to the Ball Game* musical Rub A Dub bath book plays the song heard most

baseball's seventh inning stretch. The waterproof book has colorful baseball illustrations.

Both of the books ($6.99) and their corresponding stickers float.

T

**Pray and Play**

**TadPals**, Glendale, Calif., offers Holy Folks, 16-inch plush character dolls inspired by scripture.

Four new designs for 2006 all come with magnetic hands to hold a character-appropriate accessory. The li neup inclu
shepherd's crook; Mary with baby Jesus; Moses with Ten Commandment tablets; and Noah with a pair of elephants
portion of profits to various local and national charities annually. Each doll is for ages 3 and up.

**Twist on the toss**

A new take on the classic infant ball, Toss the Taggie has loads of color and textured tags for babies and toddlers to

From **Taggies**, Spencer, Mass., Toss the Taggie ($19.99) is 8 inches in diameter and joins a full infant product line a
Scholastic books, *My First Taggies Book: Sweet Dreams* and *My First Taggies Book: I Love You.*

**Ant brigade**

The busy bee who serves as the national ant mascot for child abuse prevention, Angie the Ant, stars in a children's I
*and The Bumblebee Tree* by **Team Angie Productions**, Charleston, S.C.

The first book in a planned series features Annie, an ant who is always helping others on her quest to find Antamar,
She teams up with Team Angie members, including Frankie the Blue Heron and Prince Bartlebee. The Team Angie
toy, book and game merchandising program, along with an interactive Web site and curriculum. Fifty percent of all pr
abuse prevention programs.

**Hand-held fun**

Two well-known names—*Sesame Street* and Sudoku—go electronic with handheld games this fall from Techno Sou

The Sesame Street game stars Elmo, Big Bird, Ernie and Bert, Oscar, Grover and the other famous faces from Sesa
children's TV series.

A touch-screen version of the puzzle craze Sudoku has a training mode and four levels of difficulty with more than 10
pocket-sized game unit will be in the mass market in October.

**Getting Tek Nek-al**

CoolP3 uses text-to-speech technology for playing and storing up to eight hours of music and has the accessories n
CD for installing PC software, ear bud, strap—for young kids to record and carry around their tunes. Made by **Tek N
International**, Grapevine, Texas, the second generation CoolP3 is compatible with the CoolP3 docking station and I
greeting.

**Learn, little one**

Babies get their brains and bodies moving with the help of developmental toys from **Thinkativity**, Englewood, N.J. T
senses, Thinkativity's new infant products are highlighted by Paw's Learning and Play Doghouse, Burtle the Singing
Fish and Mookie the Storytelling Monkey. Sights, sounds, music and language skills are enforced with the Little Cor
Little Explorer's First Globe and Dial H for Hippo Phone. The Thinkativity infant line retails from $12.99 to $24.99.

### Thinking fun

**ThinkFun**, Alexandria, Va., unspools Gordian's Knot ($9.99), "The World's Most Difficult Take-Apart Puzzle," as wel
a single-player brain teaser, and Spin-Out ($9.99), a new version of the best-selling game.

The company's Marvel Heroes line includes the sliding tiles game Hero Slider ($4.99), the card-and-tiles matching g
($16.99), the Spider-Man themed Hero Tipping Tower and City Crossing ($16.99 each), Hulk Hopper, which feature
in a variation of "peg solitaire," and Rush to the Rescue ($16.99), featuring multiple Marvel heroes and villains.

### Tiny Love

Symphony Light & Motion Mobile ($49.95) is one of several new products coming to market from **Tiny Love**, Garder
colorful mobile induces calm and contentment while stimulating baby's development. The ActiviTot 360 Play-a-Roun
an interactive environment for baby in a padded play mat.

DVD MagIQ ($49.95) encourages young viewers to respond to scenes on the screen—versions are also available fc
3 years.

Tiny Love also debuts Gymini Duet ($65.95), a two-sided activity play mat with pull toys, lights and music and Gymin
($49.95), a play mat that includes, among other features, a baby-activated musical triangle play toy.

### Turbo-maxed

Forget putting baseball cards in bicycle wheels to make flapping noise. Turbospoke ($24.99) by **Tomax Ltd.**, Waterf
realistic, variable engine sounds in a unit that looks like a chrome exhaust pipe for bicycles. Consumers can customi
Turbospokes with a choice—American Chopper Pack or Sports Pack—of "motocards" and stickers.

### Tonkin replicas

A new Aviation Series model takes flight from **Tonkin Replicas**, Seattle, with the new Boeing 747-400 Cargo Liner (
scale model licensed from the Boeing Aircraft Co. Also new this year in the 1:53rd scale line is the Remtec 57,000L
Trailer ($49.95); and in the 1:87 line is the new Ton ("tone") Series of die-cast metal and plastic tractor trailer models
the Freightliner Columbia, Western Star 4900EX, Volvo VNL 780 and Volvo VT 880.

### Hogwarts dolls up

Hermione Granger at Hogwarts ($124.99) joins **Tonner Doll's**, Hurley, N.Y., licensed Harry Potter doll collection. Ha
Weasley will also join the line this year.

Tonner's product catalog expands to include new arrival Tyler Wentworth ($59.99), a 16-inch doll depicting "New Yo
designer" and her kid sister Marley Wentworth ($39.99). Fashion ensembles start at $29.99. The Chase Modeling A{
($59.99) include Sydney Chase and her multi-ethnic friends in fashion ensembles ($49.99) and separates ($11.99).

### UK interactive

i-Palz ($39) from **TopBox UK**, Cambridge, England, is an animated eyeball with character that sits atop a computer
follow the cursor around the screen, and they blink with every mouse click. Aimed at computer users ages 10 and up
their ears, drum their fingers, stick out their tongues and belch or verbally react when email arrives. The uni t include:

**Tornasis does battle**

The new collectible game Battle Shields, Champions of the Su Bat Shi ($24.99) from **Tornasis Entertainment Inc.,**
Canada, has players scoring points for their Champions—Mercron of the Humetaloidz and Surfer of Molten—by toss
pieces called Xtreme Metal Game Shields as they combat alien athletes. The folding board has a display area for co
($5.99).

**Toy Biz-ness**

The 2006 Universal Pictures theatrical release *Curious George* and the upcoming PBS-TV animated adventures bas
has inspired a line of toys from Marvel Toys and **Toy Biz**, New York, including Tickle 'N Giggle Curious George ($24
and four adventure sets ($9.99), motorized Bump N Go vehicles ($9.99), and two themed book and plush sets ($14.*

Toy Biz Worldwide spins out an expanding Spider-Man & Friends Super Heroes line, including the singing Itsy Bitsy
oversized action figures ($6.99), an Electronic Light 'N Sound Role Play set ($14.99), the Super Hero Motorized Trai
Motorized Light 'N Sound Bump N Go rescue vehicles ($9.99) and Motorized Tub Pals ($9.99).

The 2-D/3-D Cartoon Network show *Code Lyoko* will be supported by action figures ($7.99) and role-play sets ($14.!

Total Non-Stop Action Wrestling is represented by action figures ($6.99) and the TNA Championship Belt playset ($·

The Marvel Legends family now includes new action figures ($7.99), multi-figure starter sets ($14.99) and Battle Boc
Marvel Mega Morphs ($14.99) transform into attack vehicles while the Spider-Man Classic action figures line gets up
vehicles include Spider-Man Rip 'N Rev Racer ($19.99) and Cycles & Riders ($19.99). Role- play sets include Mega
($17.99), Spider-Man Web Shooter Dress Up sets ($14.99) and Spider-Man Electronic Web Power Gloves and Masl

The third X-Men feature, due in 2006, inspires action figures ($7.99), the Wolverine Mutant Racer ($19.99) and Wolv
($14.99). An Apocalypse 6-inch figures offer a "Build-a-figure" bonus that gives collectors a deluxe figure when they
assortment. Marvel Legends action figures have more than 40 points of articulation and include a full-page comic or

**Catalog of toys**

**The Toy Collection Catalog**, Santa Barbara, Calif., introduces a service to customize catalogs for retailers that are
Toy Collection marketing and merchandising program. The firm offers design and copywriting, preparation of files for
printing of catalogs for individual retailers. Mailing list rental and mail-house services are also available.

**Playing with wood**

**Toy Concepts/Kingsky Technology**, Freehold, N.J., features new introductions in wooden furniture, music, doll ho
plush, electronics and flocked animals. Licenses include Little Golden Books, Twisted Whiskers and Coca-Cola.

**Make your own fun**

**Toy Play**, New York, introduces toys inspired by Warner Bros. Animation's television series *Xiaolin Showdown*. The
5½-inch articulated action figure assortment Series 2 includes four heroes and one villain, Chase Young ($6.99). Ea

several Shen Gong Wu accessories and is recommended for ages 4 and up. Xiaolin Showdown Monkey Staff ($14.9
features lights and sounds—monkey ears and tail are included. The Xiaolin Showdown Deluxe Silver Manta Ray Ve
figures and features lights and sounds ($24.99). The PVC collectible figures are 2 inches tall and stackable ($5.99).
the Dragon can be ridden by various action figures ($9.99). The child-sized Sword of the Storm plays sounds and lig
the Golden Tiger Claw ($14.99).

Also from Toy Play are new additions to the *Maya & Miguel* playset line, Las Tres Amigas. The Winter Fun set show
Maggie in winter outfits and accessories, including sled, hats, scarves, mittens, candy canes, hot beverages, and sn
Maya's Pet Shop plays animal sounds and includes a color-change sponge brush, cash register and counter, groom
water dishes, dog bones, carrots, brush and comb ($24.99).

For the adventurous crafter, the Dora the Explorer Made by Me Memory Keeper is an 8-inch by 10-inch book ready f
and more and is also available in a SpongeBob SquarePants version ($9.99). The SpongeBob SquarePants Scrapb
by 6-inch mini scrapbook album with ribbon closure, journal tags, printed photo corners, die-cut bamboo frames, prir
stickers, glue, pens, and is also available for Dora the Explorer ($12.99). The SpongeBob Holiday Scrapbook Kit inc
printed pages, photo frames, colored pens, glue and more. Other themes include All About Me and My Friends. All th
available for Dora the Explorer ($19.99).

The Hi Hi Puffy AmiYumi Make Your Own Dog Tags can be decorated with decals, colorful gems or photos. The kit i
one necklace bead chain, one key chain bead chain and decorative embellishments ($5.99). Hi Hi Puffy AmiYumi Pc
includes six markers and pops up to be 3-D ($ 7.99). Hi Hi Puffy AmiYumi Rockin' Art Desk comes in a guitar case w
Accessories include stickers, record-shaped paper pad, markers, glitter, glue, Ami and Yumi stampers and more ($1
Decorate Your Own Wristlet includes puffy paint, large jewels, small jewels, three types of ribbon, sequin string and
($7.99). The So Girly! Bead Jewelry set features a daisy shaped bead case with seven compartments containing col
rings, elastic string and more ($9.99). The So Girly! decorative backpack is purple cotton and comes with fabric marl
paint, cut-out letters, gems and more ($9.99).

## Sound and smarts

**Toy Quest**, Los Angeles, launches products from personal robots to character flashlights.

I-Que ($99.99), for ages 6 and up, is an interactive robot that uses text-to-speech technology to spell, pronounce and
Merriam-Webster's English Dictionary. It recognizes its owner's voice, follows them around, and remembers their bir
personal information as well as tells the date and time, makes jokes, plays trivia games and offers new words to lear
docking station and recharges his batteries when they begin to run low.

Tekno, the robotic dog ($59.99), returns in 2006 with more emotions, touch, sight, and sound sensors, color choices
wireless transmitter allows kids ages 5 and up to command him to do a variety of tricks.

Licensed flashlights ($14.99) are shaped like characters from Nickelodeon, LucasFilm, and Warner Brothers propert
them too, for ages 3 and up. Musical instruments licensed by Blue Man Group include keyboard ($79.99), percussior
drum suit ($39.99) and air pole ($19.99).

Spin Sponges rotate and bear a Disney character design ($7.99). Rip Roar's youth electronics line provides free mo
service. Video Free ($199.99), Phone Free ($99.99-$129.99) and MP3 Free ($99.99) are targeted to ages 8 and up.
Musical Instruments are ornamented with characters from *The Little Mermaid*. The line includes keyboard ($29.99),
conch shell flute ($9.99) and musical seashells ($7.99).

## Bringing Cabbage Patch inside

**Toy Vault Inc.**, Corbin, Ky., adds new designs to its Cabbage Patch Wooden Juvenile Furniture line. They include a three-piece table and chair set, toy chest ($29.99) and book shelf, featuring metal-to-metal assembly.

**History is (re)written**

**TriKing Games**, Alpharetta, Ga., offers the Anachronism collectible card game. Launched in cooperation with the H Anachronism cards feature champions, defenders, heroes, conquerors, gladiators, and other warriors from history w (Starter game, $12.99; individual Warrior Packs, $6.99.)

**Dora explores format**

**Ty Inc.**, Westmont, Ill., has teamed up with Nickelodeon to add *Dora the Explorer* characters to the Beanie Babies li Toy Fair. The plush toys will retail for $6 each.

**U**

**50 Years of ants**

**Uncle Milton**, Westlake Village, Calif., expands its Ant Farm line with an all-new Collector's Edition Ant Farm in hon anniversary, with retro packaging resembling the original and gold-plated Ant Farm, plus an Ant Farm Gel Colony ha ages 6 and up.

Moon in My Room attaches to any wall and lights up internally. Remote control allows the user to display **12** differen phases. Also included is a 15-minute CD Audio Tour for ages 6 and up.

Shark Reef lets kids watch their pet goldfish swim in shark-infested waters above lost sunken treasure. The 3-D moc White, Hammerhead, Tiger and Mako sharks.

The remote control Tarantula is furry and realistic.

**Games for everyone**

From **University Games**, San Francisco, Bugs! The Card Game ($9.99) lets kids ages 4 and up pair up matching bi features hand-painted artwork by students from The San Francisco School as well as facts about each bug. Now kid get in on the Sudoku craze with Do You Sudoku? ($5.99) Players use deductive knowledge to place animals in ever can appear twice in the same six-square box or in a line up, down or across. Look for a variety of Lego products, res new licensing deal. Chicks Battle the Dudes ($24.99) is for players ages 12 and older. Women are asked questions answer, and the men are asked questions that most women can answer. They pull the rope with each right answer, pull its opponents into the center of the board wins the game.

Pessimism can be fun with Worst-Case Scenario: Game of Surviving Life ($29.99). Players ages 8 and up answer q Worst Case Scenario books. Right answers move you forward and win you gold. Wrong answers result in the loss o body parts.

For grown-ups, the Grateful Dead Trivia Game ($29.99) poses trivia questions about the band and the decades they the coveted all-access, VIP, backstage pass.

The Very Hungry Caterpillar Game ($14.99), for ages 3 and up, centers around Eric Carle's illustrations. Children sn the day, practicing fine motor skills, counting, color and item recognition. Another snack and learn combo, Munch Ma

and up. Players solve math equations to fill up a food-shaped card that has nine numbers on the front. Kids roll and subtract, multiply or divide the two numbers on the dice.

And in the ultimate customization experience, Toy Creator Real Toy Maker ($12.99) helps kids 6 and up invent new existing ones, using FlipFaze technology that allows materials to repeatedly change shape and color using warm tap

New licensing deals for the Colorforms brand include properties like *The Backyardigans*, *Go Diego Go!*, Lego, *Dora Clues*, and Strawberry Shortcake.

## Trading up

From **Upper Deck Entertainment**, Carlsbad, Calif., comes the Spellcaster's Judgment Structured Deck for the Yu-C Game. For ages 8 and up, the competitive themed deck is the sixth to be modeled after popular decks in Japan with Set contains hard-to-get cards that are standard in most tournament decks, plus six monsters never released outsid packs Jaden Yuki and Chazz Princeton add the signature moves of the *Yu-Gi-Oh! GX* animated series characters ai per Duelist. Shadow of Infinity cards come nine per pack for 60 total, including 14 rare cards, seven super rare, and

Upper Deck also teams with Nickelodeon to release the new Avatar Trading Card Game, based on the *Avatar* show, adventures of Aang, a 12-year-old who must conquer the Firebenders, evil magi who threaten the world. The regular standard cards and 70 special insert cards. Chamber Card technology allows players to decide when to slide open a hidden moves.

The Pirates of the Caribbean Trading Card Game, for ages 10 and up, follows the adventures of Captain Jack Sparr Elizabeth Swann, as Jack attempts to find a way out of his blood debt to Davey Jones, Captain of the Flying Dutchm 10 and older, the World of Warcraft Trading Card Game is based on the multiplayer online game from Blizzard Enter

The Marvel Trading Card Game, for kids 9 and up, adds an X-Men expansion set with 165 cards, so players can cre superhero team from the Marvel universe with characters such as Wolverine, Magneto, Rogue, Storm and Professor Superman Starter and Booster sets will join the DC Trading Card Game, to coincide with the release of the new Sup

For up to six girls ages 10 and older, Upper Deck offers the AstroStyle board game, teaming up with AstroTwins Tali who give astrological advice in *Teen People*, *TeenRed*, HelloKitty.com and the Oxygen Network.

Upper Deck also offers collectible stickers and albums in Batman, Yu-Gi-Oh!, Superman Classic and Superman Mov NBA-licensed die-cast vehicles decorated with team logos and colors.

## Rudolph and more

**USAopoly**, Carlsbad, Calif., brings to market the new Rudolph the Red-Nosed Reindeer Checkers & Tic Tac Toe Co The set is packaged in a collectible tin with customized pieces, plus snow globes for "kinging," for ages 6 and up. Als Monopoly: Pirates of the Caribbean Collector's Edition ($35.95), featuring locations such as Isla Cruces Beach, Port Tortuga Docks. Pewter tokens and dice are also pirate-themed for ages 8 and up. NFL Gridiron Trivia Challenge boa 1,500 questions in five categories of football trivia, for those ages 13 and up. Continuing the sports theme, Red Sox Edition ($19.95) has custom Red Sox baseball rules, for kids 6 and older.

V

## Plug and play

**Vtech Electronics**, Arlington Heights, Ill., debuts the V.Smile Art Studio, for ages 5 to 7 ($29.99). It plugs into the V. System to let kids create their own works of art on TV. The system offers 12 activities including art lessons, creative and free draw, with step-by-step instructions on how to color, draw lines and shapes, and mix colors. By using the dr Art Studio Smartridge, kids can create their own drawings or animated slide shows directly on the TV and save their or parents later.

The V.Smile Jammin' Gym Class ($29.99), for ages 4 to 7, plugs into the V.Smile TV Learning System and comes w Gym Class Smartridge plus soft dance mat. It teaches about good food and junk food, includes active play with danc activities, and teaches directions and spelling, numbers, letters, colors, and shapes.

Write & Learn Spellboard Advanced ($39.99), for ages 6 and up, recognizes correctly spelled words. Equipped with writing and an LCD screen, the Spellboard introduces cursive writing in upper and lower letter case and includes pra printing.

SmartVille playsets designed for toddlers use interactive technology sensors to talk and teach. The expandable line playsets and four junior sets: Alphabet Train Station ($49.99); 1-2-3 Treehouse ($39.99), Ice Cream Color Shop ($1 Fire Station ($14.99), Musical Band Stand ($14.99); and ABC Post Office ($14.99). Creativision TV, for kids ages 3 t Creativision TV Learning Phone ($34.99) and Creativision TV Learning Station ($59.99).

**W**

**A round of art**

Esphera360° 3-D Plastic Puzzles from **Warren Industries**, Lafayette, Ind., a division of Mega Bloks, adds new 9-inc puzzles for adults featuring Thomas Kinkade art, Anne Geddes photography and a jewel-colored globe. Warren also Josephine Wall to add Jo Wall Moon Glow, a 700-piece glow-in-the-dark puzzle and Jo Wall Jewel Scapes, a 500-pi line. Each puzzle includes a display stand or can be hung using magnetic suspenders and hangers, sold separately.

Sports balls in 3-inch diameter are for kids ages 12 and up. For younger kids, ages 4 and up, Warren offers the Curi game. Players turn over color and letter cards, then race to find an object that begins with the letter and matches the

**In black and white**

**Wee Gallery**, St. Petersburg, Fla. debuts the What Should We Call the Twins? board book, featuring new designs fr and artist Surya Sajnani and an introduction of color to their classic black and white lines.

Wee Gallery Flash Cards, Wee Gallery Giraffe or Elephant Wall Graphics and Wee Gallery Greeting Cards with env introduced. Baby's First Year Calendar and new wall stickers are expected to launch mid-2006.

**Toys to keep and share**

Wibbles, clip-on, micro-sized plush animals aim to teach values, kindness, and social interaction to tweens. From **W** Calif., the plush come packaged in identical pairs—one to keep and one to trade. Each box contains two identical W plastic collector cards and accessory clips. Twenty-four original Wibbles characters, designed by former Hannah-Ba Tollefson, are currently on the market.

**Sporty 3-D**

Don't Quote Me teams with *Sports Illustrated* to debut a new sports trivia game from **Wiggles 3D**, Toronto. The gam

and questions covering more than 50 different sports topics complete with up-to-date stats and facts from baseball, racing, poker, sports movies and other interests. Players re-live event highlights, tell tales of today's stars and remini heroes as they race around an innovative puzzle game board answering different question types in five categories: t vintage, names and numbers and sidelines (SRP is $24.99).

**George's books**

That mischievous monkey, Curious George, stars in three preschool activity books by **Wikki Stix Co.**, Phoenix, Ark. theme: Curious George at school; Curious George at the circus and at a party.

**Going wild**

When *Over the Hedge* hits movie theatres this May, **Wild Planet**, San Francisco, will offer figures of the leading cha Hammy and Stella—and talking plush that repeats lines from the computer-animated comedy. The Verminator Van figures with rev-and-release rolling feature. The *Over the Hedge* Aquapets need tending to and have sounds and so plush assortment will also be out this spring ($4.99).

Dino-Mites, pocket-sized prehistoric creatures that live inside a 3-inch aqua chamber atop a volcanic base, are new species are programmed to sing and dance and can express their moods through movement, light and sound ($9.99 an aerial battle system with domes, arenas and warrior packs for 3-D combat in a palm-sized battling sphere. Prices $29.99 and will be in stores this fall.

Covert adventures go high-tech with Micro Ear Gear Kit for the Spy Gear line. The hands-free investigation set for a Micro Ear Light and Micro Agent Listener. A detachable microphone makes it easier for long distance spying. The ga separately this spring for $5.99 to $7.99; the kit will retail from $9.99 to $14.99. For top secret correspondence, there Pen with invisible ink and blacklight LED revealer and secret compartment ($5.99) and Spy Gear Walkie Talkies for communication ($9.99-$14.99).

Wild Planet also introduces SugarSnaps—doll with snap-on clothes and accessories. An intro pack features one doll pet, and a Fun Pack of one doll, 12 outfits and a pet.

**It's your move**

**Winning Moves Games**, Danvers, Mass., gets technical this year with Across Words electronic game ($29.95) that elements of Scrabble with crossword clues. A talking host moves the game along as players figure out the clues bef do. With only a minute to spare, teams have to say five designated words playing 25 Words or Less: People, Places The timed, teen game retails for $19.95.

Also from Winning Moves, are mind challengers Rubik's Jr., Rubik's Sudoku, Rubik's World, Easy Money and Beat t size version of Stay Alive, the 1970s skill and action game where kids try to keep four colored marbles in play ($13.9

**Combat for Wizards**

Axis & Allies Miniatures game from **Wizards of the Coast**'s Avalon Hill brand, Renton, Wash., challenges players to combat. This game is playable right out of the box. With reproductions of real WWII combat vehicles and fighting uni historical battles from that conflict with authentic Sherman and Panzers tanks, and infantry or create your own battle troop types join the battle in this new release. Each new booster pack contains nine randomized, pre-painted, durabl full-color game stat cards and a set checklist. For ages 12 and up, the game's SRP is $14.99.

Case 1:08-cv-01965-LTS  Document 1-2   Filed 02/27/2008   Page 49 of 85

## Music to the ears

There's always music in the air when **Woodstock Percussion** instruments are around and this year the Shokan, N.Y. maker introduces 12 additions to the Woodstock Music Collection. From a steel-stringed electric guitar and five-note flute and jingle bells, the wood and plastic instruments are geared for young musicians. Other music makers in the c triangle, harmonica and tom-tom drum with natural skin top and purple wooden mallets. The Woodstock Music Colle from $3.99 to $19.99.

## X, Y, Z

## Power of yo

Novice yo-yo players can get the hang of it, literally, with the Power Brain XP by **Yomega Corp.**, Fall River, Mass., v manual and auto return. As skills are learned, the Smart Switch auto return can be turned off to develop longer spin challenging tricks manually. Power Brain XP is designed for kids ages 8 through 15 and retails for $12.95.

## Bilingual baby

Although German-made, Talking Chou Chou, from **Zapf Creations**, Orlando, Fla., speaks English and Spanish and The 19-inch doll ($34) speaks phrases in both languages with the flip of a switch and interacts with her changing bag speaking special phrases. Talking Chou Chou requires batteries and is recommended for girls 3 years and up.

## Fizzle with Zizzle

Zizzlingers transform into Disney and Marvel Heroes characters when dropped into water and that's just the beginnir Bannockburn, Ill.

Asphalt Audio combines new and classic die-cast cars with the music of their times—pickup trucks cruise to country car models play contemporary tunes. For more mental endeavors, Prove-It trivia game covers sports, TV, movies, ca more with hundreds of questions that test knowledge and speed.

Handheld gaming gets a boost with card games based on licensed characters, along with the Z5 Game System and feature real speech and sound effects.

Zizzle Arcade Pinball also focuses on licensed characters but emphasizes a wood cabinet casing, licensed sound ef features.

Finally, there's Super Cycling Sarah and Sam R/C toys with forward, backward and stop capabilities and Rock 'n Str up Ten Pin Alley and music to rock to while racking up the strikes.



**TALKBACK**

» SUBMIT FEEDBACK

There are no comments posted for this article.

## SPONSORED LINKS

Ads By Google

**Toy Play Mats At Target**
Find Toy Play Mats Online Shop & Save at Target.com Today.
www.Target.com

**Toys**
Solutions for Your Small Business. Business Begins Here.
www.business.com

**Kids Play Kitchens Sale**
Top Rated Kids Play Kitchens Site. Low Prices, 30% Off & Free S/H!
www.KidsFurnitureMart.com

About Us   |   Advertise   |   Site Map   |   Contact Us   |   Subscription   |   Affiliate L

© 2008 Reed Business Information, a division of Reed Elsevier Inc. All rights re
Use of this Web site is subject to its **Terms of Use | Privacy Policy**

**Please visit these other Reed Business sites**

**Media & Publishing:**
Broadcasting & Cable   | ContentAgenda   | LA 411   | Library
Journal | Multichannel News   | New York 411   | Publishers
Weekly   | School Library Journal | Criticas   | Tradeshow Week   |
Variety | Video Business

**Manufacturing:**
Control Engineering   | Design News   | Industrial Distribution   |
Logistics Management   | Kellysearch   | Manufacturing Business
Technology   | Modern Materials Handling   | Plant Engineering   |
Purchasing   | Purchasing Data   | Supply Chain Management
Review

**Business & Printing:**
Converting   | DM2-DecisionMaker   | Expert Business Source   |
Graphic Arts Blue Book   | Graphic Arts Monthly   | Hot Frog USA   |
Packaging Digest   | The Industry Measure   | Tracom Group   | Zibb

**Gifts & Furnishings:**
Casual Living   | Furniture Today   | Gifts & Decorative Accessories   |
Home Textiles Today   | Home Accents Today   | Jewelers' Circular
Keystone   | Kids Today   | Playthings

**Hospitality:**
Chain Leader   | Foodservice Equipment & Supplies   | Hotels   | R&I

Electronic
EDN   | Ins
Measurem

Building &
Associate
Constructi
Consulting
Professio
Reed Con
Source   | I

Case 1:08-cv-01965-LTS    Document 1-2    Filed 02/27/2008    Page 51 of 85

# miYim
**SIMPLE ORGANIC**

about us    products    why organic?    community    wholesale    contact us





miYim...Organic cotton toys.







Winner of

iParenting Award

National
Parenting Center



...Play

Browse our
toy collection



...Buy

Where to
purchase miYim

© 2005 HosungNY Inc. All Rights Reserved
HosungNY Inc. 300 Kings and Avenue Brooklyn NY 11223
t 718 389 6233 f 718 389 3672 e info@hosungny.com



about us    products    why organic?    community    wholesale    contact us



# WHAT IS MIYIM?

***miYim is the ancient word for water.***
miYim uses Earth's most prevalent resource – **water** – to grow and create our products. From its inception as a seed, the cotton used for miYim's toys is organic -- no chemicals, pesticides or herbicides are ever used in the cultivation process.

## Our Story

For 30 years, John Chae, CEO of Hosung, has taken joy in the knowledge that his company's toy products have brought smiles to children's faces, and that his fun creations make their worlds a little brighter.



John's wife, Doreen, was diagnosed with cancer in 2002. While receiving various treatments to regain her health back, John and his family began thinking about healthier way of living – from   food and lifestyle products to the very simplest of things including what we give to our children. This triggered an avalanche of thought:

*Could we create a toy that could be the healthiest, safest toy available?*

John wanted to contribute to the world by creating toys that would not only bring smiles to children's faces with charming designs, but also peace of mind. This is how miYim™ toys were created, using organic materials and a dye process free of chemicals.

miYim™ toys… inspired by what nature provides and by the respect we give back to nature.

## Mission Statement

**Simply Organic.** Our products represent the selection of organic, the choice of something better than the norm. That's what we all want to bring home to our little ones, and with miYim we all benefit from the growth of this organic product line—today and tomorrow.

At miYim we have a promise to our customers and retailers, as well as an obligation to ourselves, to provide a purely original product that holds up the high standards set from the creation of our company. You'll feel good knowing that our products are all natural, made from raw cotton and colored with our *PureWaterWash*™ for pleasing hues. From our production lines to your house, we follow a rigorous routine that ensures our plush collection is fully organic. We deliver only the finest ingredients to the arms of your children, an all natural, organic and entertaining collection that challenges the developing mind and spirit.

*Color your world with miyim*

© 2005 HosungNY, Inc. All Rights Reserved.
HosungNY, Inc. 300 Kingsland Avenue Brooklyn, NY 11222
t: 718.389.8233 f: 718.389.0672 e: info@hosungny.com

.



about us    products    why organic?    community    wholesale    contact us



# COMPANY STRUCTURE

For over 25 years, Hosung NY has been a leading multinational creator, manufacturer and distributor of feature plush and baby infant plush toys. With affiliates in New York, Shanghai, and Hong Kong. Hosung is an international company that integrates business savvy and creative concepts, while keeping in mind consumer demands.

Hosung provides reliable and exemplary service to all of our clients. One of our strongest assets is in the area of new product development and manufacturing.

**Account Management: NY**

New York based Account Executives

**Creative Services: NY/Shanghai**

Product development
Graphic design

**Manufacturing: Shanghai/HK**

Production support
Manufacturing



© 2005 HosungNY, Inc. All Rights Reserved
HosungNY, Inc. 390 Kingsland Avenue Brooklyn, NY 11222
t: 718.389.8233 f: 718.389.0672 e:info@hosungny.com

Case 1:08-cv-01965-LTS    Document 1-2    Filed 02/27/2008    Page 55 of 85

# miYim
### SIMPLY ORGANIC

about us    products    why organic?    community    wholesale    contact us



## MEDIA COVERAGE

**AWARDS:**

    

**FEATURED IN :**

    

    

























2008 miYim, Inc. – All rights Reserved.
miYim, Inc. 520 Broadway • New York NY 10012
p 718 388 4200 / 718 388 5210 w miyimstuff.com



about us    products    why organic?    community    wholesale    contact us



# TOY COLLECTIONS





**fairytale plush**

**fairytale knit**

**storybook**

**sleepytime**

**Gift Packaging**
**Store Locator**
**PureWaterWash™**

Browse our collections

Our collections have distinctive themes and specialized characters, each with its own name, creating the personalized toy that you and your loved ones deserve.

Enjoy miYim, knowing that it is nothing less than the best— unmatched in process, quality and style.

*All-natural companions for your little one*

© 2005 HosungNY, Inc. All Rights Reserved.
HosungNY, Inc 300 Kingsland Avenue Brooklyn, NY 11222
t: 718 389 8233 f: 718 389 0672 e:info@hosungny.com

# miYim
## SIMPLY ORGANIC

about us    products    why organic?    community    wholesale    contact us



# STORYBOOK COLLECTION





**Andrew - Hippo**

Item: 21203
Size: 11in/28cm



*Tell a story with a colorful character from the Storybook Collection. another way to make reading with your child enlightening.*



**11in and 14in long organic plush toys:**
Storytime Collection characters are soft and naturally colored with embroidered details and natural natural unprocessed/unbleached cotton filling.

Our storybook animals, Eugene the yellow bear, Molly the gray bunny and Fred the brown monkey all share their tale with your children in mind. Their playful hands and feet and long arms, which are perfect for hugging, stimulate your children's imagination. Rounded arms and hands make them fit comfortably into the arms of your little one.

**Gift Packaging**
**Store Locator**
**Pure Water Wash**



**Benjamin - Frog**

Item: 21204
Size: 11in/28cm



**Victoria - Pink/Gray**

Item: 21205
Size: 14in/35.5cm



**Eugene**

Item: 21100
Size: 11in/28cm

**Fred**

Item: 21101
Size: 11in/28cm





**Molly**

Item: 21102
Size: 11in/28cm

2008 miYim™, Inc. – All Rights Reserved.



# miYim
## SIMPLY ORGANIC

about us    products    why organic?    community    wholesale    contact us

## PUPPET THEATER COLLECTION



*Put on a show with your Puppet Theatre Collection. always ready to spark your child's imagination.*

**11in and 14in long organic plush puppets:**
Puppet Theater Collection characters are soft and naturally colored with embroidered details and natural unprocessed/unbleached cotton filling.

With outstretched arms, this collection interacts with the child you love. A puppet pocket on each of their backs. Abigail the pink bear, Herbert the yellow bunny and George the brown monkey can easily become a puppet show. With bean filled toes and contrasting vanilla palms. ears and feet, these characters have style all their own.

**Gift Packaging**
**Store Locator**
**Pure Water Wash**



**Abigail**

Item: 21200
Size: 11in/28cm



**Herbert**

Item: 21202
Size: 14in/35.5cm



**George**

Item: 21201
Size: 11in/28cm

© 2005 HosungNY, Inc. All Rights Reserved
HosungNY, Inc 300 Kingsland Avenue Brooklyn, NY 11222
t: 718.389.5233 f: 718.389.0672 e:info@hosungny.com

Case 1:08-cv-01965-LTS   Document 1-2   Filed 02/27/2008   Page 62 of 85



# miYim
**SIMPLY ORGANIC**

about us    products    why organic?    community    wholesale    contact us

## PEACEFUL DREAMS COLLECTION





*Make bedtime fun with the Peaceful Dreams Collection by your child's side to ensure a good night's sleep.*

**10in long organic plush toys:**
Peaceful Dreams Collection characters are soft and naturally colored with embroidered details and natural unprocessed/unbleached filling.

Three distinctive characters create our Peaceful Dreams collection. Pick up your favorite, *Chester the bear. Hugo the dog. or Annabelle the lamb.* Just like your napping little one, this collection is centered around eyes closed, with woolen jackets and faux fir lining on each toy. Kids love the embroidered buttons, and so do the parents because there are no unsafe parts to endanger your child. The realistic fingers and toes, along with the pink mouth and nose make these characters stand out with a great mix of human features and animal qualities.

**Gift Packaging**
**Store Locator**
**Pure Water Wash**



**Chester**

Item: 21300
Size: 10in/25.4cm



**Annabelle**

Item: 21301
Size: 10in/25.4cm



**Hugo**

Item: 21302
Size: 10in/25.4cm

© 2005 HosungNY, Inc. All Rights Reserved
HosungNY, Inc. 300 Kingsland Avenue Brooklyn, NY 11222
t: 718.389.8233 f: 718.389.0672 e:info@hosungny.com



# miYim
SIMPLY ORGANIC

about us    products    why organic?    community    wholesale    contact us

# WHY ORGANIC?

The concept of organic refers to the creation of something that originates in nature, a pure product from the environment. Organic products:

- eliminate unnatural herbicides and pesticides
- use biodegradable and natural fertilizers
- follow crop rotation standards and soil management procedures
- undergo specific harvesting procedures
- have regulated storage procedures.

## PureWaterWash™

It's all in the ingredients! The miYim $PureWaterWash$ process is the secret to creating our charming colors.

When woven, the cotton is allowed to retain its natural form – untreated, unbleached, and unprocessed. It is dyed using only all-natural ingredients derived from nature's plants and minerals. miYim is water-washed, clean and pure – combined to form the world's first all-natural children's toy.





| Untreated cotton thread is woven into gently flowing fabric... | ...then brightened with nature's own plants and minerals... | ...resulting in a one-of-a-kind miYim toy that has its own unique appearance and color variance. |

## But organic can mean many things...

To be certified as truly organic, crops must be grown on land free of any prohibited (non-organic) crop for a minimum of three years, prior to harvest. Crops grown on land during the transitional stage cannot be called organic.

Organic also relates to the agricultural methods. Organic farming processes consider soil fertility, crop rotation, natural fertilizer, and composting methods for proper, healthy growth.

Organic producers must also follow the national list of acceptable/prohibited materials, which includes pest control processes, fertilizers and seed treatments.

Organic growth methods consider soil fertility and biodiversity crucial to maintaining the quality of the land and environment. Organic farming also monitors topsoil erosion, and the quality of ground water to conserve energy and improve fertility of the land.

Organic farming techniques eliminate the use of unnatural hormones, antibiotics, pesticides and fertilizers to minimize the exposure of toxins in the environment. This corresponds to placing extra value on the soil, air, water and foods that touch our lives daily.

- Nearly 40% of the world's agricultural land is gravely degraded (according to the IFPRI )

- cotton products account for ~25% of the world's insecticides and over 10% if the world's pesticides
- 84 million lbs of pesticides were sprayed on 14.4 million acres of conventional cotton in the U.S. in 2000—that is 5.58 lbs of pesticides per acre
- Cotton ranks second (behind corn) in the total amount of pesticides sprayed on the crop (2000).
- It takes about 1/3 of a pound of chemicals (pesticides and fertilizers) to grow the cotton needed for one Tee shirt.

For more information on the nature of organic see the Organic Trade Association website: **www.ota.com**. miYim is proudly a member of Organic Trade Association.

## The Touch of Organic

Organic fabric is often softer than conventionally grown cotton products because specific growing procedures create a natural fiber, grown on the most fertile of soil.

## The Health of Organic

- Organic products do not use toxic chemicals and carcinogenic pesticides, reducing the appearance of such chemicals in your groundwater, air, soil and life.
- Using organic greatly eliminates the threat of toxins and allergic reactions from the finished product—a huge consideration in today's allergy ridden world. Choosing organic is a great way to eliminate the exposure your kids have to the unnatural and synthetic products that may cause these allergic reactions, from an early age.
- Organic products ensure the protection of nutrient rich land and fertile soil that we appreciate today and preserve the earth for future use for generations to come.
- Buying and using organic gives us the opportunity to support nature's framework and promote a healthier life for our children and their children.

## The Future of Organic

The conscious use of organic products has created a movement to promote a natural lifestyle and purity in many areas of our daily lives. This community-minded spirit is a huge factor in eliminating environmental pollutants and hazardous waste that damage the sensitive ecosystem. Buying and using organic now is an investment in the future.

© 2005 HosungNY, Inc. All Rights Reserved.
HosungNY, Inc. 300 Kingsland Avenue Brooklyn, NY 11222
t: 718.389.8233 f: 718.389.0672 e:info@hosungny.com

Contact:
Christine Rangel
Hosung NY
718-383-0453
ChristineRangel@Hosungny.com

### Organic Goes Chic with miYim™: the World's First Stylish Organic Children's Toy!

**For Immediate Release—July 29, NYC:** In response to an increasingly popular organic market and demands for organic lifestyle goods—especially those not sacrificing style—Hosung NY, Inc. is releasing its miYim™ Collection, the world's first line of colorful organic children's toys. miYim™ toys are not only irresistibly cute and cuddly, but are created from organic materials containing no harmful substances. Best of all, they are incredibly chic, a perfect compliment to the equally stylish baby! Hosung NY is a leading manufacturer and distributor of feature plush and baby infant plush toys.

Give your child the best nature has to offer! miYim™ uses an alternate route of production for your child's toys. From it's beginnings as a seed, the organic cotton used for the plush fabric and stuffing is grown without pesticides or herbicides. Because the toys are all natural, toxicity and allergy levels are greatly reduced, lessening instances of sickness or irritation. Also, there is no need to coat the fabric with chemicals; in it's raw state, the fabric is naturally softer than regular cotton.

miYim™ proves that "organic" doesn't have to come in beige and tan only! miYim™ uses their unique PureWaterWash™ process to achieve their charming colors, dying the unbleached, unprocessed, untreated cotton with nature's own plants and minerals, including chestnut bur, clove, and gardenia seed. What makes miYim™ stand out in the organic toys category is its many different collections and characters that are stunning in color with detailed expression. Furthermore, because miYim™ toys are produced without pesticides and herbicides, they contribute to a healthier Earth that relies on products our Planet has given us—not those we create. So proud parents can rest assured they are providing the best for their little one—and the world in which they will inherit.

miYim™ children's toy collection will be available at Barney's NY and other high-end boutiques in October 2005. The product line is full of bright plush characters including the Storybook Collection, Puppet Theater Collection, Peaceful Dreams Collection and Sleepy Time Collection. Individual characters are complete with their own enchanting story to read to your child. The miYim global brand has future

plans to launch into cross-categories, including lifestyle, home furnishing, and children's apparel. miYim™ toys will also be launching in the UK and Europe in Spring/Fall 2006.

Hosung is a multinational creator, manufacturer, and distributor of feature plush and baby infant plush toys. Planet H, Inc., a subsidiary of Hosung and multi-brand company which includes distribution of children's toys, original pet products, sports merchandising and home furnishings, is simultaneously launching SimplyFido™, an organic toy collection for pets.





about us | why organic | collections | for retailers | contact us

Simply
Organic Pet Toy Collection

* All-natural fabric
* Safe and non-toxic
* Organic dye process
* Removable squeaker

   **All Natural Toy for your loving companion** 

## LIMITED QUANTITY
We are taking orders now.



We have limited quantity for 2007 Holiday. Please reserve your order. schedule.

 What's in our **DOGGIE BAG?** 

Come see SimplyFido! See our tradeshow

*Planet H*

300 Kingsland Ave. Brooklyn NY 11222 T: 718-383-0453 F: 718-389-0672 e: info@simplyfido.com
© 2005 All Rights Reserved. PlanetH: Division of HosungNY Inc.

Case 1:08-cv-01965-LTS    Document 1-2    Filed 02/27/2008    Page 68 of 85



about us | why organic | collections | for retailers | contact us

Organic Pet Toy Collection



## corporate structure

Corporate Structure
Media Coverage
Press Release
Trade Shows

A subsidiary of Hosung companies, Planet H is a leading toy maker that combines the finest acumen from both the West and The East. Planet H provides reliable and exemplary service to all of our clients. One of our strongest assets is in the area of new product development and manufacturing.



### Marketing and Sales: NY

Account Management
Marketing and PR

### Creative Services: NY/Shanghai

Product Development
Graphic Design

### Manufacturing: Shanghai/HK

Production Support
Manufacturing

**New York Office**
300 Kingsland Ave.
Brooklyn, NY 11222
T: 718-383-0453
F: 718-389-0672

**Hosung Shanghai Co., Ltd.**
No. 644 Xuan Xia Road
Xuan Qiao Town
Nan Hui District
Shanghai, China 200122
T: 86-21-5803-9355
F: 86-21-5803-9440

**Hosung Hong Kong**
Rm 303, 3rd Floor, Mirrow Tower
61 Mody Road, East Tsimshatsui
Kowloon, Hong Kong
T: 852-2391-6426
F: 852-2367-1703

Home | about us | why organic | collections | for retailers | contact us

© All rights reserved. PlanetH: Division of Hosung NY, Inc.



| about us | why organic | collections | for retailers | contact us |

## media coverage



Corporate Structure
Media Coverage
Press Release
Trade Shows

## FEATURED IN:







Pet Age
April 05

ABC News NOW
Sept 05

Pet Business
Sept 05

Home | about us | why organic | collections | for retailers | contact us

© All rights reserved. PlanetH: Division of Hosung NY, Inc.



# Simply

Organic Pet Toy Collection

| about us | why organic | collections | for retailers | c ontact us |

## why organic?



### SimplyFido Story

Organic Pet Toy collection provides healthy alternative for your loving companions and promotes safe and fun play.

### SimplyFido Advantage - Why Choose Organic Products?

#### Our Cotton

Our cotton is safe, non-toxic, made of all-natural materials originating from nature. Organically grown, the fibers are unbleached, untreated, and unprocessed.

#### Organic dye process

We use only natural extracts from plants and minerals, such as gardenia seed, clove and chestnut bur, to dye our fibers.

#### Tactile

The fabric is naturally softer than regular cotton, due to improved soil fertility and harvesting methods.

#### Health

With SimplyFido™ toys, your pet's toxicity and allergy levels are greatly reduced. Other products use pesticides and herbicides during cotton production, and chemical dyes during coloring, which can lead to allergies and sickness in pets.

#### Environmentally friendly

The production of organic products does not contribute to environmental pollutants and hazardous waste. Non-organic production process may cause damage to natural ecosystems including contamination in the water due to pesticide residue and chemicals.

### SimplyFido Dye Process: Introducing our very own PureWaterWash™!

The SimplyFido 𝒫ure𝒲ater𝒲ash™ process
is the secret to creating our charming colors.

 +  = 

Untreated cotton thread is woven into gently flowing fabric...

...then brightened with nature's own plants and minerals...

...resulting in a one-of-a-kind SimplFido toy that has its own unique appearance and color variance.

#### Fabric

We begin with untreated, all natural cotton thread, and weave it into gently flowing fabric.

**Dyes**

The cotton is then brightened with nature's own plants and minerals, including gardenia seed, clove, and madder.

**The Product**

The end result is a chic, one-of-a-kind SimplyFido™ toy that has its own unique appearance and color variance.

*All Natural Pet Toys for your Loving Companion!*

Home | about us | why organic | collections | for retailers | contact us
© All rights reserved. PlanetH: Division of Hosung NY. Inc.



| about us | why organic | collections | for retailers | contact us |

## collections

All of our organic plush toys are cute, soft and cuddly, and waiting to be your pet's favorite new playmate.

## 2007 Holiday 6" Bear/Reindeer - LIMITED EDITION



Plush Collection
Squeaker Ring
Collection
Petite Collection
Knitted Toy Collection
Lizard Collection
Bone Collection
Organic Plush Blankets
Organic T-Shirt



Style #: 43201
6" Holiday Bear

Style #:43202
6" Holiday Reindeer

To Purchase our toys, click on the button below.


BUY

To find stores near you, click below.

Store Locator

## Plush Collection



These cuddly buddies are irresistibly cute and oh-so soft. Your pet can choose from our five characters. But you'll want to collect them all.



**Lolly**

Style #: 23100
10" plush lamb comes in light beige with removable squeaker.



**Oscar**

Style #: 23101
10"plush monkey comes in chestnut with removable squeaker.



**Wally**

Style #: 23102
10" plush bear comes in blue-grey with removable squeaker.



**Lucy**

Style #: 23103
10" plush rabbit comes in yellow with removable squeaker.



**Maggie**

Style #: 23104
10" plush caterpillar comes in dual grey and beige



**Maggie - Pink**

Style #: 23105
10" plush caterpillar comes in dual pink and beige

back to top

## Squeaker Ring Collection



Enjoy endless fun with a ring toss and stretchable arms.



**Lolly**

Style #: 23200
10" ring lamb comes in light beige with stretchable arms and legs



**Oscar**

Style #: 23201
10" ring monkey comes in chestnut with stretchable arms and legs.



**Wally**

Style #: 23103
10" ring bear comes in blue-grey with stretchable arms and legs.



**Lucy**

Style #: 23203
10" ring rabbit comes in yellow with stretchable arms and legs.

back to top

## Petites Collection



Our cuddly petie buddies are irresistibly cute.



**Lolly**

Style #: 23400
6" lamb comes in pink with squeaker.



**Oscar**

Style #: 23401
6" monkey comes in chestnut with squeaker.



**Wally**

Style #: 23402
6" bear comes in blue-grey with squeaker.



**Lucy**

Style #: 23403
6" rabbit comes in yellow with squeaker.

back to top

## Knitted Toy Collection



**Naru**

Style #: 23600
6" Naru Kneat Monkey w/
squeaker



**Mobi**

Style #: 23601
6" Mobi Kneat Squirrel w/
squeaker



**Aoki**

Style #: 23602
6" Aoki Kneat Cat w/ squeaker



**Percy**

Style #: 23603
6" Percy Kneat Chicken w/
squeaker

back to top

## Lenny Lizards



Style #: 23500
10" Lenny Lizard - Grey

Style #: 23501
10" Lenny Lizard - Pink

Style #: 23502
10" Lenny Lizard - Yellow



back to top

## Bone Collection



The world's most luxurious bone ever.

23300 8" Plush Bone with squeaker
23301 8" Fabric Bone with squeaker
23302 4" Plush Bone with squeaker
23303 4" Fabric Bone with squeaker

back to top

## 20x20 Organic Plush Blankets



Style #: 33100
Lolly Lamb Blanket

Style #: 33101
Oscar Monkey Blanket

back to top

## Organic T-Shirts



53101 Organic T-Shirt - Cupcake
53102 Organic T-Shirt - Monkey
53103 Organic T-Shirt - Peanut
53104 Organic T-Shirt - Princessa
53105 Organic T-Shirt - Sweet Pea

(Sizes X-Small, Small, Medium)

back to top



Organic Pet Toy Collection

| about us | why organic | collections | for retailers | contact us |

## press releases



Corporate Structure

Media Coverage

Press Release

Trade Shows

# Planet H to Launch Simply Fido: the World's First Organic Pet Toy!

*For Immediate Release* - April 22, NYC: In response to an increasing demand by owners for organic goods and healthy alternatives to pet products, Planet H, Inc. is announcing their release of the world's first line of organic pet toys: Simply Fido. Planet H is a leading manufacturer and distributor of extraordinary home furnishings, sports memorabilia, and original pet products. Simply Fido plush buddies will be your canine's best friend (next to you, of course), because they are not only contagiously fun, but they are created from materials containing no harmful substances! Let your dog chew on the best nature has to offer!

Simply Fido uses an alternate route of production for your loving companion's toys. From it's beginnings as a seed, the cotton used for the plush fabric and stuffing is grown without pesticides or herbicides. Because the toys are all natural, toxicity and allergy levels are greatly reduced, lessening instances of sickness or irritation. There's no need to coat the fabric with chemicals to make it softer; due to improved soil fertility and harvesting methods, the fabric is naturally softer than regular cotton.

Simply Fido uses their unique PureWaterWash™ process to achieve their charming colors, which dyes the unbleached, unprocessed, untreated cotton with nature's own plants and minerals, including chestnut bur, clove, and gardenia seed. Furthermore, because these toys are produced without pesticides and herbicides, they contribute to a healthier Earth that relies on products our Planet has given us—not those we create. So doggie's proud parents can rest assured they are providing the best for their pup—and their world.

Simply Fido pet toy collection will be in retail pet shops and high-end boutiques in Fall 2005. Collections include a Plush Collection of bright characters with squeakers, a Ring Collection of characters with ring-shaped bodies and stretchable appendages with squeakers, and a Bone Collection of different sizes and variations of luxurious plush bones with squeakers. All toys come in fun characters including Wally Bear, Lolli Lamb, Oscar Monkey, Lucy Rabbit and Maggie Caterpillar. For more on these products, visit www.SimplyFido.com

Simply Fido is created by Planet H, Inc., a multi-brand company which includes distribution of home furnishings, sports merchandising and miscellaneous pet products. Planet H, Inc. is a subsidiary of Hosung NY, a multinational creator, manufacturer, and distributor of feature plush and baby infant plush toys. Hosung is simultaneously launching miYim, an organic collection of toys for children, in both the U.S. and international markets.

Contact:
Jean Chae
Planet H, Inc.
718-383-0453
jean@planetH.com

Back to Press Release

© All rights reserved. PlanetH: Division of Hosung NY. Inc.

Login | Register



ADVERTISEMENT

## STORY TOOLS

Email | Print | Reprints/License | RSS | del.icio.us | My Yahoo | Digg | newsvine | Blogger

## Of The Earth
### Though still a niche category, 'organic' toys make important strides

*By Tina Benitez – Playthings, 2/1/2007*



TALKBACK | BLOGS | PHOTOS

Rubberwood, bamboo and hand-picked organic cotton...one day, a much larger percentage of toys might be made using these earth-friendly materials. The end result is always a higher-quality kids' product, but it comes with an unavoidable price—higher mark-ups on toy shelves. For now, there are at least some manufacturers who recognize the positive environmental affects of creating toys with organic resources, despite the higher costs of production. And while they admit there are some challenges to producing better quality toys, they believe it is worth it in the end—for the environment, for their workers and for the kids who will be playing with their products in the years to come.

We would love your feedback!

Post a comment

» VIEW ALL TALKBACK THREADS

Plush, wooden blocks, building sets and games are just some of the toys that can be produced using natural materials, according to several "green" manufacturers who spoke to Playthings.

Barbera Aimes, owner of ImagiPlay, the Boulder, Colo.-based manufacturer of wooden play sets, puzzles, building blocks and other educational toys, says the toy industry has an obligation to produce the best, and most natural, products as possible, in particular those for preschool-aged children.

Advertisement



"We all, as human beings, need to adopt a broader view of our world and our impact on it for us to survive," Aimes says. "Global warming has really brought a lot of attention to this desperately needed new awareness, and I think it has caused people to begin to question how their thoughts, words and deeds impact others." This philosophy strongly infuences the way ImagiPlay manufactures its toys. Plantation-grown rubberwood, from several factories in Sri Lanka and Indonesia, is used to produce all of its splinter-free hardwood toys, Aimes tells Playthings.

And Imagiplay's wood is not the only earth-friendly material used in its preschool products. The company's kid-sized building blocks are made



## ALSO BY THIS AUTHOR...

A Super-sized Push

Robots On The Move!

Passion Player

Staying Strong: Hard Hero

in Wisconsin with 50-percent recycled cardboard and water-based, non-toxic inks. In addition, Imagiplay has intentionally set up its warehouse near its manufacturing plant in order to cut down on the amount of fuel it uses to transport cardboard from North America to China and then back to the U.S. or Canada. "It's important that manufacturers understand this is critical, as we are the ones who are causing things to be produced that will either add needlessly to landfills, or be passed down and enjoyed by generations," Aimes says.

**Hard Work Ahead**

» MORE

To that end, Aimes provides brochures and table tents to retailers with each shipment of ImagiPlay's products in order to promote awareness of these issues to consumers.

This year, ImagiPlay is releasing 40 new items in its Counting & Alphabet, North American Animals, Wild Animals, Trees and Sea L lines of puzzles, as well as in its Giant Building Blocks, Little ReaderBlocks, Play Sets blocks and Wondrous Wilde mess series. Ima will also debut new wooden toys and 16 new AniMates (male and female animal sets) this year, plus a new Southwest Series line o puzzles.

**Dyed and true**

Aimes says rubberwood is just one of the natural raw materials she sees being used more and more in recent years to produce high quality wooden toys. Her company is also exploring the potential uses of bamboo as well as organic cotton, a pesticide-free alternat most often found in high-end apparel.

These materials, she says, are also found in a handful of other toy products currently on the market—such as the MiYim line of plus baby products from Brooklyn, N.Y.-based Hosung NY, which also has facilities in Ecuador and has just opened a new factory in Sha

MiYim offers a unique, patented, non-toxic dying system for its products. The PureWaterWash system uses ingredients derived from plants and minerals (i.e. clove and madder for the color beige, or gardenia flower for yellow) to dye the MiYim plush dolls, which are from the organic cotton grown in Western China. Hosung's factory is unlike most in the country, according to Petrie Hahn, vice presi of design and development. Dust levels are kept at a minimum within the eco-friendly factory, he says, and new employees are train produce product with little waste and in the most earth-friendly way possible.

Hahn sees more manufacturers picking up on the benefits of producing toys with organic cotton grown without pesticides or other ha toxins.

"Lots of big players are trying to get into the organic cotton market," Hahn tells Playthings. "While the toy business is still staying out see more people exploring it in different categories. Sam's Club is one of the biggest organic cotton buyers for T-shirts. Wal-Mart ha organic baby line, George. For that reason, we are always searching for new resources for cotton. And our product is big enough to develop a factory in China."

The company currently sells into 150 U.S. specialty retailers, including independent toy stores, the Whole Foods grocery chain, onlin retailer Babycenter.com and the West Coast specialty toy chain Geppetto's. The company will also start working with Pottery Barn K and Babies "R" Us (BRU) this year.

Hahn says that one challenge in making organic toys is the price point for consumers, but retailers like BRU and organic shops in ge cater to a core group of consumers who are willing to spend more for quality. But price is still an issue among more mainstream sho particularly in the current toy-buying market where consumers are looking for the best quality at an economical price.

"With any organic, eco-friendly item, the price issue always comes up with consumers," Hahn notes. "There are people who will alwa buy it, but there are also people who will question it. We cannot put our product out at $5.99. It's just one issue that any eco-conscio company has to deal with."

Another challenge, according to Hahn, is the somewhat longer production process of dying these toys, particularly if a retailer places

large order. He usually asks for a 90-day lead time for all orders.

The goal for the company this year is to continue working with retailers to promote its items as well as the organic cotton toy concept overall. More knitted toys will debut this year, in addition to its Storytime, Puppet Theater, Sleepytime and Peaceful Dreams lines of toys. The first knitted gift set may be an exclusive to BRU.com, Hahn says.

### All is fair in toys and trade

For Atlanta-based Blabla—which is committed to the fair trade ideal of good wages and working environments—toys and other proc are hand-knit in Peru by local Peruvian crafters, using natural fibers like hand-picked cotton, which has fewer impurities than machir picked cotton, according to the company.

Blabla distributes through its Web site as well as through specialty toy stores, high-end department stores and catalogs. However, th cost of making the packaging more natural is significantly higher than traditional packaging, so unless the company has special requ from retailers, it markets its products in natural fiber drawstring bags. Blabla is also looking into using organic cotton in the future, bu unfortunately, it is presently too expensive.

"We have always favored natural fibers for their feel, look and touch," says Susan Pritchett, co-owner of the company she started wi long-time friend Flo Wetterwald. "We do think it is important for companies to keep in mind that we all have a global part to play, and share a responsibility when it comes to developing toys. In 2007, we will be showing the same natural fibers and upholding our fair-t work ethics."

Also in 2007, the company will be adding several new dolls to its existing lines. Although Blabla has been so busy growing its brand has not had a chance to work with retailers to develop in-store signage or promotions, it is definitely a goal for the future, Pritchett sa

Another company offering organic items is Tempe, Ariz.-based Biltmore World Trade, whose line of Soysilk Pals is created with eart friendly fiber extracted from soybean cake, or tofu, a material often used to make "green" textiles. The plush pets are currently availa on the BWTI Web site as well as at select specialty toy and yarn stores around the country.

Jonelle Raffino, president of BWTI, tells Playthings that the company hopes to expand distribution to traditional toy retailers in 2007. meantime, BWTI is using blog-based promotions to increase consumer awareness of its products. "For example, *Tofu's Travels* chronicled, from a teddy bear's perspective, Tofu Bear's visits with retailers around the country in 2006," Raffino says. At present, th company also works with retailers one-on-one to help them "emphasize the benefits of earth-friendly products in their sales efforts," Raffino adds.

This year, Biltmore is launching several new Pal designs and colors to the existing collection. A line of jointed bears will also be avai for collectors.

Raffino says the company wants to stay true to the product, and recently declined a big opportunity with a major chain because the packaging requirements conflicted with the company's earth-friendly mission. "We understand the need to protect plush in a retail se but we have to find a way to meet the needs of the retailer in a wiser way," she says. "Until we can do that, we will not box our plush

### A 'green' alternative

To Julien Mayot, founder of San Francisco-based Blue Orange Games, the use of high-quality, kid-safe materials in a sustainable, e friendly way is a very important component of all of the company's wooden games, blocks and puzzles. Blue Orange manufactures i products in a heavily forested, mountainous area in China, using untreated wood hand-carved by local artisans who have passed do the craft down from generation to generation, he says.

"Wood is a material that's recyclable, and basically it is not made of chemicals—at least we use the minimum [amount of] chemicals possible," says Mayot. "We use water paint that's made from natural products, that's non-toxic. Not only that, but we want to protect planet. Since wood is a gift from Mother Nature, Blue Orange Games is the first company to launch a campaign to better the environ by making a promise to you—and a commitment to society— by re-planting two trees for every tree we use in creating our games."

Case 1:06-cv-01963-LTS    Document 1-2    Filed 02/27/2008    Page 80 of 85

Rob Wilson, owner of Ashland, Mass.-based Challenge & Fun, a retailer and wholesaler of natural toys and baby products largely fr Europe, notes that he has seen more high-quality wood products recently from European companies such as Heros Toys and Furni some of these bigger players on the scene are certified by the PEFC (Programme for the Endorsement of Forest Certification) in Eu and the FSC (Forest Stewardship Council), he says.

"This is in response to selling high-quality, natural wood products," Wilson tells Playthings, noting, "This is another approach to ensu sustainability and ecological responsibility. In cases where the wood is not certified, usually this is simply due to the high cost of cer the chain of control of the wood, but the wood still comes from such forests or so we are assured by our supplier."

Wilson has also noticed the emergence of Oko-Tek certified cotton, which is processed without harmful dyes or other chemicals. "Essentially this was a standard set up in response to the tons of chemicals that are in the cotton (and colors/dyes) that we wear," h says. "It is a way to assure the consumer that the certified product is exceptionally clean of such harsh chemicals. Some of our baby products are made with Oko-Tex certified materials."

And there are more manufacturers—such as Kids Preferred, Plan Toys and Pintoy—who continue to develop toys with rubberwood beginning to look into the possibilities for using organic or non-toxic cotton and other natural materials. The niche category of earth-friendly toys currently on the market may multiply in years to come as environmentally and health-conscious parents desire and den more playthings that assuage their concerns about industry's impact on the planet and its people.

"We all have a responsibility to look for the most environmentally friendly way to manufacture and present our products," says Biltmo Raffino. "Earth-friendly and green products are in more demand now than ever, and the trend is growing. What a great time! It is now possible to meet the needs of the planet and the consumer."

---

*A guide to green*

**Organic Cotton:** In 2005, approximately 6,577 acres of certified organic cotton were planted in the United States, making the U.S. Turkey the largest organic cotton producers, according to U.S. cotton crop reports from the Organic Trade Association, Greenfield, Mass. Regular cotton uses approximately 25 percent of the world's insecticides and more than 10 percent of pesticides. Organic co which can be used to manufacturer plush and other soft toys, is produced using natural fertilizers, compost and soil. For pest contro insects such as ladybugs have helped, instead of toxic insecticides.

**Rubberwood:** Rubberwood plantations have existed for hundreds of years in tropical countries. A member of the maple tree family rubberwood trees produce sap during their 26 to 30 year life span that is used to make latex. Once their latex-making days are ove trees can be used to make furniture and, of course, wooden toys, instead of becoming waste.

**Bamboo:** The fastest-growing tree in the world, bamboo (when treated) forms a very hard wood that is light and durable. In tropical climates it is used in elements of house construction as well as for fences, bridges, toilets, walking sticks, canoes, drinkware, furnitu food steamers, toys and even construction scaffolding.

*Earth-friendly contact list*

**Blabla**, Atlanta

Tel: (404) 875-6496

**info@blablakids.com • www.blablakids.com**

**Blue Orange Games**, San Francisco

Tel: (415) 252-0372

**info@blueorangegames.com**

**www.blueorangegames.com**

**Hosung NY**, Brooklyn, N.Y.

Tel: (718) 389-8233

**info@hosungny.com • www.miyim.com**

**ImagiPlay**, Boulder, Colo.

Tel: (800) 882-0217

**info@imagiplay.com • www.imagiplay.com**

**Kids Preferred**, Dayton, N.J.

Tel: (732) 274-1144 or (866) 763-8869

**www.kidspreferred.com**

**Biltmore World Trade**, Tempe, Ariz.

Tel: (480) 894-1818

**info@swtconline.com • www.swtconline.com**

       

**TALKBACK**

**» SUBMIT FEEDBACK**

There are no comments posted for this article.

## SPONSORED LINKS



**Expert Business Advice at your fingertips!**
Sign up for a free newsletter and receive weekly tips about human resources, marketing, sales and more.



**Who's getting one?**
The Plum Card. The first everything, everywhere trade terms card from American Express OPEN.™ Up to 2% ea
discount or up to 2 months defer pay, interest free. Terms and Conditions Apply.
Application available now at **PlumCard.com.**

Ads By Google

**Toys Made in the USA**
Safe toys for your kids. Made in the USA & payback in BondRewards
www.BondRewards.com/USAmadeToys

**Made In U.S.A. Toys**
Great American Made Toys for Quality and Entertaining Play

www.littlefeettoys.com

**Wooden Toy Kitchens**
Quality Natural Toys USA Made Waldorf Playstands-FREE SHIPPING
www.willowtoys.com

About Us | Advertise | Site Maps | Contact Us | Subscription | Affiliate Links | RSS

© 2007 Reed Business Information, a division of Reed Elsevier Inc. All rights reserved.
Use of this Web site is subject to its Terms of Use | Privacy Policy

**Please visit these other Reed Business sites**

**Media & Publishing:**
Broadcasting & Cable | ContentAgenda | LA 411 | Library Journal | Multichannel News | New York 411 | Publishers Weekly | School Library Journal | Criticas | Tradeshow Week | Variety | Video Business

**Manufacturing:**
Control Engineering | Design News | Industrial Distribution | Logistics Management | Kellysearch | Manufacturing Business Technology | Modern Materials Handling | Plant Engineering | Purchasing | Purchasing Data | Supply Chain Management Review

**Business & Printing:**
Converting | DM2-DecisionMaker | Expert Business Source | Graphic Arts Blue Book | Graphic Arts Monthly | Hot Frog USA | Packaging Digest | The Industry Measure | Tracom Group | Zibb

**Gifts & Furnishings:**
Casual Living | Furniture Today | Gifts & Decorative Accessories | Home Textiles Today | Home Accents Today | Jewelers Circular Keystone | Kids Today | Playthings

**Hospitality:**
Chain Leader | Foodservice Equipment & Supplies | Hotels | R&I

**Electronics:**
EDN | Instat | Semisource | S Measurement World | TWICE

**Building & Construction:**
Associated Construction Publi Construction | Building Team Consulting Specifying Enginee Professional Builder | Profess Reed Construction Bulletin | R Source | RS Means



« Back | Print

## Up Close: Earth-friendly fuzzies

### Plush makers snuggle up to 'green' products

*By Karyn M. Peterson – Playthings, 5/1/2007 3:46:00 PM*

Of all the recent trends in plush these days, one of the most refreshing is the number of manufacturers that are embracing the environment, and producing plush that is organic, ecologically friendly or both. Retailers are taking note and are beginning to offer more of these products to their customers in recent years.

According to Laura Perks, a founding member of the Kids Preferred plush company, Dayton, N.J., "going green" is definitely a burgeoning trend in the plush arena.

Mark Gross, director of marketing for the Seattle-based Matter Group, agrees. The company's Eco-Pals are a new line of realistically-detailed plush modeled after its Xeko game's rainforest animal characters. "There's a growing demand from consumers for organic products, and we see Xeko as 'organic entertainment' for kids—products that are good for people, good for the planet, and of the very highest quality," Gross tells *Playthings*. "Xeko is perfectly positioned to serve that demand. Our game and plush toys are extremely 'on trend,' in retail speak."



**Hairy the Lemur from the Matter Group's Xeko Eco-Pals line.**

### Mission possible

"Our company's mission is to foster sustainable business practices while inspiring the next generation of eco-leaders," Gross says. "Xeko is a multi-platform brand, and plush is a logical extension of our eco-adventure game. Eco-Pals are an integral part of our strategy to bring endangered animals to life in our players' imaginations."

Xeko is unique in that the Matter Group donates 4 percent of sales of both the game and the plush toys to Conservation International, and Gross encourages other companies to get involved in similar ways. "Don't underestimate the power of a non-profit partnership in terms of boosting morale and improving consumer acceptance of your products," Gross says. "The main thing is to just plunge in and do it—find a non-profit that aligns with your particular interests and values."

Gross also notes that demand for Eco-Pals so far has been "astounding." Most of the company's existing Xeko game retailers have expressed interest in carrying them, "including those that have never carried plush before," he says. Future plans for Xeko include a new game collection in the fall, periodic introductions of new Eco-Pals, and a partnership with National Geographic Kids.

And for Kids Preferred, the company's new Asthma Friendly line of plush is one of its bestsellers at both specialty stores and at Target, according to Perks, "because it offers plush toys for people with allergies and asthma, which is needed in today's environment." The company also offers developmental baby plush and several lines of plush tied to popular book properties.



### Impact of innovation

Tempe, Ariz.-based Biltmore World Trade (BWTI), and Hosung N.Y., based in Brooklyn, N.Y., are also both making strides at retail with the SoySilk Pals and the MiYim organic plush lines, respectively. Whether their products are being sold at independent toy and gift stores, museum/zoo stores or larger eco-friendly chains like Whole Foods, the impact of their participation in this sub-category of plush is widening, the manufacturers say.

"BWTI is dedicated to bringing Earth-friendly products to the toy and plush industry," Jonelle Raffino, president of BWTI, tells *Playthings*. "All of us want to do our share for the environment and BWTI believes that offering consumers yet another opportunity to make Earth-friendly and kid-friendly choices is important and rewarding. As parents and citizens, we also love the idea of having more natural choices for our children."

Raffino, like Gross, encourages other companies to get involved in the environmental movement, but cautions that it takes commitment. "Every company can improve their awareness of environmental issues and incorporate more 'green' products into their product lines and how they do business—but it has to come from the heart," she says. "You have to live it to sell it."

The company's newest release, the Soyphia goat, has already been very well received, and will be joined by a new character, LanceSoylot, that will hit the market soon, Raffino says. "We have a waiting list for this duo. Bears move over—there are new favorites," she adds. "We've seen a core interest from gift stores and from the baby products segment."

Also on the horizon for the company is the introduction of plush with a new "cutting-edge, Earth-friendly" fiber, Raffino says. "We are pioneering the 'green' trend in plush toys."



In fact, BWTI's innovations actually have helped the Matter Group enter the plush category, Gross says. "We met the makers of SoySilk and Tofu Bear at Toy Fair in 2006...we felt so strongly that a plush line made from tofu was a perfect fit for Xeko," he says. "We would never have done a plush line if it weren't for the availability of new, eco-friendly materials."

**Committed to change**
Hosung N.Y. takes its commitment to the earth just as seriously, according to Serah Chae, director of business development and strategy. Hosung, which has been in the plush business for over 25 years, is now consciously creating organic products as an investment in the future, Chae says, noting that it's also integral to creating a successful product in today's marketplace.

Soyphia the Goat from Biltmore World Trade's SoySilk Pals line.

"Using organic cotton grown without pesticides or herbicides for our toys is not just for the purpose of conserving the environment but also to offer a product line that is 100 percent free of toxins, chemicals or any harmful substances by using a natural dye process," Chae says. She adds, "Some of our ingredients used in dye process are also anti-bacterial by nature, making our toys completely safe for babies and kids."

Hosung is creating for its MiYim plush line a customized factory in Shanghai, which currently complies with toy industry standards for the U.S., Europe and Asia; the company also hopes to obtain certificates from the Organic industry to confirm that the facility meets low-eco impact manufacturing standards, Chae says. "The actual process of making miYim toys is as important to us as the materials we use," she says.



"With that said, I'd urge those who are considering entering into organic/natural manufacturing to make sure the program is driven by a team of true believers," Chae says. "If you do have the passion and financial support to drive the program, I'd strongly recommend getting connected with organic industry advisors and gain their perspectives for product positioning."

Chae also notes, however, that "While the organic factor is pretty compelling, first

and foremost, the toy must be soft to touch and stylish in design. We quickly
learned that consumers do not purchase miYim toys only because they're made with organic materials."

"Consumers are first attracted to miYim for its design and style, when they realize it's also environmentally friendly, it adds value as a feel-good factor," Chae adds. "It is critical to realize organic is not a main driver here. People care about the environment more so than ever. But they do not want to sacrifice style or personal taste during purchase."

Hosung hopes to partner "with companies and brands who share our vision," Chae says. "Our mindset is very much community based. We're looking for ways to spread the message."

*[Editor's Note: For more on the plush market, see "The Future of Fuzzy" in the May 2007 issue of Playthings magazine.]*

« Back | Print

© 2008, Reed Business Information, a division of Reed Elsevier Inc. All Rights Reserved.

Advertisement



# EXHIBIT B





# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGIST --

**VA 1-413-322**

EFFE

8    16    2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**

Curious Puppy Lost (toy and packaging)

**NATURE OF THIS WORK ▼ See instructions**

3 dimensional sculpture toy design&packag

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**

Hosung NY Trading Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a work made for hire?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**Nature of Authorship Check appropriate box(es). See instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☑ Photograph    ☑ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work made for hire?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**Nature of Authorship Check appropriate box(es). See instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a**

**Year in Which Creation of This Work Was Completed**
2005
This information must be given ONLY if this work has been published. Year in all cases.

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information Month April    Day 15    Year 2006
USA    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Hosung NY Trading Inc
300 Kingsland Avenue Brooklyn NY 11222

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

**APPLICATION RECEIVED**
AUG 1 6 2007
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
AUG 1 6 2007

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| □ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. □ This is the first published edition of a work previously registered in unpublished form

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

a

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Sam Hahn
Hosung NY Trading Inc
300 Kingsland Avenue

b

Area code and daytime telephone number    **(718 ) 389-8233 EXT 314**          Fax number    **( 718 ) 389-0672**

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☑ authorized agent of  **Hosung NY Trading  Inc**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Sam Hahn          Date.  08/15/2007

**Handwritten signature (X)** ▼

X _____

| Certificate will be mailed in window envelope to this address | **Name** ▼ Sam Hahn | |
|---|---|---|
| | **Number/Street/Apt** ▼ 300 Kingsland Avenue | |
| | **City/State/Zip** ▼ Brooklyn  NY 11222 | |

**9**

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA    P-3  Rev 07/2006  P-11 07/2006—30,000  P Printed on  recycled paper          U S Government PT ting Office 2004 20xxxx/30-125



# EXHIBIT D

# THIS EXHIBIT IS NOT PRINTABLE

COMPLAINT EXHIBIT D
IS A CD-ROM WHICH CONTAINS
6 VIDEO CLIPS

**THE EXHIBIT IS LOCATED AT**

**United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312**

# EXHIBIT E

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
**■■■■■■■ Attorneys at Law**

**KAROL A. KEPCHAR**
202.887.4104/fax: 202.887.4288
kkepchar@akingump.com

August 27, 2007

**VIA EMAIL (david@street-players.com) AND CERTIFIED MAIL**

Mr. David Siegel
Street Players Holding Corporation
826 Majorca Place
Los Angeles, California 90049

President/Owner
Dan-Dee International Limited
106 Harbor Drive
Jersey City, New Jersey 07305

     *Re:*    *HosungNY Trading Inc. – Copyright Infringement of "Curious Puppy Lost"*

Dear Sirs:

We represent HosungNY Trading Inc. and its related companies (collectively "Hosung") with regard to certain copyright and other intellectual property matters.

As you may be aware, Hosung manufactures and sells mechanized plush toy products worldwide. Specifically, since at least as early as 2005, Hosung has been marketing and/or selling the Curious Puppy Lost® mechanized puppy toy ("Puppy Toy") through various local distributors and retail outlets worldwide. The Puppy Toy's barking sound and automated movements are activated through sensors on its head and front paws such that simply touching the toy in these areas will initiate a live-action interactive play. The Puppy Toy is the subject of extensive advertising, including television and print advertisements in the relevant markets. The results of such promotion have been substantial and tangible, and the Puppy Toy has become one of Hosung's most popular toy models. In 2007 alone, Hosung has already sold hundreds of thousands of units of the Puppy Toy worldwide.

Hosung is the exclusive owner of all rights, including copyright rights, in the Puppy Toy's design, sound recording, and packaging; and has taken steps to protect its intellectual property rights therein, including copyright rights, in the U.S. and abroad.

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

Mr. David Siegel
Street Players Holding Corporation
President/Owner
Dan-Dee International Limited
August 27, 2007
Page 2

It has come to our attention that you are manufacturing and marketing a mechanized puppy toy product under the designation "Puppy Precious" ("Copy Toy") in the U.S. and elsewhere (under other designations). When the two toy products are compared, it is clear that the Copy Toy is a direct copy of Hosung's Puppy Toy. Both toys share many essentially identical designs and features, including:

- Both toys have the same two-tone color combination (tan and white) and the colors are used in exactly the same way (*e.g.*, face, shoulder, paws, and tip of the tail in white and the head and the back in tan);
- Both toys depict dogs of the same "breed" and identical in size and configuration;
- Both toys have identical eye, eye lid, and nose pieces (same color and appearance);
- Both toys have exposed tongues (pink);
- Both toys' mechanized "play" functions are activated in the same way – through sensors in the toys' heads and front paws;
- Both toys' mechanized "play" functions are identical in sound, body movement, and sequence; and
- Both toys come with similar (black/brown) complimentary dog collars.

*See* attached. Furthermore, the Copy Toy's packaging has a similar look and feel of the Puppy Toy packaging, *e.g.*, the packaging share identical configuration and are the same size, the dog collars are placed in the same area on the packaging, both toys are packaged in identical positions, and there are similar verbiage and designs on the packaging, for example:

| Puppy Toy | Copy Toy: |
|---|---|
| SCRATCH MY CHIN! I JUMP UP & DOWN | SCRATCH MY CHIN I JUMP UP AND DOWN |
| COMES WITH OWN COLLAR! | I COME WITH MY OWN COLLAR! |
| TRY ME! PRESS MY PAWS! LETS PLAY | TRY ME! PET MY PAWS! LET'S PLAY |

In addition, we note that David Siegel is a known copyright infringer who engages in the unlawful copying of the original designs of popular toy products. For example, Troll Co. filed a copyright infringement action in the District Court for the Southern District of New York against David Siegel and Street Players Holding Corp. for the illegal copying of the Good Luck Troll toy design by the "Mophead" dolls. The Court held that Troll Co. was likely to succeed in showing

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Mr. David Siegel
Street Players Holding Corporation
President/Owner
Dan-Dee International Limited
August 27, 2007
Page 3

that the Mophead dolls infringed Troll's copyright in the Good Luck Troll and issued a preliminary injunction against both defendants. We also understand that David Siegel has been attempting to market the Copy Toy products as the cheaper alternative to the original Puppy Toy. Such activities have already caused confusion and interfered with Hosung's existing business relationships in the relevant markets.

Given the facts of this case, Hosung is extremely concerned with your infringement of its copyright rights in the Puppy Toy. Moreover, due to the similarity of the parties' respective toy designs and packaging (as discussed above), we also believe that the relevant public may be confused as to the source of sponsorship of the Copy Toy or as to an affiliation between the parties. Given that the parties are direct competitors in the same geographic markets and the facts of this case, we believe that this is an egregious case of willful copyright infringement, entitling Hosung to injunctive relief, monetary relief such as disgorgement of profits and attorney's fees, and other remedies against you and your companies.

Accordingly, on behalf of Hosung, we demand that you immediately:

(i)     cease and permanently desist from manufacturing, marketing, selling, or otherwise making available any toy products which infringe upon Hosung's rights, including copyright rights, in the Puppy Toy, worldwide;

(ii)    provide an accounting for your inventory of the Copy Toy, including an accounting of all the products which are under contract for sale to retailers; and agree to dispose of the same under Hosung's direction; and

(iii)   agree not to engage in any future activities which may infringe upon Hosung's rights, including intellectual property rights.

Our preference is to resolve this matter through an amicable resolution. To this end, please confirm your acceptance of the foregoing terms by signing the attached copy of this letter and returning the same to our office within ten (10) days of the date of this letter. If we do not hear from you by then, we will conclude that you and your companies have no interest in resolving the matter amicably and will advise our client accordingly and take whatever further steps are necessary to protect our client's rights in the relevant markets.

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
#### Attorneys at Law

Mr. David Siegel
Street Players Holding Corporation
President/Owner
Dan-Dee International Limited
August 27, 2007
Page 4

Hosung expressly reserves all of its rights under the law and this letter is without prejudice to any action that may be taken or demand that may be made on behalf of Hosung in the event that the parties are unable to reach an amicable resolution.

Sincerely,

AKIN GUMP STRAUSS HAUER & FELD LLP

*Karol A. Kepchar/bee*

Karol A. Kepchar
Enclosure
cc:    Hosung NY Trading Inc. (w/out Encl.)
       Nancy Chung, Esq. (AG - w/out Encl.)
       David C. Lee, Esq. (AG - w/out Encl.)


## AGREED TO AND ACCEPTED AND INTENDING TO BE LEGALLY BOUND:


_____        Date: _____, 2007
**David Siegel**


**Street Players Holding Corporation**

By: _____        Date: _____, 2007
Name: _____
Title: _____


**Dan-Dee International Limited**

By: _____        Date: _____, 2007
Name: _____
Title: _____

# EXHIBIT F

# AMSTER ROTHSTEIN & EBENSTEIN LLP

*Intellectual Property Law*

90 Park Avenue
New York NY 10016
Main   212 336 8000
Fax    212 336 8001
Web    www.arelaw.com

**Partners**
Morton Amster
Jesse Rothstein (1914–2003)
Daniel Ebenstein
Philip H. Gottfried
Michael J. Berger
Neil M. Zipkin
Anthony F. Lo Cicero
Kenneth P. George
Abraham Kasdan, Ph.D.
Ira E. Silfin
Chester Rothstein
Craig J. Arnold

Kenneth M. Bernstein
Joseph M. Casino
Michael V. Solomita

*Senior Counsel*
Charles R. Macedo
John S. Economou
Marion P. Metelski

*Associates*
Patrick Boland*
Holly Pekowsky
Michael P. Kenney

Max Vern
Karl J. Kolbinger
Brian A. Comack
Richard S. Mandaro
Marc J. Jason
Elie H. Gendloff, Ph.D.
David Mitnick
Charles W. Rath
David A. Boag
Mathieu Hausig
Jung S. Hahm
Reiko Kaji
Alan D. Miller, Ph.D.

Norajean McCaffrey
Benjamin M. Halpern*
Matthew A. Fox
Michael J. Kasdan
Rebecca R. Eisenberg
Stuart Shapley
Howard Wizenfeld
Steven B. Gauthier
Peter R. Vogel
Brett M. Pinkus*

*Not admitted in New York

September 5, 2007

<u>Via E-Mail</u>

Karol A. Kepchar, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Neil M. Zipkin
Direct 212 336 8120
E-mail nzipkin@arelaw.com

Re:   Dan-Dee
      Hosung NY Trading Inc. - Copyright Infringement of
      "Curious Puppy Lost"
      Our File: 28550-0641

Dear Ms. Kepchar:

Our firm represents Dan-Dee International, Ltd. of Jersey City, New Jersey ("Dan-Dee"), and, in this matter, its sales representative, David Siegel and Street Players Holding Corporation of Los Angeles, California (collectively "Street Players"). This letter will respond to your letter of August 27, 2007 charging both Street Players and Dan-Dee with infringement of various rights purportedly held by your client Hosung NY Trading Inc. in the "Curious Puppy Lost" product.

Your letter neither identifies a copyright registration nor any statutory right covering the purportedly similar functional or utilitarian aspects of the "Curious Puppy Lost" product.

Based upon our investigation it would appear that you learned of the complained of product as a result of the sales activities of Street Players. The product was offered for sale but no sales were made. Thus, Street Players has made no sales of the complained of product.

Without acknowledging the validity of any claims set forth in your letter, on behalf of Dan-Dee and Street Players, we advise you that both Dan-Dee and Street Players will no longer attempt to market, sell or otherwise make the complained of product available to retailers.

379126.1

Karol A. Kepchar, Esq.                    -2-                    September 5, 2007

      Further, we have been instructed to inform you that neither Dan-Dee nor Street Players have ~~any of the complained of product in inventory nor is~~ any complained of product under contract for sale to retailers.

      Finally, we have been authorized to confirm that Dan-Dee and Street Players will not make the complained of product available in the future.

      We look forward to your advice that this response is satisfactory and that the matter has been amicably resolved.

      Please be advised that if this matter is not resolved, this response is to be without prejudice to any defenses that may be raised by Dan-Dee. Further, this letter is made pursuant to Rule 408, FRE, and shall not constitute an acknowledgement of liability or of the validity of any claim asserted.

                      Very truly yours,

                      AMSTER, ROTHSTEIN & EBENSTEIN LLP

                      Neil M. Zipkin

NMZ/vlj

cc:    Dan-Dee International, Ltd.
       Mr. David Siegel

379126.1

**EXHIBIT G**

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
**Attorneys at Law**

KAROL A. KEPCHAR
202.887.4104/fax: 202.887.4288
kkepchar@akingump.com

September 24, 2007

**VIA EMAIL (nzipkin@arelaw.com) AND REGULAR MAIL**

Neil M. Zipkin, Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016

> Re:   *HosungNY Trading Inc. – Infringement of
> "Curious Puppy Lost" by Dan-Dee International, Ltd. and
> Street Players Holding Corporation (David Siegel)*

Dear Mr. Zipkin:

We are in receipt of your September 5, 2007 letter.

Hosung owns a U.S. copyright registration for the "Curious Puppy Lost®" ("Puppy Toy") and packaging – Registration No. VA 1-413-322. A copy of the certificate of registration is attached. The Puppy Toy is also the subject of a pending patent application.

Your clients' infringing Puppy Precious toy product ("Copy Toy") was brought to Hosung's attention by a U.S. retail distributor who was contacted by your clients regarding a distribution relationship for the Copy Toy. The Copy Toy has been sold. In fact, we have a Copy Toy that was purchased at a Wal-Mart store in California in June 2007. This particular product has "DanDee" on its label and was manufactured in China.* We also have information that the Copy Toy is being marketed through local retail distributors outside the U.S., including in Europe. Such activities have already caused actual damage to Hosung. Moreover, given that the Copy Toy products have already been placed into the stream of commerce, they will continue to be a source of harm and damage to Hosung.

While your clients' commitment not to "market, sell or otherwise make" the Copy Toy, which we assume applies worldwide, is a positive step towards a resolution, this undertaking alone falls short of addressing Hosung's concerns and the damage that it has already suffered as a result of your clients' activities.

---

*A picture of this item was attached to our August 27, 2007 letter.

Robert S. Strauss Building / 1333 New Hampshire Avenue, N.W. / Washington, D.C. 20036-1564 / 202.887.4000 / fax: 202.887.4288 / akingump.com

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

Neil M. Zipkin, Esq.
Amster Rothstein & Ebenstein LLP
September 24, 2007
Page 2

Please note that we are in discussions with David Siegel's counsel (Thomas A. Brackey, Esq.) with respect to this matter and have been informed that Gary Holcomb, the President of Dan Dee, had previously advised Mr. Siegel that Dan-Dee had sent 150,000 units of the infringing Copy Toy to Wal-Mart. Apparently, Mr. Holcomb later changed his mind and told Mr. Siegel that no shipment was made.

Accordingly, we request that Dan-Dee provide us with additional information regarding the distribution and sale of the Copy Toy product and accounting, which will assist the parties in reaching an amicable resolution.

We look forward to hearing from you by **October 1, 2007**. If you wish to discuss this matter, please do not hesitate to contact me.

Sincerely,

AKIN GUMP STRAUSS HAUER & FELD LLP

Karol A. Kepchar

cc:     Hosung NY Trading Inc. (w/out Encl.)
        Nancy Chung, Esq. (AG - w/out Encl.)
        David C. Lee, Esq. (AG - w/out Encl.)
        Mr. David Siegel (Street Players Holding Corporation – *via* Email)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGIST: --

**VA 1–413–322**

EFFE

8     16     2007
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**

Curious Puppy Lost (toy and packaging)

**NATURE OF THIS WORK ▼** See instructions

3 dimensional sculpture toy design & packaging

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** Hosung NY Trading Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a
work made for hire ?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  USA
Domiciled in  USA

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☒ No

**NOTE**

Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture     ☐ Map     ☐ Technical drawing
☒ 2 Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a
work made for hire ?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**  2005  This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**  Month April  Day 15  Year 2006   Nation USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Hosung NY Trading Inc
300 Kingsland Avenue Brooklyn NY 11222

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**  AUG 16 2007
ONE DEPOSIT RECEIVED
**TWO DEPOSITS RECEIVED**  AUG 16 2007
FUNDS RECEIVED

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.     Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY ▶

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Sam Hahn
Hosung NY Trading Inc
300 Kingsland Avenue

Area code and daytime telephone number   (718) 389-8233 EXT 314          Fax number   (718) 389-0672

Email

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Hosung NY Trading Inc
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Sam Hahn                                                          Date  08/15/2007

Handwritten signature (X) ▼

X

**CERTIFICATE**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Sam Hahn

Number/Street/Apt ▼
300 Kingsland Avenue

City/State/ZIP ▼
Brooklyn  NY 11222

**9**

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.