UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 01965**

*JUDGE SWAIN*

| | |
|---|---|
| HOSUNG NY TRADING INC., ) | Civil Action No. |
| ) | |
| Plaintiff, ) | |
| ) | **Rule 7.1 Statement** |
| v. ) | |
| ) | |
| DAN-DEE INTERNATIONAL LIMITED, ) | |
| ) | |
| Defendant. ) | |

*RECEIVED FEB 27 2008 U.S.D.C. S.D.N.Y. CASHIERS*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Hosung NY Trading Inc. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: February 27, 2008      By: _____
Nancy Chung (NC-2108)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: nchung@akingump.com

*OF COUNSEL:*

Karol A. Kepchar
David C. Lee
Lesia O. Skrypoczka
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288
E-mail:  kkepchar@akingump.com
            dlee@akingump.com
            lskrypoczka@akingump.com

*Attorneys for Plaintiff Hosung NY Trading Inc.*