UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOSUNG NY TRADING INC.,   )   Civil Action No. 08-CV-01965 (LTS)
                          )
            Plaintiff,    )
                          )   **NOTICE OF DISMISSAL WITHOUT**
v.                        )   **PREJUDICE**
                          )
                          )
DAN-DEE INTERNATIONAL LIMITED,  )
                          )
            Defendant.    )
---

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Hosung NY Trading Inc. hereby voluntarily dismisses its action in this matter without prejudice, without costs and without fees.

Dated: New York, New York
April 22, 2008

>Respectfully submitted,
>
>AKIN GUMP STRAUSS HAUER & FELD LLP
>
>By: _____
>Nancy Chung (NC-2108)
>590 Madison Avenue
>New York, New York 10022
>Telephone: (212) 872-1000
>Facsimile: (212) 872-1002
>E-mail: nchung@akingump.com
>
>OF COUNSEL:
>
>Karol A. Kepchar
>David C. Lee
>Lesia O. Skrypoczka
>1333 New Hampshire Avenue, N.W.
>Washington, D.C. 20036
>Telephone: (202) 887-4000
>Facsimile: (202) 887-4288
>E-mail: kkepchar@akingump.com
>        dlee@akingump.com
>        lskrypoczka@akingump.com
>
>*Attorneys for Plaintiff Hosung NY Trading Inc.*